```
Label Matrix for local noticing          8Wire Trust                              Addmi, Inc., a Delaware Corporation
1084-1                                   731 Calle Picacho                        4801 Lang Ave NE, Suite 110
Case 24-10776-j11                        Santa Fe, NM 87505-6607                  Albuquerque, NM 87109-4475
District of New Mexico
Albuquerque
Tue Aug 27 15:05:44 MDT 2024

American Express                         Andy Lim                                 Andy Lim
World Financial Center                   4801 Lang Ave NE, Suite 110              4801 Lange Ave. NE, Suite 110
200 Vesey St,                            Albuquerque, NM 87109-4475               Albuquerque, NM 87109-4475
New York, NY 10285-1000


BSH, LLC                                 Benjamin Gardner and Swati Patel         Benjamin Harrison
5351 Wilshire Ave. NE                    427 Serenity Court SE                    408 8th St NW
Albuquerque, NM 87113-1934               Albuquerque, NM 87123-3954               Albuquerque, NM 87102-2021


Bryan Bortner                            Christopher Olsem Miller                 Connor Rice
7217 Yorktown Ave. NE                    Amundsen Davis LLC                       2713 Silver Ave. SE
Albuquerque, NM 87109-5046               Suite 700                                Albuquerque, NM 87106-2820
                                         Saint Louis, MO 63105


Daniel Alley                             Douglas M. Brown & Sara B. Brown Rvk Trst    Emmanuel Garcia
1200 Marquette Ave. NW                   2030 Los Poblanos Place                  28 Vista Del Cerro Drive
Albuquerque, NM 87102-1864               Albuquerque, NM 87107-5518               Los Lunas, NM 87031-5937


Elizabeth V Friedenstein                 Christopher M Gatton                     Geltmore Partners, LLC
Elizabeth V. Friedenstein                Gatton & Associates, P.C.                201 Coal Avenue SW
10400 Academy Rd NE                      10400 Academy NE, Suite 350              Albuquerque, NM 87102-3842
Suite 350                                Albuquerque
Albuquerque, NM 87111-7372               Albuquerque, NM 87111-7372


(p)INTERNAL REVENUE SERVICE              IRS                                      Isaac Sandoval
CENTRALIZED INSOLVENCY OPERATIONS        Centralized Insolvency Operation         3416 La Sala Del Oeste NE
PO BOX 7346                              PO Box 7346                              Albuquerque, NM 87111-4532
PHILADELPHIA PA 19101-7346               Philadelphia, PA 19101-7346


Jade and Mark Steinig                    James A. Auffenberg, Jr.                 Jarrod P. Beasley
PO Box 27723                             Auffenberg Enterprises of Illinois, Inc. Kuehn, Beasley & Young, P.C.
Albuquerque, NM 87125-7723               1130 Auffenberg Ave.                     23 South 1st Street
                                         Shiloh, IL 62269-1297                    Belleville, IL 62220-2013


Joseph Nechvatal                         Marc Hayes                               Matthew Auffenberg
417 Columbia Dr. SE                      6314 Forest Hills Ct. NE                 2332 Fourlakes Drive
Albuquerque, NM 87106-3617               Albuquerque, NM 87109-4100               Belleville, IL 62220-4898


Michael Ryan Board                       New Mexico Dept Taxation & Revenue       New Mexico Taxation & Revenue Department
6508 Osuna Road NE                       P.O. Box 2527                            Bankruptcy Section
Albuquerque, NM 87109-2816               Santa Fe, NM 87504-2527                  PO Box 8575
                                                                                  Albuquerque NM 87198-8575
```

| | | |
|---|---|---|
| Notah Begay III<br>4316 Rio Grande Blvd NW<br>Los Ranchos, NM 87107-3137 | Bryan Scott Perkinson<br>Sonoran Capital Advisors<br>1733 N. Greenfield #104<br>Mesa, AZ 85205-3116 | Preet Singh<br>1123 N King Charles Court<br>Palatine, IL 60067-2781 |
| REDW, LLC<br>8801 Horizon Blvd., Suite 40<br>Albuquerque, NM 87113-1534 | Robert J. Lucero, Jr.<br>501 14th St. NW<br>Albuquerque, NM 87104-1729 | Securities & Exchange Commission<br>Attn: Reorganization<br>1961 Stout Street, Suite 1700<br>Denver CO 80294-1700 |
| Seiya Bowen<br>5614 Menaul Blvd. NE<br>Albuquerque, NM 87110-3234 | Theodore Schnepper<br>7705 Kane Ct. NW<br>Albuquerque, NM 87120-6544 | Thomas Rodriguez<br>11105 Sidney Ave NE<br>Albuquerque, NM 87111-6317 |
| United States Trustee<br>PO Box 608<br>Albuquerque, NM 87103-0608 | Winter Laite<br>9105 Aspen Ave NE<br>Albuquerque, NM 87112-3905 | |

```
               The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
               by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).
```

| | |
|---|---|
| IRS<br>4041 N. Central Ave., Ste 112<br>Phoenix, AZ 85012-5000 | End of Label Matrix<br>Mailable recipients    40<br>Bypassed recipients     0<br>Total                    40 |