# Notice Recipients

District/Off: 1084–1     User: admin     Date Created: 8/28/2024
Case: 24–10776–j11     Form ID: pdfor1     Total: 2

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     ustpregion20.aq.ecf@usdoj.gov
aty     Christopher M Gatton     chris@gattonlaw.com

TOTAL: 2