UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

ADDMI, INC.,

    Debtor.                                           Case No. 24-10776-j11

**NOTICE OF INSIDER COMPENSATION PURSUANT TO LBR 2015-3**

COMES NOW Addmi, Inc. (the "Debtor") and for its notice of insider compensation pursuant to 2015-3, STATES:

1. Debtor initiated this case on July 29, 2024 (the "Petition Date").

2. A complete listing of Debtor's distributions to insiders from July 1, 2023 through August 13, 2024, is attached hereto as **Exhibit A**. The total gross compensation for this period paid to Andy Lim was $51,538.53.

3. A complete listing of Debtor's distributions to insiders from July 1, 2022 through June 30, 2023, is attached hereto as **Exhibit B**. The total gross compensation for this period paid to Andy Lim was $64,538.48.

4. Mr. Lim's current annual salary with the Debtor is $90,000.00.

                                            Respectfully submitted,

                                            GATTON & ASSOCIATES, P.C.

                                            /s/Christopher M. Gatton,
                                            Submitted electronically 9.10.2024
                                            10400 Academy NE, Suite 350
                                            Albuquerque, NM  87111
                                            Phone: (505) 271-1053
                                            Email: chris@gattonlaw.com
                                            *Attorneys for Debtor*

## CERTIFICATE OF SERVICE

I certify that on the **9th day of September, 2024,** I filed the foregoing pleading electronically through the CM/ECF system, which caused all parties or counsel requesting notice to be served by electronic means on the date of filing. Service was concurrently accomplished via first class mail, postage paid, to all parties on the Court's mailing matrix, a copy of which is attached to the original notice on file.

/s/Christopher M. Gatton,
Submitted electronically 9.10.2024