**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 07/01/23 - 08/13/24)

**0068 1609-4477** Addmi Inc

| EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID |
|---|---|---|---|---|---|---|---|
| Lim, Andy | 1 | | | | | | |

1 Person(s)

EXHIBIT A

**0068 1609-4477** Addmi Inc

# EMPLOYEE EARNINGS RECORD
(Requested Check Dates 07/01/23 - 08/13/24)

| Lim, Andy | | ID | 1 | | Term Date: | | Withholding Method: | Federal: Married Filing Jointly, $ | Deductions: |
|---|---|---|---|---|---|---|---|---|---|
| Soc Sec#: xxx-xx-5846 | | Sex: | Not Specified | | Pay Frequency: | Bi-weekly | | NM: Married | NM WC Fee | $2.00, Quarterly |
| 9321 Signal Ave NE | | Birthdate: | 04/08/1975 | | Standard Hrs: | | | | |
| Albuquerque, NM 87122 | | Hire Date: | 06/01/2020 | | Salary: | 90,000.00/Calendar year | Earnings: | | |
| (505) 480-8883 | | Inactive Date: | | | | | | | |
| | | Rehire Date: | | | Last Raise Date: | 08/12/2024 | | | |

| | | HOURS, EARNINGS, AND REIMBURSEMENTS & OTHER PAYMENTS | | | | | WITHHOLDINGS | | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHECK DATE | DESCR | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | REIMB & OTHER PAYMENTS | SOC SEC + MED | FEDERAL TAX | STATE TAX | LOCAL TAX | OTHER | NM WC FEE | NET PAY |
| 09/01 | Salary | | | 1153.85 | | 1153.85 | | 88.27 | | 15.35 | | | | 1050.23 |
| 09/15 | Salary | | | 1153.85 | | 1153.85 | | 88.27 | | 15.35 | | | | 1050.23 |
| 09/29 | Salary | | | 1153.85 | | 1153.85 | | 88.27 | | 15.35 | | | | 1050.23 |
| 10/13 | Salary | | | 1153.85 | | 1153.85 | | 88.26 | | 15.35 | | | | 1050.24 |
| 10/27 | Salary | | | 1153.85 | | 1153.85 | | 88.27 | | 15.35 | | | | 1050.23 |
| 11/10 | Salary | | | 1153.85 | | 1153.85 | | 88.27 | | 15.35 | | | | 1050.23 |
| 11/24 | Salary | | | 1153.85 | | 1153.85 | | 88.28 | | 15.35 | | | | 1050.22 |
| 12/08 | Salary | | | 1153.85 | | 1153.85 | | 88.27 | | 15.35 | | | | 1050.23 |
| 12/22 | Salary | | | 1153.85 | | 1153.85 | | 88.27 | | 15.35 | | | 2.00 | 1048.23 |
| 01/05 | Salary | | | 1153.85 | | 1153.85 | | 88.27 | | 14.34 | | | | 1051.24 |
| 01/19 | Salary | | | 1923.08 | | 1923.08 | | 147.12 | | 51.02 | | | | 1724.94 |
| 02/02 | Salary | | | 1923.08 | | 1923.08 | | 147.11 | | 51.02 | | | | 1724.95 |
| 02/16 | Salary | | | 2692.31 | | 2692.31 | | 205.96 | | 88.72 | | | | 2397.63 |
| 03/01 | Salary | | | 2692.31 | | 2692.31 | | 205.97 | | 88.72 | | | | 2397.62 |
| 03/15 | Salary | | | 2692.31 | | 2692.31 | | 205.96 | | 88.72 | | | | 2397.63 |
| 03/29 | Salary | | | 2692.31 | | 2692.31 | | 205.95 | | 88.72 | | | 2.00 | 2395.64 |
| 04/12 | Salary | | | 2692.31 | | 2692.31 | | 205.97 | | 88.72 | | | | 2397.62 |
| 04/26 | Salary | | | 2692.31 | | 2692.31 | | 205.96 | | 88.72 | | | | 2397.63 |
| 05/10 | Salary | | | 2692.31 | | 2692.31 | | 205.96 | | 88.72 | | | | 2397.63 |
| 05/24 | Salary | | | 2692.31 | | 2692.31 | | 205.97 | | 88.72 | | | | 2397.62 |
| 06/07 | Salary | | | 2692.31 | | 2692.31 | | 205.96 | | 88.72 | | | 2.00 | 2395.63 |
| 06/21 | Salary | | | 2692.31 | | 2692.31 | | 205.96 | | 88.72 | | | | 2397.63 |
| 07/05 | Salary | | | 2692.31 | | 2692.31 | | 205.96 | | 88.72 | | | | 2397.63 |
| 07/19 | Salary | | | 2692.31 | | 2692.31 | | 205.96 | | 88.72 | | | | 2397.63 |

# EMPLOYEE EARNINGS RECORD
(Requested Check Dates 07/01/23 - 08/13/24)

0068 1609-4477  Addmi Inc

**Lim, Andy**
Soc Sec#: xxx-xx-5846
9321 Signal Ave NE
Albuquerque, NM 87122
(505) 480-8883

| CHECK DATE | DESCR | HOURS, EARNINGS, AND REIMBURSEMENTS & OTHER PAYMENTS | | | | | | WITHHOLDINGS | | | | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | REIMB & OTHER PAYMENTS | SOC SEC + MED | FEDERAL TAX | STATE TAX | LOCAL TAX | OTHER | NM WC FEE | |
| 08/02 | Salary | | | 3846.15 | | 3846.15 | | 294.23 | 97.38 | 145.25 | | | | 3309.29 |
| This Period Total | Salary | This Per | | 51538.53 | | | | | | | | | | |
| | | | | 51538.53 | | 51538.53 | | S 643.85 M 150.58 | 97.38 NM 1326.27 | NM 138.15 | | | 6.00 | 46028.03 |

0068 1609-4477 Addmi Inc

# EMPLOYEE EARNINGS RECORD
(Requested Check Dates 07/01/23 - 08/13/24)

| CHECK DATE | DESCRIPTION | HOURS, EARNINGS, AND REIMBURSEMENTS & OTHER PAYMENTS | | | | | | WITHHOLDINGS | | DEDUCTIONS | | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | REIMB & OTHER PAYMENTS | | | | | |
| | Salary | | | 51538.53 | | 51538.53 | | Social Security Medicare Fed Income Tax NM Income Tax | 3195.39 747.31 97.38 1464.42 | NM WC Fee | 6.00 | |
| This Period Total | | | | | | 51538.53 | | | 5504.50 | | | 46028.03 |

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 07/01/22 - 06/30/23)

0741 2001-5907  Addmi Inc

| EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID |
|---|---|---|---|---|---|---|---|
| Lim, Andy | 1 | | | | | | |

1 Person(s)

EXHIBIT B

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 07/01/22 - 06/30/23)

0741 2001-5907 Addmi Inc

| Lim, Andy | | | ID | 1 | Term Date: | 08/01/2023 | Withholding Method: | Federal: Married Filing Jointly, , NM: Married | Deductions: |
|---|---|---|---|---|---|---|---|---|---|
| 9321 Signal Ave NE | | | Sex: | Male | Pay Frequency: | Bi-weekly | | | PEO CHI EE P $0.50, Every Pay Period |
| Albuquerque, NM 87122 | | | Birthdate: | 04/08/1975 | Standard Hrs: | | | | PEO SPI EE P $1.40, Every Pay Period |
| (505) 480-8883 | | | Hire Date: | 06/01/2020 | Salary: | 30,000.00/Calendar year | Earnings: | | PEO VLI EE P $1.30, Every Pay Period |
| Soc Sec#: xxx-xx-5846 | | | Inactive Date: | | | | | | PEOAI EE P $19.68, Every Pay Period |
| | | | Rehire Date: | | Last Raise Date: | 05/10/2023 | | | PEOVCI EE P $50.56, Every Pay Period |
| | | | | | | | | | PEOVHI EE P $39.42, Every Pay Period |

HOURS, EARNINGS, AND REIMBURSEMENTS & OTHER PAYMENTS | WITHHOLDINGS | DEDUCTIONS

| CHECK DATE | DESCR | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | REIMB & OTHER PAYMENTS | SOC SEC + MED | FEDERAL TAX | STATE TAX | LOCAL TAX | OTHER | NM WC FEE | PEO CHI EE POST | PEO SPI EE POST | PEO VLI EE POST | PEOVAI EE POST | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/08 | Salary | | | 5769.23 | | 5769.23 | | 429.06 | 466.06 | 234.73 | | | | 0.50 | 0.70 | 0.65 | 19.68 | 4359.04 |
| 07/22 | Salary | | | 5769.23 | | 5769.23 | | 429.06 | 466.06 | 234.73 | | | | 0.50 | 0.70 | 0.65 | 19.68 | 4359.04 |
| 08/05 | Salary | | | 5769.23 | | 5769.23 | | 429.07 | 466.06 | 234.73 | | | | 0.50 | 0.70 | 0.65 | 19.68 | 4359.03 |
| 08/19 | Salary | | | 5769.23 | | 5769.23 | | 429.05 | 466.06 | 234.73 | | | | 0.50 | 0.70 | 0.65 | 19.68 | 4359.05 |
| 09/02 | Salary | | | 3769.23 | | 3769.23 | | 276.07 | 86.15 | 136.73 | | | | 0.50 | 0.70 | 0.65 | 19.68 | 2989.94 |
| 09/16 | Salary | | | 3769.23 | | 3769.23 | | 276.06 | 86.15 | 136.73 | | | | 0.50 | 0.70 | 0.65 | 19.68 | 2989.95 |
| 09/30 | Salary | | | 3769.23 | | 3769.23 | | 276.06 | 86.15 | 136.73 | | | | 0.50 | 0.70 | 0.65 | 19.68 | 2989.95 |
| 10/14 | Salary | | | 3769.23 | | 3769.23 | | 274.79 | 84.17 | 135.91 | | | | | 0.70 | 0.65 | 19.68 | 3109.72 |
| 10/28 | Salary | | | 3769.23 | | 3769.23 | | 274.80 | 84.17 | 135.91 | | | | | 0.70 | 0.65 | 19.68 | 2977.44 |
| 11/10 | Salary | | | 3769.23 | | 3769.23 | | 274.80 | 84.17 | 135.91 | | | 2.00 | | 0.70 | 0.65 | 19.68 | 2975.44 |
| 12/23 | Salary | | | 769.23 | | 769.23 | | 45.29 | | 1.60 | | | | 0.50 | 0.70 | 0.65 | 19.68 | 425.43 |
| 01/06 | Salary | | | 769.23 | | 769.23 | | 45.30 | | 1.01 | | | | 0.50 | 0.70 | 0.65 | 19.68 | 424.66 |
| 01/20 | Salary | | | 769.23 | | 769.23 | | 45.29 | | 1.01 | | | | 0.50 | 1.40 | 1.30 | 19.68 | 424.67 |
| 02/03 | Salary | | | 769.23 | | 769.23 | | 45.30 | | 1.01 | | | | 0.50 | 1.40 | 1.30 | 19.68 | 424.66 |
| 02/17 | Salary | | | 1923.08 | | 1923.08 | | 133.56 | | 43.76 | | | | 0.50 | 1.40 | 1.30 | 19.68 | 1447.50 |
| 03/03 | Salary | | | 1923.08 | | 1923.08 | | 133.57 | | 43.76 | | | | 0.50 | 1.40 | 1.30 | 19.68 | 1447.49 |
| 03/17 | Salary | | | 1923.08 | | 1923.08 | | 133.55 | | 43.76 | | | | 0.50 | 1.40 | 1.30 | 19.68 | 1447.51 |
| 03/31 | Salary | | | 1923.08 | | 1923.08 | | 133.57 | | 43.76 | | | | | 1.40 | 1.30 | 19.68 | 1568.61 |
| 04/14 | Salary | | | 1923.08 | | 1923.08 | | 133.57 | | 43.76 | | | | 0.50 | 1.40 | 1.30 | 19.68 | 1447.49 |
| 04/28 | Salary | | | 1923.08 | | 1923.08 | | 133.56 | | 43.76 | | | | 0.50 | 1.40 | 1.30 | 19.68 | 1447.50 |
| 05/12 | Salary | | | 769.23 | | 769.23 | | 45.30 | | 1.01 | | | | 0.50 | 1.40 | 1.30 | 19.68 | 424.66 |
| 05/26 | Salary | | | 1153.85 | | 1153.85 | | 74.71 | | 9.59 | | | | 0.50 | 1.40 | 1.30 | 19.68 | 771.29 |
| 06/09 | Salary | | | 1153.85 | | 1153.85 | | 74.72 | | 9.59 | | | | 0.50 | 1.40 | 1.30 | 19.68 | 771.28 |
| 06/23 | Salary | | | 1153.85 | | 1153.85 | | 74.72 | | 9.59 | | | | 0.50 | 1.40 | 1.30 | 19.68 | 771.28 |

**0741 2001-5907** Addmi Inc

# EMPLOYEE EARNINGS RECORD
(Requested Check Dates 07/01/22 - 06/30/23)

| CHECK DATE | DESCR | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | REIMB & OTHER PAYMENTS | SOC SEC + MED | FEDERAL TAX | STATE TAX | LOCAL TAX | OTHER | NM WC FEE | PEO CHI EE POST | PEO SPI EE POST | PEO VLI EE POST | PEOVAI EE POST | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS, EARNINGS, AND REIMBURSEMENTS & OTHER PAYMENTS | | | | | | | WITHHOLDINGS | | | | | | DEDUCTIONS | | | | |
| This Period Total | | | | 64538.48 | | 64538.48 | | S 2766.99 M 647.12 | 2375.20 | NM 295.37 NM 1758.44 | | | 2.00 | 11.00 | 23.80 | 22.10 | 432.96 | 48700.13 |

**Lim, Andy**
Soc Sec#: xxx-xx-5846
9321 Signal Ave NE
Albuquerque, NM 87122
(505) 480-8883

**Deductions:**
PEO/LG EE P      $8.26, Every Pay Period
TO-PIA DEN E    $36.73, Every Pay Period
TO-PIA MED      $131.95, Every Pay Period
TO-PIA VIS E    $8.46, Every Pay Period

0741 2001-5907  Addmi Inc

# EMPLOYEE EARNINGS RECORD
(Requested Check Dates 07/01/22 - 06/30/23)

| CHECK DATE | PEOVCI EE POST | PEOVHI EE POST | PEOVLG EE POST | TO-PIA DEN EE PRE | TO-PIA MED EE PRE | TO-PIA VIS EE PRE | NET PAY |
|---|---|---|---|---|---|---|---|
| 07/08 | 50.56 | 39.42 | 8.26 | 36.73 | 115.38 | 8.46 | 4359.04 |
| 07/22 | 50.56 | 39.42 | 8.26 | 36.73 | 115.38 | 8.46 | 4359.04 |
| 08/05 | 50.56 | 39.42 | 8.26 | 36.73 | 115.38 | 8.46 | 4359.03 |
| 08/19 | 50.56 | 39.42 | 8.26 | 36.73 | 115.38 | 8.46 | 4359.05 |
| 09/02 | 50.56 | 39.42 | 8.26 | 36.73 | 115.38 | 8.46 | 2989.94 |
| 09/16 | 50.56 | 39.42 | 8.26 | 36.73 | 115.38 | 8.46 | 2989.95 |
| 09/30 | 50.56 | 39.42 |  | 36.73 | 115.38 | 8.46 | 3109.72 |
| 10/14 | 50.56 | 39.42 | 8.26 | 36.73 | 131.95 | 8.46 | 2977.45 |
| 10/28 | 50.56 | 39.42 | 8.26 | 36.73 | 131.95 | 8.46 | 2977.44 |
| 11/10 | 50.56 | 39.42 | 8.26 | 36.73 | 131.95 | 8.46 | 2975.44 |
| 12/23 | 50.56 | 39.42 | 8.26 | 36.73 | 131.95 | 8.46 | 425.43 |
| 01/06 | 50.56 | 39.42 | 8.26 | 36.73 | 131.95 | 8.46 | 424.66 |
| 01/20 | 50.56 | 39.42 | 8.26 | 36.73 | 131.95 | 8.46 | 424.67 |
| 02/03 | 50.56 | 39.42 | 8.26 | 36.73 | 131.95 | 8.46 | 424.66 |
| 02/17 | 50.56 | 39.42 | 8.26 | 36.73 | 131.95 | 8.46 | 1447.49 |
| 03/03 | 50.56 | 39.42 | 8.26 | 36.73 | 131.95 | 8.46 | 1447.50 |
| 03/17 | 50.56 | 39.42 | 8.26 | 36.73 | 131.95 | 8.46 | 1447.51 |
| 03/31 |  |  |  | 36.73 | 131.95 | 8.46 | 1568.61 |
| 04/14 | 50.56 | 39.42 | 8.26 | 36.73 | 131.95 | 8.46 | 1447.49 |
| 04/28 | 50.56 | 39.42 | 8.26 | 36.73 | 131.95 | 8.46 | 1447.50 |
| 05/12 | 50.56 | 39.42 | 8.26 | 36.73 | 131.95 | 8.46 | 424.66 |
| 05/26 | 50.56 | 39.42 | 8.26 | 36.73 | 131.95 | 8.46 | 771.29 |
| 06/09 | 50.56 | 39.42 | 8.26 | 36.73 | 131.95 | 8.46 | 771.28 |
| 06/23 | 50.56 | 39.42 | 8.26 | 36.73 | 131.95 | 8.46 | 771.28 |

**Lim, Andy**
Soc Sec#: xxx-xx-5846
9321 Signal Ave NE
Albuquerque, NM 87122
(505) 480-8883

**Deductions:**
PEOVLG EE P  $8.26, Every Pay Period
TO-PIA DEN E  $36.73, Every Pay Period
TO-PIA MED  $131.95, Every Pay Period
TO-PIA VIS E  $8.46, Every Pay Period

0741 2001-5907 Addmi Inc

# EMPLOYEE EARNINGS RECORD
(Requested Check Dates 07/01/22 - 06/30/23)

| CHECK DATE | PEOVCI EE POST | PEOVHI EE POST | PEOVLG EE POST | TO-PIA DEN EE PRE | TO-PIA MED EE PRE | TO-PIA VIS EE PRE | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|
| This Period Total | 1112.32 | 867.24 | 181.72 | 881.52 | 3050.81 | 203.04 | | 48700.13 |

**Lim, Andy**
Soc Sec#: xxx-xx-5846
9321 Signal Ave NE
Albuquerque, NM 87122
(505) 480-8883

**Deductions:**
PEOVLG EE P     $8.26, Every Pay Period
TO-PIA DEN E   $36.73, Every Pay Period
TO-PIA MED    $131.95, Every Pay Period
TO-PIA VIS E    $8.46, Every Pay Period

0741 2001-5907 Addmi Inc

# EMPLOYEE EARNINGS RECORD
(Requested Check Dates 07/01/22 - 06/30/23)

| CHECK DATE | DESCRIPTION | HOURS, EARNINGS, AND REIMBURSEMENTS & OTHER PAYMENTS | | | | | WITHHOLDINGS | | DEDUCTIONS | | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | REIMB & OTHER PAYMENTS | | | | |
| | Salary | | | 64538.48 | | 64538.48 | | Social Security | 3744.99 | NM WC Fee | 2.00 |
| | | | | | | | | Medicare | 875.84 | PEO CHI EE POST | 11.00 |
| | | | | | | | | Fed Income Tax | 2375.20 | PEO SPI EE POST | 23.80 |
| | | | | | | | | NM Income Tax | 2053.81 | PEO VLI EE POST | 22.10 |
| | | | | | | | | | | PEOVAI EE POST | 432.96 |
| | | | | | | | | | | PEOVCI EE POST | 1112.32 |
| | | | | | | | | | | PEOVHI EE POST | 867.24 |
| | | | | | | | | | | PEOVLG EE POST | 181.72 |
| | | | | | | | | | | TO-PIA DEN EE PRE | 881.52 |
| | | | | | | | | | | TO-PIA MED EE PRE | 3050.81 |
| | | | | | | | | | | TO-PIA VIS EE PRE | 203.04 |
| This Period Total | | | | 64538.48 | | 64538.48 | | | 9049.84 | | 48700.13 |

Case 24-10776-j11    Doc 33-1    Filed 09/10/24    Entered 09/10/24 10:58:23 Page 10 of 10