## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                    12/17

Month: ___August, 2024___                    Date report filed: ___09/23/2024___
                                                                MM / DD / YYYY

Line of business: ___Software Development___                    NAISC code: ___541511___

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                    ___Andy Lim, CEO___

Original signature of responsible party    ___[signature]___

Printed name of responsible party    ___Andy Lim___

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ __4,876.33__

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ __30,493.08__

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ __32,536.19__

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ __-2,043.11__

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ __2,833.22__

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

*(Exhibit E)*

$ __0.00__

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                           $ _____ 0.00

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                        _____ 2

27. What is the number of employees as of the date of this monthly report?                          _____ 2

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ _____ 4,191.88

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____ 4,191.88

30. How much have you paid this month in other professional fees?                                    $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?                   $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                              $ _____ 28,000.00

36. Total projected cash disbursements for the next month:                                       - $ _____ 28,936.00

37. Total projected net cash flow for the next month:                                            = $ _____ -936.00

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ☐ 39. Bank reconciliation reports for each account.

- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ☐ 41. Budget, projection, or forecast reports.

- ☐ 42. Project, job costing, or work-in-progress reports.

**Exhibit A**

5.      Debtor is in the process of trying to have the bank convert its existing account to a DIP account, as this account is linked to electronic deposits.


**Exhibit B**

10.      See #5 above.



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

ADDMI, INC.
7850 JEFFERSON ST NE STE 220
ALBUQUERQUE, NM 87109-4314

## Business Advantage

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

🔔 | Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Fundamentals™ Banking

for August 1, 2024 to August 31, 2024          Account number          8490

**ADDMI, INC.**

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on August 1, 2024 | $4,876.33 | # of deposits/credits: 57 | |
| Deposits and other credits | 30,493.08 | # of withdrawals/debits: 35 | |
| Withdrawals and other debits | -32,151.95 | # of items–previous cycle[1]: 2 | |
| Checks | -384.24 | # of days in cycle: 31 | |
| Service fees | -0.00 | Average ledger balance: $5,121.31 | |
| **Ending balance on August 31, 2024** | **$2,833.22** | [1]Includes checks paid, deposited items and other debits | |



## You've got a banking partner ready to help.

As your dedicated Small Business Specialist, I'm here to help with all of your business's financial needs and priorities.

**Contact me today.**
David Salazar
505.278.5921
david.salazar2@bofa.com

SSM-09-23-0714B | 5972504

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation

 Bank of America, N.A. Member FDIC and **Equal Housing Lender**

# BANK OF AMERICA

## Deposits and other credits

| Date | Description | | Amount |
|------|-------------|---|--------|
| 08/01/24 | Online Banking Transfer Conf# k0i53ttrv; LIM, ANDY | | 2,000.00 |
| 08/01/24 | Square Inc    DES:240801P2  ID:L208884843658  INDN:Andy Lim    CO ID:9424300002 CCD | | 581.94 |
| 08/01/24 | STRIPE       DES:TRANSFER   ID:ST-D9R0F4D4N7Q5  INDN:ADDMI INC     CO ID:1800948598 CCD | | 115.50 |
| 08/01/24 | GOOGLE       DES:ACCTVERIFY ID:US0041WKLU  INDN:Bank of America    CO ID:FXXXXXXXXX PPD | | 0.73 |
| 08/02/24 | Square Inc    DES:240802P2  ID:L208885336930  INDN:Andy Lim    CO ID:9424300002 CCD | | 686.39 |
| 08/02/24 | PAYPAL       DES:TRANSFER   ID:1036011439356  INDN:ADDMI INC    CO ID:PAYPALSD11 PPD | | 1.55 |
| 08/05/24 | Square Inc    DES:240805P2  ID:L208885615435  INDN:Andy Lim    CO ID:9424300002 CCD | | 817.87 |
| 08/05/24 | Square Inc    DES:240805P2  ID:L208885615434  INDN:Andy Lim    CO ID:9424300002 CCD | | 810.78 |
| 08/05/24 | Square Inc    DES:240805P2  ID:L208885615433  INDN:Andy Lim    CO ID:9424300002 CCD | | 658.70 |
| 08/06/24 | Square Inc    DES:240806P2  ID:L208885861981  INDN:Andy Lim    CO ID:9424300002 CCD | | 683.62 |
| 08/07/24 | Square Inc    DES:240807P2  ID:L208886254425  INDN:Andy Lim    CO ID:9424300002 CCD | | 514.84 |
| 08/08/24 | Square Inc    DES:240808P2  ID:L208886515054  INDN:Andy Lim    CO ID:9424300002 CCD | | 546.27 |
| 08/08/24 | STRIPE       DES:TRANSFER   ID:ST-T4H2W3V2Z6L7  INDN:ADDMI INC     CO ID:1800948598 CCD | | 73.80 |
| 08/09/24 | Square Inc    DES:240809P2  ID:L208886782678  INDN:Andy Lim    CO ID:9424300002 CCD | | 562.27 |
| 08/09/24 | PAYPAL       DES:TRANSFER   ID:1036160276984  INDN:ADDMI INC    CO ID:PAYPALSD11 PPD | | 0.03 |

*continued on the next page*

BUSINESS ADVANTAGE

## View your key business metrics all in one place.

Visually track your business's cash flow trends and data from popular business services, all within Business Advantage 360.[1]

**To learn more, visit bankofamerica.com/ConnectedApps** or just scan this code.

When you use the QRC feature, certain information is collected from your mobile device for business purposes.
[1] You must be enrolled in Business Advantage 360, our small business online banking, or Mobile Banking to use Cash Flow Monitor and Connected Apps, and have an eligible Bank of America® small business deposit account. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-11-23-0007.B | 6019109

## Deposits and other credits - continued

| Date | Description | | Amount |
|------|-------------|--|-------:|
| 08/12/24 | Square Inc CCD | DES:240812P2   ID:L208887079182  INDN:Andy Lim          CO ID:9424300002 | 839.83 |
| 08/12/24 | Square Inc CCD | DES:240812P2   ID:L208887079181  INDN:Andy Lim          CO ID:9424300002 | 769.05 |
| 08/12/24 | Square Inc CCD | DES:240812P2   ID:L208887079180  INDN:Andy Lim          CO ID:9424300002 | 614.64 |
| 08/12/24 | PAYPAL PPD | DES:TRANSFER   ID:1036220500209  INDN:ADDMI INC          CO ID:PAYPALSD11 | 7.42 |
| 08/12/24 | PAYPAL PPD | DES:TRANSFER   ID:1036203059338  INDN:ADDMI INC          CO ID:PAYPALSD11 | 1.50 |
| 08/13/24 | Square Inc CCD | DES:240813P2   ID:L208887328389  INDN:Andy Lim          CO ID:9424300002 | 670.66 |
| 08/14/24 | Square Inc CCD | DES:240814P2   ID:L208887570276  INDN:Andy Lim          CO ID:9424300002 | 450.32 |
| 08/14/24 | TILL 4918 | DES:CORP PAY  ID:  INDN:ADDMI 75          CO ID:3648448977 CCD | 227.05 |
| 08/14/24 | PAYPAL PPD | DES:TRANSFER   ID:1036259903816  INDN:ADDMI INC          CO ID:PAYPALSD11 | 1.50 |
| 08/15/24 | BKOFAMERICA MOBILE 08/15 3777194973 DEPOSIT          *MOBILE     NM | | 5,857.04 |
| 08/15/24 | Square Inc CCD | DES:240815P2   ID:L208887900251  INDN:Andy Lim          CO ID:9424300002 | 754.84 |
| 08/15/24 | STRIPE ID:1800948598 CCD | DES:TRANSFER   ID:ST-V9A5U2Y0J9I4  INDN:ADDMI INC          CO | 183.11 |
| 08/15/24 | PAYPAL PPD | DES:TRANSFER   ID:1036279915424  INDN:ADDMI INC          CO ID:PAYPALSD11 | 3.60 |
| 08/16/24 | Square Inc CCD | DES:240816P2   ID:L208888243175  INDN:Andy Lim          CO ID:9424300002 | 581.72 |
| 08/16/24 | PAYPAL PPD | DES:TRANSFER   ID:1036300284095  INDN:ADDMI INC          CO ID:PAYPALSD11 | 6.30 |
| 08/19/24 | Square Inc CCD | DES:240819P2   ID:L208888522828  INDN:Andy Lim          CO ID:9424300002 | 832.04 |
| 08/19/24 | Square Inc CCD | DES:240819P2   ID:L208888522827  INDN:Andy Lim          CO ID:9424300002 | 829.27 |
| 08/19/24 | Square Inc CCD | DES:240819P2   ID:L208888522826  INDN:Andy Lim          CO ID:9424300002 | 602.20 |
| 08/19/24 | PAYPAL PPD | DES:TRANSFER   ID:1036321977735  INDN:ADDMI INC          CO ID:PAYPALSD11 | 3.09 |
| 08/19/24 | PAYPAL PPD | DES:TRANSFER   ID:1036361667660  INDN:ADDMI INC          CO ID:PAYPALSD11 | 2.78 |
| 08/20/24 | Square Inc CCD | DES:240820P2   ID:L208889051656  INDN:Andy Lim          CO ID:9424300002 | 645.93 |
| 08/21/24 | Square Inc CCD | DES:240821P2   ID:L208889223631  INDN:Andy Lim          CO ID:9424300002 | 428.25 |
| 08/21/24 | PAYPAL PPD | DES:TRANSFER   ID:1036401940367  INDN:ADDMI INC          CO ID:PAYPALSD11 | 1.50 |

*continued on the next page*


## Deposits and other credits - continued

| Date | Description | | | | Amount |
|------|-------------|--|--|--|-------:|
| 08/21/24 | Square Inc CCD | DES:240821P2 | ID:L208889223632 | INDN:Andy Lim | CO ID:9424300002 | 0.33 |
| 08/22/24 | Block, Inc. | DES:PAYMENTS | ID:159415 | INDN:Addmi Inc | CO ID:9000039606 CCD PMT | 2,171.07 |
| | INFO:NTE*ZZZ*Addmi Inc\ | | | | | |
| 08/22/24 | Square Inc CCD | DES:240822Q2 | ID:L208889484634 | INDN:Andy Lim | CO ID:9424300002 | 516.92 |
| 08/22/24 | STRIPE | DES:TRANSFER | ID:ST-M8T9N4O9Y5C4 | INDN:ADDMI INC | CO | 118.59 |
| | ID:1800948598 CCD | | | | | |
| 08/22/24 | PAYPAL PPD | DES:TRANSFER | ID:1036421957934 | INDN:ADDMI INC | CO ID:PAYPALSD11 | 3.00 |
| 08/23/24 | Square Inc CCD | DES:240823P2 | ID:L208889676974 | INDN:Andy Lim | CO ID:9424300002 | 544.00 |
| 08/23/24 | PAYPAL PPD | DES:TRANSFER | ID:1036442783557 | INDN:ADDMI INC | CO ID:PAYPALSD11 | 1.39 |
| 08/26/24 | Square Inc CCD | DES:240826P2 | ID:L208889962322 | INDN:Andy Lim | CO ID:9424300002 | 797.19 |
| 08/26/24 | Square Inc CCD | DES:240826P2 | ID:L208889962321 | INDN:Andy Lim | CO ID:9424300002 | 766.98 |
| 08/26/24 | Square Inc CCD | DES:240826P2 | ID:L208889962320 | INDN:Andy Lim | CO ID:9424300002 | 561.69 |
| 08/26/24 | PAYPAL PPD | DES:TRANSFER | ID:1036463340159 | INDN:ADDMI INC | CO ID:PAYPALSD11 | 1.55 |
| 08/27/24 | Square Inc CCD | DES:240827P2 | ID:L208890412463 | INDN:Andy Lim | CO ID:9424300002 | 661.22 |
| 08/28/24 | Square Inc CCD | DES:240828P2 | ID:L208890809721 | INDN:Andy Lim | CO ID:9424300002 | 503.32 |
| 08/28/24 | PAYPAL PPD | DES:TRANSFER | ID:1036542861212 | INDN:ADDMI INC | CO ID:PAYPALSD11 | 2.06 |
| 08/29/24 | Square Inc CCD | DES:240829P2 | ID:L208890994377 | INDN:Andy Lim | CO ID:9424300002 | 545.91 |
| 08/29/24 | STRIPE | DES:TRANSFER | ID:ST-R3Y4X7Y7E3J8 | INDN:ADDMI INC | CO | 387.88 |
| | ID:1800948598 CCD | | | | | |
| 08/29/24 | PAYPAL PPD | DES:TRANSFER | ID:1036563588569 | INDN:ADDMI INC | CO ID:PAYPALSD11 | 3.30 |
| 08/30/24 | Square Inc CCD | DES:240830P2 | ID:L208891188997 | INDN:Andy Lim | CO ID:9424300002 | 531.85 |
| 08/30/24 | PAYPAL PPD | DES:TRANSFER | ID:1036584961996 | INDN:ADDMI INC | CO ID:PAYPALSD11 | 6.90 |

**Total deposits and other credits**      **$30,493.08**

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 08/01/24 | PAYCHEX INC.    DES:PAYROLL    ID:08318800010352X  INDN:ADDMI INC          CO ID:1161124166 CCD | -5,890.51 |
| 08/01/24 | PAYCHEX TPS    DES:TAXES        ID:08318900013269X  INDN:ADDMI INC          CO ID:1161124166 CCD | -1,644.99 |
| 08/02/24 | OFFICE ALTERNATI DES:ACH        ID:505-796-9600  INDN:ADDMI INC.          CO ID:5330903620 WEB | -69.96 |
| 08/02/24 | GOOGLE        DES:APPS_COMME ID:US0041YH2Z  INDN:Bank of America          CO ID:FXXXXXXXXX WEB | -61.99 |
| 08/02/24 | PAYCHEX EIB    DES:INVOICE    ID:X08330800021993  INDN:ADDMI INC          CO ID:1161124166 CCD | -58.24 |
| 08/05/24 | Zelle payment to Lisa Valdez Conf# ofkwyidyi | -483.72 |
| 08/05/24 | Wise Inc        DES:WISE        ID:TrnWise INDN:Addmi Inc          CO ID:9453233521 CCD | -165.00 |
| 08/05/24 | PAYPAL        DES:INST XFER ID:TWILIO  INDN:ADDMI  INC.          CO ID:PAYPALSI77 WEB | -17.05 |
| 08/06/24 | Wise Inc        DES:WISE        ID:project uploadi  INDN:Addmi Inc          CO ID:9453233521 CCD | -82.00 |
| 08/06/24 | Wise Inc        DES:WISE        ID:menu items impo  INDN:Addmi Inc          CO ID:9453233521 CCD | -32.00 |
| 08/06/24 | PAYPAL        DES:INST XFER ID:TWILIO  INDN:ADDMI  INC.          CO ID:PAYPALSI77 WEB | -13.38 |
| 08/07/24 | GOOGLE        DES:APPS_COMME ID:US004229R5  INDN:Bank of America          CO ID:FXXXXXXXXX WEB | -61.99 |
| 08/09/24 | PAYPAL        DES:INST XFER ID:TWILIO  INDN:ADDMI  INC.          CO ID:PAYPALSI77 WEB | -10.01 |
| 08/12/24 | PAYPAL        DES:INST XFER ID:TWILIO  INDN:ADDMI  INC.          CO ID:PAYPALSI77 WEB | -10.01 |
| 08/13/24 | PAYPAL        DES:INST XFER ID:METAPLATFOR INDN:ADDMI  INC.          CO ID:PAYPALSI77 WEB | -159.19 |
| 08/15/24 | PAYCHEX INC.    DES:PAYROLL    ID:F9793p0NwLKKOFN  INDN:ADDMI INC          CO ID:1161124166 CCD | -4,280.67 |
| 08/15/24 | PAYCHEX TPS    DES:TAXES        ID:08486600003500X  INDN:ADDMI INC          CO ID:1161124166 CCD | -1,101.83 |
| 08/15/24 | PAYPAL        DES:INST XFER ID:TWILIO  INDN:ADDMI  INC.          CO ID:PAYPALSI77 WEB | -10.00 |
| 08/16/24 | Online Banking Transfer Conf# qygrf2etj; Lim | -5,000.00 |
| 08/16/24 | PAYCHEX-HRS      DES:HRS PMT    ID:46408594  INDN:ADDMI INC          CO ID:2555124166 CCD | -150.00 |
| 08/16/24 | PAYCHEX EIB    DES:INVOICE    ID:X08503800022561  INDN:ADDMI INC          CO ID:1161124166 CCD | -55.52 |
| 08/19/24 | Wise Inc        DES:WISE        ID:TrnWise  INDN:Addmi Inc          CO ID:9453233521 CCD | -110.00 |
| 08/19/24 | PAYPAL        DES:INST XFER ID:TWILIO  INDN:ADDMI  INC.          CO ID:PAYPALSI77 WEB | -10.57 |
| 08/19/24 | PAYPAL        DES:INST XFER ID:TWILIO  INDN:ADDMI  INC.          CO ID:PAYPALSI77 WEB | -10.02 |
| 08/22/24 | Zelle payment to Benjamin Harrison for "Project work from 7-8 to 8-20"; Conf# m3x9e8mc6 | -700.00 |
| 08/23/24 | PAYPAL        DES:INST XFER ID:TWILIO  INDN:ADDMI  INC.          CO ID:PAYPALSI77 WEB | -10.01 |
| 08/26/24 | Online Banking Transfer Conf# qabnrrfn9; Lim | -5,000.00 |
| 08/26/24 | PAYPAL        DES:INST XFER ID:TWILIO  INDN:ADDMI  INC.          CO ID:PAYPALSI77 WEB | -10.02 |

*continued on the next page*


## Withdrawals and other debits - continued

| Date | Description | | Amount |
|------|-------------|---|-------:|
| 08/29/24 | PAYCHEX INC.   DES:PAYROLL   ID:xFzZwo5sQNGGloC  INDN:ADDMI INC<br>ID:1161124166 CCD | CO | -4,135.58 |
| 08/29/24 | PAYCHEX TPS   DES:TAXES   ID:08659900019073X  INDN:ADDMI INC<br>ID:1161124166 CCD | CO | -1,039.90 |
| 08/29/24 | PAYPAL   DES:INST XFER  ID:TWILIO  INDN:ADDMI  INC.   CO ID:PAYPALSI77 WEB | | -10.01 |
| 08/30/24 | TAX_REV_GRT_ECKS DES:TRD PMNT   ID:XXXXXXXX  INDN:ADDMI, INC.<br>ID:1856000544 CCD | CO | -1,537.26 |
| 08/30/24 | Wise Inc   DES:WISE   ID:Support Call fe  INDN:Addmi Inc   CO ID:9453233521 CCD | | -165.00 |
| 08/30/24 | PAYCHEX EIB   DES:INVOICE   ID:X08671900058472  INDN:ADDMI INC<br>ID:1161124166 CCD | CO | -55.52 |
| **Total withdrawals and other debits** | | | **-$32,151.95** |

## Checks

| Date | Check # | Amount |
|------|---------|-------:|
| 08/06/24 | 99354094 | -384.24 |
| **Total checks** | | **-$384.24** |
| **Total # of checks** | | **1** |

## Service fees

The Monthly Fee on your primary Business Advantage Fundamentals Banking account was waived for the statement period ending 07/31/24. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

○ $250+ in new net purchases on a linked Business debit card* has not been met

✓ $5,000+ combined average monthly balance in linked business accounts has been met

○ Become a member of Preferred Rewards for Business has not been met

*Effective November 1st, 2024, the Monthly Fee can be avoided when you use your Bank of America business debit card to make at least $500 in new net qualified purchases.

For information on Small Business products and services or to link an existing account, please call 1.888.BUSINESS. For more information about the Preferred Rewards for Business program and which fees can be waived based on account eligibility and enrollment, see the Business Schedule of Fees located at bankofamerica.com/businessfeesataglance.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-----------:|------|----------:|------|-----------:|
| 08/01 | 39.00 | 08/08 | 3,403.25 | 08/15 | 8,774.40 |
| 08/02 | 536.75 | 08/09 | 3,955.54 | 08/16 | 4,156.90 |
| 08/05 | 2,158.33 | 08/12 | 6,177.97 | 08/19 | 6,295.69 |
| 08/06 | 2,330.33 | 08/13 | 6,689.44 | 08/20 | 6,941.62 |
| 08/07 | 2,783.18 | 08/14 | 7,368.31 | 08/21 | 7,371.70 |

*continued on the next page*

## Daily ledger balances - continued

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 08/22 | 9,481.28 | 08/27 | 7,795.27 | 08/29 | 4,052.25 |
| 08/23 | 10,016.66 | 08/28 | 8,300.65 | 08/30 | 2,833.22 |
| 08/26 | 7,134.05 | | | | |

 **BANK OF AMERICA**

## Check images
**Account number: 4390 0652 8490**
Check number: 99354094 | Amount: $384.24



# Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**Beginning November 1, there will be changes to some of the fees and how you can avoid them for your Business Advantage Fundamentals Banking account. Here is what you can expect.**

- **How to avoid the $16 Monthly Fee**
  Meet ONE of the following requirements during each statement cycle:
  - Maintain a $5,000 combined average monthly balance in eligible linked business deposit accounts. (Footnote 1)
  **OR**
  - Use your Bank of America business debit card to make at least $500 in new net qualified purchases. (Footnote 2)
  **OR**
  - Be a member of Preferred Rewards for Business (first 4 checking accounts per enrolled business). (Footnote 3)
- **Excess Transactions (checks paid / other debits / deposited items)**
  - There will be no fee for the first 20 items per statement cycle, then 45¢ per item.
  - Keep in mind, there is no Excess Transaction Fee for debit card transactions, electronic debits, and checks deposited through Mobile Check Deposit, Bank of America ATMs, or Remote Deposit Online.
- **Cash Deposit Processing Fee**
  - There will be no fee for the first $5,000 in cash deposited per statement cycle at an ATM or Financial Center, then 30¢ per $100 deposited thereafter.

Please let us know if you have any questions about these changes and other fees that may apply to your account(s), or you can review the Business Schedule of Fees at bankofamerica.com/businessfeesataglance.

You may be able to reduce or eliminate some of these fees with other account options that may better fit your needs. For more information visit bankofamerica.com/paymentsolutions. If you would like to discuss these changes, you can stop by a financial center, make an appointment at bankofamerica.com/bizappointment, or give us a call at the number listed on this statement.

(Footnote 1) You may ask us to link Business Economy Checking, Business Interest Checking, Business Advantage Savings, Business Investment Account, and Business CDs.

(Footnote 2) Use a linked Bank of America business debit card to make at least $500 in new net purchases each statement cycle and Bank of America will waive the Monthly Fee on your Business Advantage Fundamentals Banking account. In addition to the primary business debit, linked employee business debit cards also count toward the monthly net purchases amount threshold.

The following transactions do not qualify: a) ATM transactions; b) refunds, returns or other adjustments; c) cash advances or purchases of cash-like items, such as money orders, traveler's cheques, foreign currency, cashier's checks, gaming chips, and other similar instruments and things of value; d) account funding transactions, including transfers to open or fund deposit, escrow or brokerage accounts and purchases of stored value cards; e) pending (unposted) transactions.

(Footnote 3) The Preferred Rewards for Business program is only available to Small Business, Merrill Small Business, and Bank of America Private Bank® Small Business clients. Clients in the eligible business categories may enroll in the program. To enroll you must have an active, eligible Bank of America business checking account, and maintain a qualifying balance of at least $20,000 for the Gold tier, $50,000 for the Platinum tier, or $100,000 for the Platinum Honors tier in your combined qualifying Bank of America business accounts (such as checking, savings, certificate of deposit) and/or your Merrill business investment accounts (such as Working Capital Management Accounts, Business Investor Accounts, Delaware Business Accounts). The qualifying balance is calculated based on either (i) your average daily balance for a three calendar month period, or (ii) your current combined balance, provided that you enroll at the time you open your first eligible business checking account and satisfy the balance requirement at the end of at least one day within thirty days of opening that account. Refer to your Business Schedule of Fees for details on accounts that qualify towards the combined balance calculation and receive program benefits. Eligibility to enroll is generally available three or more business days after the end of the calendar month in which you satisfy the requirements. Benefits become effective within 30 days of your enrollment, or for new accounts within 30 days of account opening, unless we indicate otherwise. Certain benefits may be available without enrolling in the program if you satisfy balance and other requirements.