# Addmi Inc

## Profit and Loss
### May 2023 - May 2024

|  | MAY 2023 | JUN 2023 | JUL 2023 | AUG 2023 | SEP 2023 | OCT 2023 | NOV 2023 |
|---|---|---|---|---|---|---|---|
| Income | | | | | | | |
|   Commission Income | 2,369.02 | 2,379.57 | 2,364.83 | 2,542.92 | 2,214.34 | 2,212.47 | 2,274.88 |
|   Custom Service Income | | | 15,712.69 | | | | |
|   Gift Card Revenue Shares | 1,380.80 | 600.00 | 525.00 | | 525.00 | 1,150.00 | |
|   Sales | | | | | | | |
|     Sales Income | 20,024.05 | 18,005.38 | 20,025.18 | 22,316.81 | 18,144.75 | 21,503.69 | 14,267.84 |
|     Sales Refunds | | | | | -237.82 | | |
|   Total Sales | 20,024.05 | 18,005.38 | 20,025.18 | 22,316.81 | 17,906.93 | 21,503.69 | 14,267.84 |
|   Uber Delivery Fees | | | | -1,908.17 | -1,582.23 | | |
| Total Income | $23,773.87 | $20,984.95 | $38,627.70 | $22,951.56 | $19,064.04 | $24,866.16 | $16,542.72 |
| GROSS PROFIT | $23,773.87 | $20,984.95 | $38,627.70 | $22,951.56 | $19,064.04 | $24,866.16 | $16,542.72 |
| Expenses | | | | | | | |
|   Dues & Subscriptionss | | | | | | | |
|   Interest and Fees | | | | | | | |
|     Bank Service Charges | 6.38 | 2.12 | 1.03 | 1.00 | 6.00 | | |
|   Total Interest and Fees | 6.38 | 2.12 | 1.03 | 1.00 | 6.00 | | |
|   Occupancy | | | | | | | |
|     Rent Expense | 6,543.25 | 3,192.75 | 3,192.75 | 3,192.75 | 1,596.38 | | |
|     Telephone Expense | 418.66 | 394.07 | 404.70 | 367.84 | 698.10 | 336.60 | 276.49 |
|       Twilio Charges | | | | | 123.96 | 88.05 | 122.37 |
|     Total Telephone Expense | 418.66 | 394.07 | 404.70 | 367.84 | 822.06 | 424.65 | 398.86 |
|   Total Occupancy | 6,961.91 | 3,586.82 | 3,597.45 | 3,560.59 | 2,418.44 | 424.65 | 398.86 |
|   Office | | | | | | | |
|     Computer and Internet Expenses | 441.93 | 287.27 | 287.27 | 273.23 | 278.75 | 287.23 | 287.23 |
|     Office Expenses & Equipment | 3,650.92 | 132.88 | 34.99 | 773.99 | 208.65 | 34.99 | 44.54 |
|     Office Supplies | 682.46 | 180.75 | 94.13 | | | 107.15 | |
|   Total Office | 4,775.31 | 600.90 | 416.39 | 1,047.22 | 487.40 | 429.37 | 331.77 |
|   Office/General Administrative Expenses | | | | 1,500.00 | | | |
|   Other Business Expenses | | | | | | | |
|     Advertising & Promotion | 265.80 | | 237.86 | 577.68 | 75.28 | 88.96 | 67.50 |
|     Dues & Subscriptions | 53.87 | 53.87 | 53.80 | 32.29 | 32.29 | 32.29 | 32.29 |
|     Education | 15.89 | 15.89 | 15.88 | 15.88 | 15.88 | 15.88 | 15.88 |
|     Hardware for Clients | 2,285.00 | 5,951.91 | | | | | |
|     Insurance Expense | 221.46 | 221.46 | 221.46 | 221.46 | 221.46 | 221.46 | 221.46 |
|       Employee Health Insurance | 6,534.08 | 6,534.08 | 2,902.19 | 4,695.15 | 4,885.60 | 5,778.14 | |
|     Total Insurance Expense | 6,755.54 | 6,755.54 | 3,123.65 | 4,916.61 | 5,107.06 | 5,999.60 | 221.46 |
|   Total Other Business Expenses | 9,376.10 | 12,777.21 | 3,431.19 | 5,542.46 | 5,230.51 | 6,136.73 | 337.13 |
|   Payroll and Contract Labor | | | | | | | |
|     Commissions | 1,543.69 | 1,567.47 | 1,304.48 | 1,466.07 | 1,580.30 | 583.06 | 572.68 |
|     Contract Labor | 1,500.00 | 1,000.00 | 1,350.00 | 1,150.00 | | | |
|     Paychex PEO Fees | 325.72 | 373.76 | 380.60 | 125.08 | | | |
|     Payroll Taxes | 3,211.69 | 2,934.84 | 2,645.25 | 2,767.31 | 1,839.25 | 1,743.18 | 1,677.42 |

# Addmi Inc

## Profit and Loss

### May 2023 - May 2024

|  | MAY 2023 | JUN 2023 | JUL 2023 | AUG 2023 | SEP 2023 | OCT 2023 | NOV 2023 |
|---|---|---|---|---|---|---|---|
| Wages | 32,500.04 | 29,807.66 | 28,507.28 | 28,317.65 | 19,884.58 | 19,307.68 | 19,307.68 |
| **Total Payroll and Contract Labor** | **39,081.14** | **35,683.73** | **34,187.61** | **33,826.11** | **23,304.13** | **21,633.92** | **21,557.78** |
| Professional Fees |  |  | 107.63 |  |  |  |  |
| Accounting Fees |  |  |  |  |  |  |  |
| Legal Fees |  |  | 4,122.65 |  | 10,000.00 |  |  |
| Payroll admin fees | 40.00 | 36.00 | 51.00 | 194.70 | 365.33 | 565.37 | 133.31 |
| **Total Professional Fees** | **40.00** | **36.00** | **4,281.28** | **194.70** | **10,365.33** | **565.37** | **133.31** |
| Programming and R&D |  |  |  |  |  |  |  |
| Programmers |  |  |  |  |  |  |  |
| R&D - technology expenses |  |  |  |  |  |  | 152.91 |
| Server Expenses | 932.77 | 1,124.32 | 963.81 | 937.47 | 692.20 | 2,342.00 | 497.95 |
| **Total Programming and R&D** | **932.77** | **1,124.32** | **963.81** | **937.47** | **692.20** | **2,342.00** | **650.86** |
| Travel and Entertainment |  |  |  |  |  |  |  |
| Meals and Entertainment | 826.90 | 859.73 | 348.16 | 446.36 | 189.70 | 155.71 | 85.32 |
| Travel Expense | 492.68 | 101.00 | 3.67 | 0.00 |  |  | 0.00 |
| **Total Travel and Entertainment** | **1,319.58** | **960.73** | **351.83** | **446.36** | **189.70** | **155.71** | **85.32** |
| **Total Expenses** | **$62,493.19** | **$54,771.83** | **$47,230.59** | **$47,055.91** | **$42,693.71** | **$31,687.75** | **$23,495.03** |
| NET OPERATING INCOME | $ -38,719.32 | $ -33,786.88 | $ -8,602.89 | $ -24,104.35 | $ -23,629.67 | $ -6,821.59 | $ -6,952.31 |
| NET INCOME | $ -38,719.32 | $ -33,786.88 | $ -8,602.89 | $ -24,104.35 | $ -23,629.67 | $ -6,821.59 | $ -6,952.31 |

# Addmi Inc
## Profit and Loss
May 2023 - May 2024

|  | DEC 2023 | JAN 2024 | FEB 2024 | MAR 2024 | APR 2024 | MAY 2024 | TOTAL |
|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | |
| Commission Income | 2,144.53 | 2,555.21 | 2,120.56 | 2,402.86 | 2,942.11 | 2,488.27 | $31,011.57 |
| Custom Service Income | | | | | | | $15,712.69 |
| Gift Card Revenue Shares | | | | 525.00 | | | $4,705.80 |
| Sales | | | | | | | $0.00 |
|   Sales Income | 15,063.23 | 18,474.62 | 18,652.27 | 20,119.46 | 25,240.17 | 21,738.63 | $253,576.08 |
|   Sales Refunds | | | | | | | $ -237.82 |
| **Total Sales** | **15,063.23** | **18,474.62** | **18,652.27** | **20,119.46** | **25,240.17** | **21,738.63** | **$253,338.26** |
| Uber Delivery Fees | | | | | | | $ -3,490.40 |
| **Total Income** | **$17,207.76** | **$21,029.83** | **$20,772.83** | **$23,047.32** | **$28,182.28** | **$24,226.90** | **$301,277.92** |
| **GROSS PROFIT** | **$17,207.76** | **$21,029.83** | **$20,772.83** | **$23,047.32** | **$28,182.28** | **$24,226.90** | **$301,277.92** |
| **Expenses** | | | | | | | |
| Dues & Subscriptionss | 105.47 | 710.88 | 15.88 | 15.88 | 15.88 | 88.51 | $952.50 |
| Interest and Fees | | | | | | | $0.00 |
|   Bank Service Charges | 29.95 | 26.97 | 29.95 | 29.95 | 0.00 | | $133.35 |
| **Total Interest and Fees** | **29.95** | **26.97** | **29.95** | **29.95** | **0.00** | | **$133.35** |
| Occupancy | | | | | | | $0.00 |
|   Rent Expense | | 69.96 | 69.96 | 69.96 | 82.07 | 69.96 | $18,079.79 |
|   Telephone Expense | 192.07 | 207.07 | 252.04 | 218.15 | 309.94 | 190.58 | $4,266.31 |
|   Twilio Charges | 134.67 | 126.96 | 147.15 | 156.43 | 151.04 | 145.29 | $1,195.92 |
| **Total Telephone Expense** | **326.74** | **334.03** | **399.19** | **374.58** | **460.98** | **335.87** | **$5,462.23** |
| **Total Occupancy** | **326.74** | **403.99** | **469.15** | **444.54** | **543.05** | **405.83** | **$23,542.02** |
| Office | | | | | | | $0.00 |
|   Computer and Internet Expenses | 322.23 | | | | | 180.00 | $2,645.14 |
|   Office Expenses & Equipment | 40.30 | 60.46 | 40.30 | 71.07 | 66.84 | 1,142.19 | $6,302.12 |
|   Office Supplies | 0.00 | | 57.33 | 378.02 | 210.68 | 153.22 | $1,863.74 |
| **Total Office** | **362.53** | **60.46** | **97.63** | **449.09** | **277.52** | **1,475.41** | **$10,811.00** |
| Office/General Administrative Expenses | | | | | | | $1,500.00 |
| Other Business Expenses | | | | | | | $0.00 |
|   Advertising & Promotion | 22.02 | 106.19 | 135.26 | 176.87 | 83.10 | 252.08 | $2,088.60 |
|   Dues & Subscriptions | 32.29 | 32.29 | 61.29 | 138.48 | 32.29 | 32.29 | $619.63 |
|   Education | 15.88 | | | | | | $127.06 |
|   Hardware for Clients | | | | | | | $8,236.91 |
|   Insurance Expense | 221.34 | | 540.06 | | | | $2,311.62 |
|     Employee Health Insurance | 2,051.18 | 2,448.32 | 2,448.32 | 2,448.32 | 131.95 | 271.23 | $41,128.56 |
| **Total Insurance Expense** | **2,272.52** | **2,448.32** | **2,988.38** | **2,448.32** | **131.95** | **271.23** | **$43,440.18** |
| **Total Other Business Expenses** | **2,342.71** | **2,586.80** | **3,184.93** | **2,763.67** | **247.34** | **555.60** | **$54,512.38** |
| Payroll and Contract Labor | | | | | | | $0.00 |
|   Commissions | 733.87 | | 480.65 | 272.58 | | | $10,104.85 |
|   Contract Labor | | | | 1,000.00 | | | $6,000.00 |
|   Paychex PEO Fees | | | | | | | $1,205.16 |
|   Payroll Taxes | 1,270.83 | 1,145.53 | 1,132.14 | 1,746.58 | 1,177.70 | 1,177.70 | $24,469.42 |

# Addmi Inc

## Profit and Loss

May 2023 - May 2024

|  | DEC 2023 | JAN 2024 | FEB 2024 | MAR 2024 | APR 2024 | MAY 2024 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|---:|
| Wages | 14,692.24 | 12,384.60 | 12,384.61 | 20,192.30 | 13,615.38 | 13,615.38 | $264,517.08 |
| **Total Payroll and Contract Labor** | **16,696.94** | **13,530.13** | **13,997.40** | **23,211.46** | **14,793.08** | **14,793.08** | **$306,296.51** |
| Professional Fees |  | 28.49 | 839.48 |  |  |  | $975.60 |
| Accounting Fees |  |  | 193.61 |  |  |  | $193.61 |
| Legal Fees |  | 2,500.00 | 2,500.00 | 4,137.25 | 2,500.00 | 2,500.00 | $28,259.90 |
| Payroll admin fees | 267.50 | 318.76 | 260.22 | 271.94 | 125.68 | 41.14 | $2,670.95 |
| **Total Professional Fees** | **267.50** | **2,847.25** | **3,793.31** | **4,409.19** | **2,625.68** | **2,541.14** | **$32,100.06** |
| Programming and R&D |  |  |  |  |  |  | $0.00 |
| Programmers |  |  |  | 848.00 | 256.00 |  | $1,104.00 |
| R&D - technology expenses |  |  |  |  |  |  | $152.91 |
| Server Expenses | 478.71 | 478.71 | 407.09 | 459.25 | 528.12 | 491.43 | $10,333.83 |
| **Total Programming and R&D** | **478.71** | **478.71** | **407.09** | **1,307.25** | **784.12** | **491.43** | **$11,590.74** |
| Travel and Entertainment |  |  |  |  |  |  | $0.00 |
| Meals and Entertainment | 321.69 | 273.34 | 184.08 | 534.60 | 787.76 | 347.24 | $5,360.59 |
| Travel Expense | 192.68 |  | 1.25 |  | 43.45 | 50.00 | $884.73 |
| **Total Travel and Entertainment** | **514.37** | **273.34** | **185.33** | **534.60** | **831.21** | **397.24** | **$6,245.32** |
| **Total Expenses** | **$21,124.92** | **$20,918.53** | **$22,180.67** | **$33,165.63** | **$20,117.88** | **$20,748.24** | **$447,683.88** |
| NET OPERATING INCOME | $ -3,917.16 | $111.30 | $ -1,407.84 | $ -10,118.31 | $8,064.40 | $3,478.66 | $ -146,405.96 |
| NET INCOME | $ -3,917.16 | $111.30 | $ -1,407.84 | $ -10,118.31 | $8,064.40 | $3,478.66 | $ -146,405.96 |

# Addmi Inc

## Balance Sheet
### As of August 31, 2024

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|     Bank Accounts | |
|       Bank of America 8490 | 3,456.42 |
|       Washington Federal Bank Account | 0.00 |
|     **Total Bank Accounts** | **$3,456.42** |
|     Other Current Assets | |
|       Clearing account | 0.00 |
|       Employee Advance | 0.00 |
|       Inventory Asset | 0.00 |
|       Loan for Clients | 0.00 |
|       Loan to Michael | 0.00 |
|       Payroll Clearing Account | -30.63 |
|       Prepaid Expenses | 0.00 |
|       Uncategorized Asset | |
|         Hardware for Clients | 200.63 |
|       **Total Uncategorized Asset** | **200.63** |
|     **Total Other Current Assets** | **$170.00** |
|   **Total Current Assets** | **$3,626.42** |
|   Fixed Assets | |
|     Accumulated Depreciation | 0.00 |
|     Furniture and Equipment | 0.00 |
|   **Total Fixed Assets** | **$0.00** |
| **TOTAL ASSETS** | **$3,626.42** |
| **LIABILITIES AND EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Credit Cards | |
|         American Express Bus Plat 62003 | 754.55 |
|       **Total Credit Cards** | **$754.55** |
|       Other Current Liabilities | |
|         Line of Credit Washington Federal | 0.00 |
|         Payroll Liabilities | 128.00 |
|           Federal Taxes (941/944) | -43.08 |
|           Federal Unemployment (940) | 84.00 |
|           NM Income Tax | 842.74 |
|           NM Unemployment Tax | -72.32 |
|           NM Worker's Compensation Fee | -163.40 |
|         **Total Payroll Liabilities** | **775.94** |
|         Sales Tax Payable | 0.00 |

Accrual Basis  Monday, September 23, 2024 10:30 AM GMT-06:00                                       1/2

# Addmi Inc

## Balance Sheet
### As of August 31, 2024

|  | TOTAL |
|---|---:|
| **Total Other Current Liabilities** | **$775.94** |
| **Total Current Liabilities** | **$1,530.49** |
| Long-Term Liabilities |  |
|   Loan from Andy | 121,500.00 |
|   SBA Grant/Loan | 0.00 |
| **Total Long-Term Liabilities** | **$121,500.00** |
| **Total Liabilities** | **$123,030.49** |
| Equity |  |
|   Andy Distributions | 0.00 |
|   APIC | 689,941.70 |
|   Common Stock | 3,196.58 |
|   Contributions | 2,375,050.00 |
|     Andy Lim Loan/Contribution | 0.00 |
|     REDW LLC Contribution | 19,037.06 |
|   **Total Contributions** | **2,394,087.06** |
|   Retained Earnings (Deficit) | -3,202,331.96 |
|   Net Income | -4,297.45 |
| **Total Equity** | **$ -119,404.07** |
| **TOTAL LIABILITIES AND EQUITY** | **$3,626.42** |

| Form **1120** | | **U.S. Corporation Income Tax Return** | | OMB No. 1545-0123 |
|---|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | | For calendar year 2022 or tax year beginning _____ ending _____<br>Go to *www.irs.gov/Form1120* for instructions and the latest information. | | **2022** |

| A Check if: | | | | B Employer identification number |
|---|---|---|---|---|
| 1a Consolidated return (attach Form 851) . . ☐ | **TYPE OR PRINT** | Name<br>Addmi, Inc. | | |
| b Life/nonlife consolidated return. . . . . . ☐ | | Number, street, and room or suite no. If a P.O. box, see instructions.<br>201 Coal Ave SW | | C Date incorporated<br>05/18/2016 |
| 2 Personal holding co. (attach Sch. PH) . . ☐<br>3 Personal service corp. (see instructions) . . ☐ | | City or town, state or province, country, and ZIP or foreign postal code<br>Albuquerque, NM 87102 | | D Total assets (see instructions)<br>$ 33,064. |
| 4 Schedule M-3 attached ☐ | E Check if: (1) ☐ Initial return | (2) ☐ Final return | (3) ☐ Name change | (4) ☐ Address change |

### Income

| | | | | |
|---|---|---|---|---|
| 1a | Gross receipts or sales . . . . . . . . . . . . . . . . . | 1a | 142,597. | |
| b | Returns and allowances . . . . . . . . . . . . . . . . | 1b | | |
| c | Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . . . . . . . . . | | 1c | 142,597. |
| 2 | Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . . . . . . . . | | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . . . . . . . | | 3 | 142,597. |
| 4 | Dividends and inclusions (Schedule C, line 23) . . . . . . . . . . . . . . . . . | | 4 | |
| 5 | Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 5 | |
| 6 | Gross rents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 6 | |
| 7 | Gross royalties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 7 | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) . . . . . . . . . . . . | | 8 | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) . . . . . . | | 9 | |
| 10 | Other income (see instructions—attach statement) . . . . . . . . . . . . . . . | | 10 | |
| 11 | **Total income.** Add lines 3 through 10 . . . . . . . . . . . . . . . . . . . . . . | | 11 | 142,597. |

### Deductions (See instructions for limitations on deductions.)

| | | | |
|---|---|---|---|
| 12 | Compensation of officers (see instructions—attach Form 1125-E) . . . . . . . . | 12 | |
| 13 | Salaries and wages (less employment credits) . . . . . . . . . . . . . . . . . | 13 | 668,529. |
| 14 | Repairs and maintenance . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14 | |
| 15 | Bad debts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 15 | |
| 16 | Rents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16 | 31,263. |
| 17 | Taxes and licenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 17 | 63,429. |
| 18 | Interest (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . | 18 | |
| 19 | Charitable contributions . . . . . . . . . . . . . . . . . . . . . . . . . . . | 19 | |
| 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) . . . . | 20 | |
| 21 | Depletion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 21 | |
| 22 | Advertising . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 22 | 8,282. |
| 23 | Pension, profit-sharing, etc., plans . . . . . . . . . . . . . . . . . . . . . | 23 | |
| 24 | Employee benefit programs . . . . . . . . . . . . . . . . . . . . . . . . . | 24 | |
| 25 | Reserved for future use . . . . . . . . . . . . . . . . . . . . . . . . . . . | 25 | |
| 26 | Other deductions (attach statement) . . . . . . . . . . . . . . . . . . . . . | 26 | 280,261. |
| 27 | **Total deductions.** Add lines 12 through 26 . . . . . . . . . . . . . . . . . . | 27 | 1,051,764. |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 . . . . | 28 | -909,167. |
| 29a | Net operating loss deduction (see instructions) . . . . . . . . . . | 29a | | |
| b | Special deductions (Schedule C, line 24) . . . . . . . . . . . . | 29b | | |
| c | Add lines 29a and 29b . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 29c | |

### Tax, Refundable Credits, and Payments

| | | | |
|---|---|---|---|
| 30 | **Taxable income.** Subtract line 29c from line 28. See instructions . . . . . . . . | 30 | -909,167. |
| 31 | Total tax (Schedule J, Part I, line 11) . . . . . . . . . . . . . . . . . . . . . | 31 | |
| 32 | Reserved for future use . . . . . . . . . . . . . . . . . . . . . . . . . . . | 32 | |
| 33 | Total payments and credits (Schedule J, Part III, line 23) . . . . . . . . . . . | 33 | |
| 34 | Estimated tax penalty. See instructions. Check if Form 2220 is attached . . . . . ☐ | 34 | |
| 35 | **Amount owed.** If line 33 is smaller than the total of lines 31 and 34, enter amount owed . . . . . . | 35 | |
| 36 | **Overpayment.** If line 33 is larger than the total of lines 31 and 34, enter amount overpaid . . . . . | 36 | |
| 37 | Enter amount from line 36 you want: **Credited to 2023 estimated tax** _____ Refunded | 37 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

_____  _____  _____
Signature of officer   Date   Title

May the IRS discuss this return with the preparer shown below?
See instructions.  ☐ Yes  ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name _____ | | | Firm's EIN _____ | |
| Firm's address _____ | | | Phone no. | |

For Paperwork Reduction Act Notice, see separate instructions.
UYA

Form **1120** (2022)

Form 1120 (2022)    Addmi, Inc.        Page **2**

### Schedule C    Dividends, Inclusions, and Special Deductions (see instructions)

| | | (a) Dividends and inclusions | (b) % | (c) Special deductions (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations | | See instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8. See instructions for limitations | | See instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) | | | |
| 15 | Reserved for future use | | | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) | | | |
| c | Other inclusions from CFCs under subpart F not included on line 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) | | | |
| 18 | Gross-up for foreign taxes deemed paid | | | |
| 19 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 | | | |
| 20 | Other dividends | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 22 | Section 250 deduction (attach Form 8993) | | | |
| 23 | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 | | | |
| 24 | **Total special deductions.** Add column (c), lines 9 through 22. Enter here and on page 1, line 29b | | | |

UYA        Form **1120** (2022)

## Schedule J — Tax Computation and Payment (see instructions)

### Part I—Tax Computation

| | | |
|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)). See instructions ☐ | |
| 2 | Income tax. See instructions | |
| 3 | Base erosion minimum tax amount (attach Form 8991) | |
| 4 | Add lines 2 and 3 | |
| 5a | Foreign tax credit (attach Form 1118) . . . . . . . . . . . . . . . . 5a | |
| b | Credit from Form 8834 (see instructions) . . . . . . . . . . . . . . 5b | |
| c | General business credit (attach Form 3800) . . . . . . . . . . . . . 5c | |
| d | Credit for prior year minimum tax (attach Form 8827) . . . . . . . . . 5d | |
| e | Bond credits from Form 8912 . . . . . . . . . . . . . . . . . . 5e | |
| 6 | **Total credits.** Add lines 5a through 5e | |
| 7 | Subtract line 6 from line 4 | |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | |
| 9a | Recapture of investment credit (attach Form 4255) . . . . . . . . . . 9a | |
| b | Recapture of low-income housing credit (attach Form 8611) . . . . . . 9b | |
| c | Interest due under the look-back method—completed long-term contracts (attach Form 8697) . . . . . . . . . . . . . . . . . . . . . . . . 9c | |
| d | Interest due under the look-back method—income forecast method (attach Form 8866) 9d | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) . . . . 9e | |
| f | Interest/tax due under section 453A(c) and/or section 453(l) . . . . . . 9f | |
| g | Other (see instructions—attach statement) . . . . . . . . . . . . . 9g | |
| 10 | **Total.** Add lines 9a through 9g | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 | |

### Part II—Reserved For Future Use

| | | |
|---|---|---|
| 12 | Reserved for future use | |

### Part III—Payments and Refundable Credits

| | | |
|---|---|---|
| 13 | 2021 overpayment credited to 2022 | |
| 14 | 2022 estimated tax payments | |
| 15 | 2022 refund applied for on Form 4466 | ( ) |
| 16 | Combine lines 13, 14, and 15 | |
| 17 | Tax deposited with Form 7004 | |
| 18 | Withholding (see instructions) | |
| 19 | **Total payments.** Add lines 16, 17, and 18 | |
| 20 | Refundable credits from: | |
| a | Form 2439 . . . . . . . . . . . . . . . . . . . . . . . . . 20a | |
| b | Form 4136 . . . . . . . . . . . . . . . . . . . . . . . . . 20b | |
| c | Reserved for future use . . . . . . . . . . . . . . . . . . . . 20c | |
| d | Other (attach statement—see instructions) . . . . . . . . . . . . . 20d | |
| 21 | **Total credits.** Add lines 20a through 20d | |
| 22 | Reserved for future use | |
| 23 | **Total payments and credits.** Add lines 19 and 21. Enter here and on page 1, line 33 | |

UYA                                                                                                 Form **1120** (2022)

Case 24-10776-j11    Doc 44    Filed 09/27/24    Entered 09/27/24 15:14:40 Page 9 of 17

**Schedule K**  Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method: **a** [X] Cash   **b** [ ] Accrual   **c** [ ] Other (specify) _____ | | |
| 2 | See the instructions and enter the: | | |
| **a** | Business activity code no.  **541511** | | |
| **b** | Business activity  **Software Programming** | | |
| **c** | Product or service  **Software** | | |
| 3 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? . . . . . . . . . . . . . . . | | X |
| | If "Yes," enter name and EIN of the parent corporation  _____ | | |
| 4 | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) . . . . . . . . . . . . . . . | | X |
| **b** | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) . . . . . | | X |
| 5 | At the end of the tax year, did the corporation: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instr. If "Yes," complete (i) through (iv) below. | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below. | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| 6 | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions. See the instructions for Form 5452. | | |
| | If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary. | | |
| 7 | At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? . . . . . . . | | X |
| | For rules of attribution, see section 318. If "Yes," enter: | | |
| | **(a)** Percentage owned _____  and **(b)** Owner's country  _____ | | |
| | **(c)** The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached  **0** | | |
| 8 | Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . . . . . . . . . . ▶ [ ] | | |
| | If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 9 | Enter the amount of tax-exempt interest received or accrued during the tax year  $ _____ | | |
| 10 | Enter the number of shareholders at the end of the tax year (if 100 or fewer)  **6** | | |
| 11 | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions) . . . . . ▶ [X] | | |
| | If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid. | | |
| 12 | Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $  **1,920,217.** | | |

| Schedule K | Other Information *(continued from page 4)* | Yes | No |
|---|---|---|---|
| 13 | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? | X | |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year    $ | | |
| 14 | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions. | | X |
| | If "Yes," complete and attach Schedule UTP. | | |
| 15a | Did the corporation make any payments in 2022 that would require it to file Form(s) 1099? | | X |
| b | If "Yes," did or will the corporation file required Form(s) 1099? | | |
| 16 | During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock? | | X |
| 17 | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? | | X |
| 18 | Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? | | X |
| 19 | During the corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? | | X |
| 20 | Is the corporation operating on a cooperative basis? | X | |
| 21 | During the tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions | | X |
| | If "Yes," enter the total amount of the disallowed deductions    $ | | |
| 22 | Does the corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3)). | | X |
| | If "Yes," complete and attach Form 8991. | | |
| 23 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| 24 | Does the corporation satisfy one or more of the following? See instructions | | X |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $27 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," complete and attach Form 8990. | | |
| 25 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter amount from Form 8996, line 15    .$ | | |
| 26 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties held directly or indirectly by the corporation, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the shareholders held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions | | X |
| | Percentage: By Vote                    By Value | | |

UYA                                                                                                                                Form **1120** (2022)

Case 24-10776-j11    Doc 44    Filed 09/27/24    Entered 09/27/24 15:14:40 Page 11 of 17

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| 1 | Cash | | | | |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( | ) | ( | ) |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | | | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | | | | |
| b | Less accumulated depreciation | ( | ) | ( | ) |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( | ) | ( | ) |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( | ) | ( | ) |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | | | |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) | | | | |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock:    a Preferred stock | | | | |
| | b Common stock | | | | |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings-Appropriated (attach statement) | | | | |
| 25 | Retained earnings-Unappropriated | | | | |
| 26 | Adjustments to shareholders' equity (attach statement) | | | | |
| 27 | Less cost of treasury stock | | ( | ) | ( | ) |
| 28 | Total liabilities and shareholders' equity | | | | |

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income per Return |
|---|---|
| | Note: The corporation may be required to file Schedule M-3. See instructions. |

| 1 | Net income (loss) per books | | 7 | Income recorded on books this year not included on this return (itemize): | |
|---|---|---|---|---|---|
| 2 | Federal income tax per books | | | Tax-exempt interest $ | |
| 3 | Excess of capital losses over capital gains | | | | |
| 4 | Income subject to tax not recorded on books this year (itemize): | | 8 | Deductions on this return not charged against book income this year (itemize): | |
| | | | a | Depreciation . . . . . $ | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | b | Charitable contributions $ | |
| a | Depreciation . . . . . $ | | | | |
| b | Charitable contributions $ | | | | |
| c | Travel and entertainment $ | | 9 | Add lines 7 and 8 | |
| 6 | Add lines 1 through 5 | | 10 | Income (page 1, line 28) - line 6 less line 9 | |

| Schedule M-2 | Analysis of Unappropriated Retained Earnings per Books (Schedule L, Line 25) |
|---|---|

| 1 | Balance at beginning of year | | 5 | Distributions:    a Cash | |
|---|---|---|---|---|---|
| 2 | Net income (loss) per books | | | b Stock | |
| 3 | Other increases (itemize): | | | c Property | |
| | | | 6 | Other decreases (itemize): | |
| | | | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1, 2, and 3 | | 8 | Balance at end of year (line 4 less line 7) | |

| Form **4562** | **Depreciation and Amortization** <br>(Including Information on Listed Property) <br>Attach to your tax return. <br>Go to *www.irs.gov/Form4562* for instructions and the latest information. | OMB No. 1545-0172 <br>**2022** <br>Attachment <br>Sequence No. **179** |
|---|---|---|
| Department of the Treasury <br>Internal Revenue Service | | |
| Name(s) shown on return <br>Addmi, Inc. | Business or activity to which this form relates <br>Software Programming | Identifying number |

**Part I** Election To Expense Certain Property Under Section 179
**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | |
| 2 | Total cost of section 179 property placed in service (see instructions) . . . . . . . . . . . . . . . | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) . . . . . . . . . . | 3 | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- . . . . . . . . . . . . . | 4 | 0. |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | 0. |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . . . . . . . . . | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . . . . . . . . . . . . . | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 . . . . . . . . . . . . . . . . | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2021 Form 4562 . . . . . . . . . . . . . . | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 . . . . . . . . . . | 12 | |
| 13 | Carryover of disallowed deduction to 2023. Add lines 9 and 10, less line 12 . . . . . | 13 | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II** Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . | 14 | |
| 15 | Property subject to section 168(f)(1) election . . . . . . . . . . . . . . . . . . . . . . | 15 | |
| 16 | Other depreciation (including ACRS) . . . . . . . . . . . . . . . . . . . . . . . . . . | 16 | |

**Part III** MACRS Depreciation (Don't include listed property. See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2022 . . . . . . . . . . . . . . | 17 | |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here. . . . . . . . . . . . . . . . . . . . . . . . . ☐ | | |

**Section B—Assets Placed in Service During 2022 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C—Assets Placed in Service During 2022 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 30-year | | | 30 yrs. | MM | S/L | |
| d 40-year | | | 40 yrs. | MM | S/L | |

**Part IV** Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 . . . . . . . . . . . . . . . . . . . . . . | 21 | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions . . . . | 22 | 0. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . . . . | 23 | |

For Paperwork Reduction Act Notice, see separate instructions.                Form **4562** (2022)
UYA

Form 4562 (2022)　　Addmi, Inc.　　　　　　　　　　　　　　　　　　　　　　　　Page **2**

## Part V — Listed Property (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

### Section A—Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)

**24a** Do you have evidence to support the business/investment use claimed? ☐ Yes ☐ No　**24b** If "Yes," is the evidence written? ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **25** Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions . . . . . . . . . . . . . . . . . . | | | | | **25** | | | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| **28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . . . . . . . . . . . | | | | | | **28** | | |
| **29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . . . . . . . . . . . . . . | | | | | | | **29** | |

### Section B—Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | (b) Vehicle 2 | (c) Vehicle 3 | (d) Vehicle 4 | (e) Vehicle 5 | (f) Vehicle 6 |
|---|---|---|---|---|---|---|
| **30** Total business/investment miles driven during the year (**don't** include commuting miles) . . | | | | | | |
| **31** Total commuting miles driven during the year | | | | | | |
| **32** Total other personal (noncommuting) miles driven. . . . . . . . . . . . . . . . . | | | | | | |
| **33** Total miles driven during the year. Add lines 30 through 32 . . . . . . . . . . | | | | | | |
| **34** Was the vehicle available for personal use during off-duty hours? . . . . . . . . . . | Yes　No | Yes　No | Yes　No | Yes　No | Yes　No | Yes　No |
| **35** Was the vehicle used primarily by a more than 5% owner or related person? . . . | | | | | | |
| **36** Is another vehicle available for personal use? | | | | | | |

### Section C—Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | | Yes | No |
|---|---|---|---|
| **37** | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **38** | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . . . . . . . . . . . . . . | | |
| **39** | Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . . . . . . | | |
| **40** | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **41** | Do you meet the requirements concerning qualified automobile demonstration use? See instructions . . . . . . . . . . . . . | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

## Part VI — Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **42** Amortization of costs that begins during your 2022 tax year (see instructions): | | | | | |
| R&D | 07/01/2022 | 29,964. | Sec. 174 | 5 | 2,996. |
| | | | | | |
| **43** Amortization of costs that began before your 2022 tax year . . . . . . . . . . . . . . . . . . . . . . . . | | | | **43** | |
| **44** **Total.** Add amounts in column (f). See the instructions for where to report . . . . . . . . . . . . . . . . . | | | | **44** | 2,996. |

UYA　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Form **4562** (2022)

# 2022 Other Deductions Worksheet, Supporting Details for Form 1120, line 26

Name(s) shown on return: Addmi, Inc.

Employer identifying number:

| # | Description | Amount |
|---|---|---:|
| 1 | Amortization | 2,996. |
| 2 | Bank fees | 993. |
| 3 | Commissions | 14,841. |
| 4 | Legal and professional fees | 10,782. |
| 5 | Professional dues and subscriptions | 2,910. |
| 6 | Supplies | 29,729. |
| 7 | Telephone | 4,964. |
| 8 | Deductible non-entertainment meals exp. subject to limits | 44,866. |
| 9 | Travel and non-entertainment meals expense not subject to limits | 49,863. |
| 10 | Security Expense | 54. |
| 11 | Office Expense | 39,776. |
| 12 | Education Expense | 385. |
| 13 | Insurance Expense | 70,107. |
| 14 | Other Expense | 6,089. |
| 15 | Internet Expenses | 1,906. |

Total Other Deductions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 280,261.

| Name as shown on Form 1120 | | | | Employer Identification Number | |
|---|---|---|---|---|---|
| Addmi, Inc. | | | | | |

# Net Operating Loss (NOL) Worksheet

| (A)<br>Tax Year<br>NOL<br>Occurred | (B)<br>Original<br>NOL Amount | (C)<br>Less Carryback/<br>Carryforward<br>Used | (D)<br>Remaining<br>NOL Available<br>(Adjusted NOL) | (E)<br>Deduction<br>Allowed in<br>Current Year<br><br>Transfers to<br>Form 1120 line 29a | (F)<br>Total NOL Carryover<br>to Next Year<br><br>Includes Charitable<br>Contribution<br>Converted to NOL |
|---|---|---|---|---|---|
| 2021 | 871,928. | | 871,928. | | 871,928. |
| 2020 | 263,621. | | 263,621. | | 263,621. |
| 2019 | 117,693. | | 117,693. | | 117,693. |
| 2018 | 212,615. | | 212,615. | | 212,615. |
| 2017 | 223,180. | | 223,180. | | 223,180. |
| 2016 | 231,180. | | 231,180. | | 231,180. |
| 2015 | | | | | |
| 2014 | | | | | |
| 2013 | | | | | |
| 2012 | | | | | |
| 2011 | | | | | |
| 2010 | | | | | |
| 2009 | | | | | |
| 2008 | | | | | |
| 2007 | | | | | |
| 2006 | | | | | |
| 2005 | | | | | |
| 2004 | | | | | |
| 2003 | | | | | |
| 2002 | | | | | |
| Totals | 1,920,217. | | 1,920,217. | | 1,920,217. |
| Total charitable contributions converted to NOL to be used next year . . . . . . . . . . . . . . . . . . | | | | | |

\* Column D may include prior year charitable contributions converted to NOL

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

In re:
ADDMI, Inc.,

    Debtors.

No. 24-10776-j11

## Debtor's Unsworn Declaration Under Penalty of Perjury

I declare under penalty of perjury that the information provided in the foregoing document described below

**P&L May 2023 through May 2024;**
**Balance Sheet as of August 31, 2024; and**
**2022 Federal Tax Return**

are true and correct.

Debtor has no Cash-Flow Statement.

_____
Andy Lim, CEO

Date: 9/27/2024

*****************************************************************

**Federal Rule of Bankruptcy Procedure 1008: Verification of Petitions and Accompanying Papers** All petitions, lists, schedules, statements and amendments thereto shall be verified or contain an unsworn declaration as provided in 28 U.S.C. § 1746.

**28 U.S.C. § 1746: Unsworn declarations under penalty of perjury**

Wherever, under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form:

    (1) If executed without the United States: "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on (date). (Signature)".

    (2) If executed within the United States, its territories, possessions, or commonwealths: "I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on (date). (Signature)".