| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Addmi, Inc., a Delaware Corporation |
| United States Bankruptcy Court for the: | DISTRICT OF NEW MEXICO |
| Case number (if known): | 24-10776-11 |

■ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express World Financial Center 200 Vesey St, New York, NY 10285 | | Business Credit Card | | | | $3,500.00 |
| Christopher Olsem Miller Amundsen Davis LLC Suite 700 Saint Louis, MO 63105 | | Attorney Fees for defense of case 3:23-CV-01887-GCS | | | | $10,744.00 |
| James Auffenberg, Jr., President Auffenberg Entrprises of Illinois Inc. 176 Auto Ct. O Fallon, IL 62269 | | Convertible Note Purchase Agreement; Funded in Tranches; | | | | $1,000,000.00 |
| James Auffenberg, Jr., President Auffenberg Enterprises of Illinois, Inc. 176 Auto Court O Fallon, IL 62269 | | Subscription Agreement for Number of Shares 141,778 | | | | $0.00 |
| Matthew Auffenberg 2332 Fourlakes Drive Belleville, IL 62220 | | Convertible Promissory Note | | | | $500,000.00 |
| Matthew Auffenberg 2332 Fourlakes Drive Belleville, IL 62220 | | Convertible Promissory Note - Date of Note 0201/2023 | | | | $325,000.00 |
| Matthew Auffenberg 2332 Fourlakes Drive Belleville, IL 62220 | | Convertible Promissory Note | | | | $300,000.00 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1

Debtor  **Addmi, Inc., a Delaware Corporation**                              Case number (if known)  **24-10776-11**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Matthew Auffenberg 2332 Fourlakes Drive Belleville, IL 62220** | | **Convertible Promissory Note** | | | | $200,000.00 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Addmi, Inc., a Delaware Corporation |
| United States Bankruptcy Court for the: | DISTRICT OF NEW MEXICO |
| Case number (if known) | 24-10776-11 |

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                  12/15

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................................................... $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*......................................................................................... $ **2,057,012.68**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................................... $ **2,057,012.68**

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................. $ **0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................... $ **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............. +$ **2,496,244.00**

4. **Total liabilities** ....................................................................................................................... $ **2,496,244.00**
   Lines 2 + 3a + 3b

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Addmi, Inc., a Delaware Corporation |
| United States Bankruptcy Court for the: | DISTRICT OF NEW MEXICO |
| Case number (if known) | 24-10776-11 |

■ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**IRS**<br>**4041 N. Central Ave., Ste 112**<br>**Phoenix, AZ 85012-5000** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Notices Only** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**IRS**<br>**Centralized Insolvency Operation**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Notices Only** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3 | Priority creditor's name and mailing address<br>**New Mexico Dept Taxation & Revenue**<br>**P.O. Box 2527**<br>**Santa Fe, NM 87504** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Notices Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address<br>**American Express**<br>**World Financial Center**<br>**200 Vesey St,**<br>**New York, NY 10285** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,500.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number **4009** | Basis for the claim: **Business Credit Card**<br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address<br>**Andy Lim**<br>**4801 Lang Ave NE, Suite 110**<br>**Albuquerque, NM 87109** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,000.00 |
|---|---|---|---|
| | Date(s) debt was incurred **4-30-2024**<br>Last 4 digits of account number __ | Basis for the claim: **Personal Loan to Company; Zelle Payment Conf# qjdgnh7ve**<br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address<br>**Andy Lim**<br>**4801 Lang Ave NE, Suite 110**<br>**Albuquerque, NM 87109** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,000.00 |
|---|---|---|---|
| | Date(s) debt was incurred **06-14-2024**<br>Last 4 digits of account number __ | Basis for the claim: **Personal Loan to Company; Banking Transfer Conf# ocwzp9rw3**<br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address<br>**Andy Lim**<br>**4801 Lang Ave NE, Suite 110**<br>**Albuquerque, NM 87109** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,000.00 |
|---|---|---|---|
| | Date(s) debt was incurred **06-24-2024**<br>Last 4 digits of account number __ | Basis for the claim: **Personal Loan to Company; Online Banking Transfer Conf# dhxe6paqy**<br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address<br>Andy Lim<br>4801 Lang Ave NE, Suite 110<br>Albuquerque, NM 87109<br><br>Date(s) debt was incurred  06-27-2024<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Personal Loan to Company; Online Banking Transfer Conf# r4tg7k8mz<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $3,000.00 |
|---|---|---|
| 3.6 | Nonpriority creditor's name and mailing address<br>Andy Lim<br>4801 Lang Ave NE, Suite 110<br>Albuquerque, NM 87109<br><br>Date(s) debt was incurred  07-03-2024<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Personal Loan to Company; Online Banking Transfer Conf# mgh5ve44c<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $3,000.00 |
| 3.7 | Nonpriority creditor's name and mailing address<br>Andy Lim<br>4801 Lang Ave NE, Suite 110<br>Albuquerque, NM 87109<br><br>Date(s) debt was incurred  07-19-2024<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Personal Loan to Company; Online Banking Transfer Conf# qvgnn49b5<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $10,000.00 |
| 3.8 | Nonpriority creditor's name and mailing address<br>Andy Lim<br>4801 Lang Ave NE, Suite 110<br>Albuquerque, NM 87109<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Unpaid Salary + Loans still owed that are aged past 90 Days<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $129,000.00 |
| 3.9 | Nonpriority creditor's name and mailing address<br>Christopher Olsem Miller<br>Amundsen Davis LLC<br>Suite 700<br>Saint Louis, MO 63105<br><br>Date(s) debt was incurred  03-28-2024, 07-17-2024<br>Last 4 digits of account number  8544 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Attorney Fees for defense of case 3:23-CV-01887-GCS<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $10,744.00 |
| 3.10 | Nonpriority creditor's name and mailing address<br>James Auffenberg, Jr., President<br>Auffenberg Enterprises of Illinois, Inc.<br>176 Auto Court<br>O Fallon, IL 62269<br><br>Date(s) debt was incurred  05-29-2021<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Subscription Agreement for Number of Shares 141,778<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | Unknown |

| 3.11 | Nonpriority creditor's name and mailing address<br>James Auffenberg, Jr., President<br>Auffenberg Entrprises of Illinois Inc.<br>176 Auto Ct.<br>O Fallon, IL 62269 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,000,000.00 |
|---|---|---|---|
| | Date(s) debt was incurred  06-01-2021 | Basis for the claim: Convertible Note Purchase Agreement; Funded in Tranches; | |
| | Last 4 digits of account number  SEED | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.12 | Nonpriority creditor's name and mailing address<br>Matthew Auffenberg<br>2332 Fourlakes Drive<br>Belleville, IL 62220 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300,000.00 |
| | Date(s) debt was incurred  May 13, 2020 | Basis for the claim: Convertible Promissory Note | |
| | Last 4 digits of account number  Seed | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.13 | Nonpriority creditor's name and mailing address<br>Matthew Auffenberg<br>2332 Fourlakes Drive<br>Belleville, IL 62220 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $200,000.00 |
| | Date(s) debt was incurred  June 29, 2020 | Basis for the claim: Convertible Promissory Note | |
| | Last 4 digits of account number  Seed | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.14 | Nonpriority creditor's name and mailing address<br>Matthew Auffenberg<br>2332 Fourlakes Drive<br>Belleville, IL 62220 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $500,000.00 |
| | Date(s) debt was incurred  August 31, 2020 | Basis for the claim: Convertible Promissory Note | |
| | Last 4 digits of account number  Seed | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.15 | Nonpriority creditor's name and mailing address<br>Matthew Auffenberg<br>2332 Fourlakes Drive<br>Belleville, IL 62220 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $325,000.00 |
| | Date(s) debt was incurred  __ | Basis for the claim: Convertible Promissory Note - Date of Note 0201/2023 | |
| | Last 4 digits of account number  __ | Is the claim subject to offset? ■ No  ☐ Yes | |

**Part 3:  List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Jarrod P. Beasley<br>Kuehn, Beasley & Young, P.C.<br>23 South 1st Street<br>Belleville, IL 62220 | Line  3.9<br>☐ Not listed. Explain ____ | __ |

**Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.   $ | 0.00 |

Debtor  **Addmi, Inc., a Delaware Corporation**                Case number (if known)  24-10776-11
        Name

**5b. Total claims from Part 2**                              5b.  + $         2,496,244.00

**5c. Total of Parts 1 and 2**                                5c.    $         2,496,244.00
    Lines 5a + 5b = 5c.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:
ADDMI, Inc.,

Debtors.

No. 24-10776-j11

### Debtor's Unsworn Declaration Under Penalty of Perjury

I declare under penalty of perjury that the information provided in the foregoing document described below

**Amended Form 204 - List of 20 Largest Unsecured Creditors;**
**Amended Form 206SUM - Summary of Assets and Liabilities; and**
**Amended Form 206 E/F - Schedule E/F**

are true and correct.

_____
Andy Lim, CEO

Date: 9/27/2024

*****************************************************************

**Federal Rule of Bankruptcy Procedure 1008: Verification of Petitions and Accompanying Papers** All petitions, lists, schedules, statements and amendments thereto shall be verified or contain an unsworn declaration as provided in 28 U.S.C. § 1746.

**28 U.S.C. § 1746: Unsworn declarations under penalty of perjury**

Wherever, under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form:

(1) If executed without the United States: "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on (date). (Signature)".

(2) If executed within the United States, its territories, possessions, or commonwealths: "I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on (date). (Signature)".