UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

ADDMI, Inc.,                                              Case No. 24-10776-j11

        Debtor.

## LATE NOTICE TO ADDITIONAL PARTIES OF BANKRUPTCY CASE FILING, MEETING OF CREDITORS, AND DEADLINES

      A Notice of Bankruptcy Case, Meeting of Creditors, and Deadlines (the "Original Notice") was mailed to creditors on July 29, 2024. A copy of the Original Notice is enclosed. The debtor believes the Original Notice was not sent to you.

      Please review the Original Notice carefully; it contains several important dates and deadlines. Because you are receiving this notice late, you may want to consult an attorney to determine what rights, if any, you have arising from the late notice.

      If you need to file anything in this case, use the court address in the Original Notice. Attorneys are required to file documents electronically. If this is a chapter 7 case, do not file a proof of claim unless a Notice of Deadline to File Proof of Claim is enclosed with this notice. If this is a chapter 13 case, instructions for obtaining a proof of claim form are in the Original Notice.

GATTON & ASSOCIATES, P.C.

/s/Chris M. Gatton,
Submitted electronically 9.27.2024
10400 Academy NE, Suite 350
Albuquerque, NM 87111
Phone: (505) 271-1053
Email: chris@gattonlaw.com
*Attorneys for Debtor*

Certificate of Service

      I certify that, on September 27, 2024, copies of this notice, the Original Notice, the Statement (if the debtor is an individual), and, if checked,

        [X] Notice of Deadline to File Proof of Claim

were served via first class mail, postage prepaid, to:.

James Auffenberg, Jr.
176 Auto Court
O'Fallon, IL 62269

/s/Chris M. Gatton
Submitted electronically 9.27.204

NM LF 1009-1(d).