Exhibit A - Liquidation Analysis

| Asset | Value | Cost of Sale | Liquidation Proceeds |
|---|---:|---:|---:|
| BOA Checking | $5,242.68 | $0.00 | $5,242.68 |
| Insurance Refund | $4,000.00 | $0.00 | $4,000.00 |
| Office Furniture | $2,130.00 | $213.00 | $1,917.00 |
| Office Equipment | $5,640.00 | $564.00 | $5,076.00 |
| Furniture & Equipment | $20,000.00 | $2,000.00 | $18,000.00 |
| Patents, Copyrights | $2,000,000.00 | $200,000.00 | $1,800,000.00 |
| Causes of Action | $40,000.00 | $13,333.33 | $26,666.67 |

**TOTAL ASSET VALUE** $1,860,902.35

**Priority Debt**
IRS -$50,477.30

**Chapter 7 Trustee Fees**
Trustee Commission -$79,077.07

**Amount Available for Unsecured Creditors:** **$1,731,347.98**

## Exhibit B - List of Creditors by Class

| | Amount | Claim No. | Pro Rata % | Notes |
|---|---|---|---|---|
| **1. Secured claims** | | | | |
| None | $0.00 | | | |
| *Subtotal* | *$0.00* | | | |
| **2. Priority Claims** | | | | |
| IRS | $50,477.30 | 2 | | Debtor disputes claim |
| NMTRD | $0.00 | None | | |
| *Subtotal* | *$50,477.30* | | | |
| **3. Unsecured Claims** | | | | |
| American Express | $754.55 | 1 | 0.02% | |
| Amundsen Davis, LLC | $11,568.00 | 3 | 0.38% | * |
| Auffenberg, James | $1,641,452.74 | 4,5,6,7 | 54.27% | |
| Auffenberg, Matthew | $1,212,732.87 | 8,9,10,11 | 40.10% | |
| IRS | $832.48 | 2 | 0.03% | Debtor disputes claim |
| Lim, Andy | $157,000.00 | N/A | 5.19% | |
| *Subtotal* | *$3,024,340.64* | | 100.00% | |
| | | | | |
| Total Debt | $3,074,817.94 | | | |

\* - Debtor scheduled claim at $10,744, creditor failed to attach required supporting documents to claim; however, costs of objecting to claim exceed difference

# District of New Mexico
# Claims Register

## 24-10776-j11 Addmi, Inc., a Delaware Corporation

| | |
|---|---|
| **Judge:** Robert H. Jacobvitz | **Chapter:** 11 |
| **Office:** Albuquerque | **Last Date to file claims:** |
| **Trustee:** Bryan Scott Perkinson | **Last Date to file (Govt):** |

---

*Creditor:* (4071389)
American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

**Claim No: 1**
*Original Filed Date:* 09/16/2024
*Original Entered Date:* 09/16/2024

*Status:*
*Filed by:* CR
*Entered by:* Greg Deegan
*Modified:*

Amount claimed: $754.55

*History:*
Details  1-1  09/16/2024 Claim #1 filed by American Express National Bank, Amount claimed: $754.55 (Deegan, Greg)

*Description:*
*Remarks:*

---

*Creditor:* (4066670)
IRS
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**Claim No: 2**
*Original Filed Date:* 09/17/2024
*Original Entered Date:* 09/17/2024

*Status:*
*Filed by:* CR
*Entered by:* Paul A. Lopez
*Modified:*

Amount  claimed: $51309.78
Secured  claimed:    $0.00
Priority   claimed: $50477.30

*History:*
Details  2-1  09/17/2024 Claim #2 filed by IRS, Amount claimed: $51309.78 (Lopez, Paul)

*Description:*
*Remarks:*

---

*Creditor:* (4073426)
Amundsen Davis LLC
Daniel S. Peters
7711 Carondelet Ave
St. Louis, MO 63105

**Claim No: 3**
*Original Filed Date:* 10/07/2024
*Original Entered Date:* 10/07/2024

*Status:*
*Filed by:* CR
*Entered by:* CM-ECF Admin
*Modified:*

Amount claimed: $11568.00

*History:*
Details  3-1  10/07/2024 Claim #3 filed by Amundsen Davis LLC, Amount claimed: $11568.00 (Admin, CM-ECF)
*Description:* (3-1) Basis: Attorney/LegalServices/Fees
*Remarks:* (3-1) Account Number (last 4 digits):8544

**EXHIBIT C**

*Creditor:*    (4073815)  **Claim No: 4**  *Status:*
Matthew Auffenberg  *Original Filed*  *Filed by:* CR
Attn: Thomas H. Riske  *Date:* 10/10/2024  *Entered by:* CM-ECF Admin
Carmody MacDonald P.C.  *Original Entered*  *Modified:*
120 South Central Ave., Ste. 1800  *Date:* 10/10/2024
St. Louis, MO 63105

Amount claimed: $388487.67

*History:*
Details    4-1    10/10/2024 Claim #4 filed by Matthew Auffenberg, Amount claimed: $388487.67 (Admin, CM-ECF)

*Description:* (4-1) Basis: Money Loaned
*Remarks:*

*Creditor:*    (4073815)  **Claim No: 5**  *Status:*
Matthew Auffenberg  *Original Filed*  *Filed by:* CR
Attn: Thomas H. Riske  *Date:* 10/10/2024  *Entered by:* CM-ECF Admin
Carmody MacDonald P.C.  *Original Entered*  *Modified:*
120 South Central Ave., Ste. 1800  *Date:* 10/10/2024
St. Louis, MO 63105

Amount claimed: $257189.04

*History:*
Details    5-1    10/10/2024 Claim #5 filed by Matthew Auffenberg, Amount claimed: $257189.04 (Admin, CM-ECF)

*Description:* (5-1) Basis: Money Loaned
*Remarks:*

*Creditor:*    (4073815)  **Claim No: 6**  *Status:*
Matthew Auffenberg  *Original Filed*  *Filed by:* CR
Attn: Thomas H. Riske  *Date:* 10/10/2024  *Entered by:* CM-ECF Admin
Carmody MacDonald P.C.  *Original Entered*  *Modified:*
120 South Central Ave., Ste. 1800  *Date:* 10/10/2024
St. Louis, MO 63105

Amount claimed: $636931.51

*History:*
Details    6-1    10/10/2024 Claim #6 filed by Matthew Auffenberg, Amount claimed: $636931.51 (Admin, CM-ECF)

*Description:* (6-1) Basis: Money Loaned
*Remarks:*

*Creditor:*    (4073815)  **Claim No: 7**  *Status:*
Matthew Auffenberg  *Original Filed*  *Filed by:* CR
Attn: Thomas H. Riske  *Date:* 10/10/2024  *Entered by:* CM-ECF Admin
Carmody MacDonald P.C.  *Original Entered*  *Modified:*
120 South Central Ave., Ste. 1800  *Date:* 10/10/2024
St. Louis, MO 63105

Amount claimed: $358844.52

*History:*
Details    7-1    10/10/2024 Claim #7 filed by Matthew Auffenberg, Amount claimed: $358844.52 (Admin, CM-ECF)

*Description:* (7-1) Basis: Money Loaned
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (4073995)<br>James Auffenberg<br>Attn: Thomas H. Riske<br>120 South Central Ave., Ste. 1800<br>St. Louis, MO 63105 | **Claim No: 8**<br>*Original Filed Date:* 10/11/2024<br>*Original Entered Date:* 10/11/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* CM-ECF Admin<br>*Modified:* |

Amount claimed: $305376.71

*History:*

   Details    8-1    10/11/2024 Claim #8 filed by James Auffenberg, Amount claimed: $305376.71 (Admin, CM-ECF)

*Description:* (8-1) Basis: Money Loaned

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (4073995)<br>James Auffenberg<br>Attn: Thomas H. Riske<br>120 South Central Ave., Ste. 1800<br>St. Louis, MO 63105 | **Claim No: 9**<br>*Original Filed Date:* 10/11/2024<br>*Original Entered Date:* 10/11/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* CM-ECF Admin<br>*Modified:* |

Amount claimed: $303938.36

*History:*

   Details    9-1    10/11/2024 Claim #9 filed by James Auffenberg, Amount claimed: $303938.36 (Admin, CM-ECF)

*Description:* (9-1) Basis: Money Loaned

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (4073995)<br>James Auffenberg<br>Attn: Thomas H. Riske<br>120 South Central Ave., Ste. 1800<br>St. Louis, MO 63105 | **Claim No: 10**<br>*Original Filed Date:* 10/11/2024<br>*Original Entered Date:* 10/11/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* CM-ECF Admin<br>*Modified:* |

Amount claimed: $302452.05

*History:*

   Details    10-1    10/11/2024 Claim #10 filed by James Auffenberg, Amount claimed: $302452.05 (Admin, CM-ECF)

*Description:* (10-1) Basis: Money Loaned

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (4073995)<br>James Auffenberg<br>Attn: Thomas H. Riske<br>120 South Central Ave., Ste. 1800<br>St. Louis, MO 63105 | **Claim No: 11**<br>*Original Filed Date:* 10/11/2024<br>*Original Entered Date:* 10/11/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* CM-ECF Admin<br>*Modified:* |

Amount claimed: $300965.75

*History:*

   Details    11-1    10/11/2024 Claim #11 filed by James Auffenberg, Amount claimed: $300965.75 (Admin, CM-ECF)

*Description:* (11-1) Basis: Money Loaned

*Remarks:*

# Claims Register Summary

**Case Name:** Addmi, Inc., a Delaware Corporation

**Chapter:** 11
**Date Filed:** 07/29/2024
**Total Number Of Claims:** 11

| Total Amount Claimed* | $2917817.94 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| Secured | $0.00 | |
| Priority | $50477.30 | |
| Administrative | | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/28/2024 09:40:24 | | | |
| PACER Login: | chrisgatton | Client Code: | |
| Description: | Claims Register | Search Criteria: | 24-10776-j11 Filed or Entered From: 1/1/1990 Filed or Entered To: 10/28/2024 |
| Billable Pages: | 1 | Cost: | 0.10 |

EXHIBIT D - BUDGET PROJECTIONS
2024

| MONTHLY EXPENSES | JAN | FEB | MAR | APRIL | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INSURANCE** | | | | | | | | | | | | |
| Employee Health Insurance | $2,993.84 | $2,993.84 | $2,993.84 | $2,993.84 | $2,993.84 | $2,993.84 | $2,993.84 | $2,993.84 | $2,993.84 | $2,156.32 | $2,156.32 | $2,156.32 |
| Company Insurance | $45.99 | $45.99 | $45.99 | $45.99 | $45.99 | $45.99 | $45.99 | $45.99 | $45.99 | $45.99 | $45.99 | $45.99 |
| **RENT** | | | | | | | | | | | | |
| Office Rent | $69.96 | $69.96 | $69.96 | $69.96 | $69.96 | $69.96 | $69.96 | $69.96 | $69.96 | $69.96 | $69.96 | $69.96 |
| **UTILITIES** | | | | | | | | | | | | |
| Internet | $140.00 | $140.00 | $140.00 | $140.00 | $140.00 | $140.00 | $140.00 | $140.00 | $140.00 | $140.00 | $140.00 | $140.00 |
| Telephone | $334.00 | $399.00 | $374.00 | $460.98 | $335.87 | $119.38 | $178.90 | $111.08 | $111.71 | $120.00 | $120.00 | $120.00 |
| Server Expenses | $447.89 | $447.89 | $447.89 | $447.89 | $447.89 | $447.89 | $447.89 | $447.89 | $447.89 | $447.89 | $447.89 | $447.89 |
| Google Services | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $30.00 | $30.00 | $30.00 | $30.00 |
| **PROFESSIONALS** | | | | | | | | | | | | |
| Quickbook fees | $39.99 | $39.99 | $39.99 | $39.99 | $39.99 | $39.99 | $39.99 | $39.99 | $39.99 | $39.99 | $39.99 | $39.99 |
| Bookeeper fees | | | | | | | | | | $250.00 | $250.00 | $250.00 |
| ATTORNEY FEES | $2,500.00 | $2,500.00 | $4,500.00 | $2,500.00 | $2,500.00 | $0.00 | $17,840.00 | $0.00 | $2,500.00 | $2,500.00 | $3,500.00 | $3,500.00 |
| **TAXES** | | | | | | | | | | | | |
| PAYROLL Taxes | $1,145.53 | $1,132.14 | $1,746.58 | $1,190.60 | $1,177.70 | $1,136.46 | $1,136.46 | $1,305.79 | $765.00 | $529.67 | $529.67 | $529.67 |
| NM UNEMPLOYMENT | $116.14 | $111.63 | $169.42 | $117.39 | $119.30 | $114.28 | $114.28 | $127.76 | $77.49 | $53.21 | $53.21 | $53.21 |
| GRT | $1,603.52 | $1,583.93 | $1,757.36 | $2,148.90 | $1,847.30 | $1,679.29 | $1,924.63 | $1,725.94 | $1,638.22 | $1,924.63 | $1,906.25 | $21,360.29 |
| **PAYROLL** | | | | | | | | | | | | |
| EMPLOYEE PAYROLL | $12,384.60 | $12,384.61 | $20,192.30 | $13,615.38 | $13,615.38 | $13,615.38 | $13,617.38 | $16,807.69 | $10,000.00 | $6,923.80 | $6,923.80 | $6,923.80 |
| Contract Labor | | | $1,000.00 | | | $500.00 | $550.00 | $700.00 | $1,000.00 | $1,800.00 | $1,800.00 | $2,000.00 |
| **OTHER EXPENSES** | | | | | | | | | | | | |
| Meals and Entertainment | $273.34 | $184.08 | $534.60 | $787.76 | $347.24 | $150.00 | $683.46 | $150.00 | $200.00 | $500.00 | $500.00 | $500.00 |
| Travel Expenses | | | | $43.45 | $50.00 | | | | $150.00 | $1,000.00 | $550.00 | $550.00 |
| Advertising & Promotions | $138.32 | $196.55 | $315.35 | $115.39 | $252.08 | $147.34 | $208.30 | $123.98 | $215.64 | $350.00 | $350.00 | $350.00 |
| Office Expenses | $60.46 | $97.63 | $449.09 | $277.52 | $220.30 | $98.79 | $164.60 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 |
| **ESTIMATE TOTAL EXPENSES** | $22,313.12 | $22,309.61 | $34,407.28 | $24,797.52 | $24,062.54 | $21,279.80 | $40,071.08 | $24,869.91 | $20,425.73 | $18,881.46 | $19,413.08 | $39,067.12 |
| Services Income | $22,633.35 | $22,356.76 | $24,804.68 | $30,331.18 | $26,074.20 | $23,702.80 | $27,165.67 | $24,361.25 | $23,123.07 | $27,165.67 | $30,135.00 | $30,135.00 |
| Other Income (SourceCodeSale) | | | | | | | | | | | | $250,000.00 |
| **ESTIMATED GROSS INCOME** | $22,633.35 | $22,356.76 | $24,804.68 | $30,331.18 | $26,074.20 | $23,702.80 | $27,165.67 | $24,361.25 | $23,123.07 | $27,165.67 | $30,135.00 | $280,135.00 |

| ESTIMATED NET INCOME | $320.23 | $47.15 | ($9,602.60) | $5,533.66 | $2,011.66 | $2,423.00 | ($12,905.41) | ($508.66) | $2,697.34 | $8,284.21 | $10,721.92 | $241,067.88 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2025** | | | | | | | | | | | | |
| **MONTHLY EXPENSES** | **JAN** | **FEB** | **MAR** | **APRIL** | **MAY** | **JUN** | **JUL** | **AUG** | **SEPT** | **OCT** | **NOV** | **DEC** |
| **INSURANCE** | | | | | | | | | | | | |
| Employee Health Insurance | $2,506.32 | $2,506.32 | $2,506.32 | $2,856.32 | $2,856.32 | $2,856.32 | $3,206.32 | $3,206.32 | $3,206.32 | $3,206.32 | $3,206.32 | $3,206.32 |
| Company Insurance | $45.99 | $45.99 | $45.99 | $45.99 | $45.99 | $45.99 | $45.99 | $45.99 | $45.99 | $45.99 | $45.99 | $45.99 |
| **RENT** | | | | | | | | | | | | |
| Office Rent | $69.96 | $69.96 | $69.96 | $69.96 | $69.96 | $69.96 | $69.96 | $69.96 | $69.96 | $69.96 | $69.96 | $69.96 |
| **UTILITIES** | | | | | | | | | | | | |
| Internet | $140.00 | $140.00 | $140.00 | $140.00 | $140.00 | $140.00 | $140.00 | $140.00 | $140.00 | $140.00 | $140.00 | $140.00 |
| Telephone | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 |
| Server Expenses | $547.89 | $547.89 | $547.89 | $547.89 | $547.89 | $547.89 | $547.89 | $547.89 | $547.89 | $547.89 | $547.89 | $547.89 |
| Google Services | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 |
| **PROFESSIONALS** | | | | | | | | | | | | |
| Quickbooks Subscription | $39.99 | $39.99 | $39.99 | $39.99 | $39.99 | $39.99 | $39.99 | $39.99 | $39.99 | $39.99 | $39.99 | $39.99 |
| Accounting fee | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| ATTORNEY FEES | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 |
| **TAXES** | | | | | | | | | | | | |
| PAYROLL Taxes | $765.00 | $765.00 | $765.00 | $1,190.76 | $1,190.76 | $1,190.76 | $1,305.79 | $1,305.79 | $1,305.79 | $1,305.79 | $1,305.79 | $1,305.79 |
| NM UNEMPLOYMENT | $77.49 | $77.49 | $77.49 | $114.28 | $114.28 | $114.28 | $127.76 | $127.76 | $127.76 | $127.76 | $127.76 | $127.76 |
| GRT | $21,350.00 | $21,045.00 | $21,197.50 | $21,197.50 | $21,197.50 | $21,502.50 | $21,731.25 | $21,731.25 | $10,293.75 | $10,522.50 | $10,522.50 | $10,522.50 |
| **PAYROLL** | | | | | | | | | | | | |
| EMPLOYEE PAYROLL | $6,923.80 | $6,923.80 | $6,923.80 | $13,461.90 | $13,461.90 | $13,461.90 | $13,461.90 | $13,461.90 | $16,923.80 | $16,923.80 | $16,923.80 | $16,923.80 |
| Contract Labor | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| **OTHER EXPENSES** | | | | | | | | | | | | |
| Meals and Entertainment | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| Travel Expenses | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 |
| Advertising & Promotions | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| Office Expenses | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 |
| **TOTAL** | $41,416.44 | $41,111.44 | $41,263.94 | $48,614.59 | $48,614.59 | $48,919.59 | $49,626.85 | $49,626.85 | $41,651.25 | $41,880.00 | $41,880.00 | $41,880.00 |
| Sales Income | $30,000.00 | $26,000.00 | $28,000.00 | $28,000.00 | $28,000.00 | $32,000.00 | $35,000.00 | $35,000.00 | $35,000.00 | $38,000.00 | $38,000.00 | $38,000.00 |
| Other Income (SourceCodeSale) | $250,000.00 | $250,000.00 | $250,000.00 | $250,000.00 | $250,000.00 | $250,000.00 | $250,000.00 | $250,000.00 | $100,000.00 | $100,000.00 | $100,000.00 | $100,000.00 |
| **ESTIMATED GROSS INCOME** | $280,000.00 | $276,000.00 | $278,000.00 | $278,000.00 | $278,000.00 | $282,000.00 | $285,000.00 | $285,000.00 | $135,000.00 | $138,000.00 | $138,000.00 | $138,000.00 |

| ESTIMATED NET INCOME | $238,583.56 | $234,888.56 | $236,736.06 | $229,385.41 | $229,385.41 | $233,080.41 | $235,373.15 | $235,373.15 | $93,348.75 | $96,120.00 | $96,120.00 | $96,120.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | JAN | FEB | MAR | APRIL | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC |
| **MONTHLY EXPENSES** | | | | | | | | | | | | |
| **INSURANCE** | | | | | | | | | | | | |
| Employee Health Insurance | $3,206.32 | $3,206.32 | $3,206.32 | $3,206.32 | $3,206.32 | $3,206.32 | $3,206.32 | $3,206.32 | $3,206.32 | $3,206.32 | $3,206.32 | $3,206.32 |
| Company Insurance | $45.99 | $45.99 | $45.99 | $45.99 | $45.99 | $45.99 | $45.99 | $45.99 | $45.99 | $45.99 | $45.99 | $45.99 |
| **RENT** | | | | | | | | | | | | |
| Office Rent | $69.96 | $69.96 | $69.96 | $69.96 | $69.96 | $69.96 | $69.96 | $69.96 | $69.96 | $69.96 | $69.96 | $69.96 |
| **UTILITIES** | | | | | | | | | | | | |
| Internet | $140.00 | $140.00 | $140.00 | $140.00 | $140.00 | $140.00 | $140.00 | $140.00 | $140.00 | $140.00 | $140.00 | $140.00 |
| Telephone | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 |
| Server Expenses | $647.89 | $647.89 | $647.89 | $647.89 | $647.89 | $647.89 | $647.89 | $647.89 | $647.89 | $647.89 | $647.89 | $647.89 |
| Google Services | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 |
| **PROFESSIONALS** | | | | | | | | | | | | |
| Quickbooks Subscription | $39.99 | $39.99 | $39.99 | $39.99 | $39.99 | $39.99 | $39.99 | $39.99 | $39.99 | $39.99 | $39.99 | $39.99 |
| Accounting fee | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| ATTORNEY FEES | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 |
| **TAXES** | | | | | | | | | | | | |
| PAYROLL Taxes | $1,305.79 | $1,305.79 | $1,305.79 | $1,305.79 | $1,305.79 | $1,305.79 | $1,305.79 | $1,305.79 | $1,305.79 | $1,305.79 | $1,305.79 | $1,305.79 |
| NM UNEMPLOYMENT | $127.76 | $127.76 | $127.76 | $127.76 | $127.76 | $127.76 | $127.76 | $127.76 | $127.76 | $127.76 | $127.76 | $127.76 |
| GRT | $10,675.00 | $10,446.25 | $10,293.75 | $10,293.75 | $10,293.75 | $10,446.25 | $10,675.00 | $10,293.75 | $10,293.75 | $10,446.25 | $10,675.00 | $11,056.25 |
| **PAYROLL** | | | | | | | | | | | | |
| EMPLOYEE PAYROLL | $16,923.80 | $16,923.80 | $16,923.80 | $16,923.80 | $16,923.80 | $16,923.80 | $16,923.80 | $16,923.80 | $16,923.80 | $16,923.80 | $16,923.80 | $16,923.80 |
| Contract Labor | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| **OTHER EXPENSES** | | | | | | | | | | | | |
| Meals and Entertainment | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| Travel Expenses | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 |
| Advertising & Promotions | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| Office Expenses | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 |
| **TOTAL** | $40,132.50 | $39,903.75 | $39,751.25 | $39,751.25 | $39,751.25 | $39,903.75 | $40,132.50 | $39,751.25 | $39,751.25 | $39,903.75 | $40,132.50 | $40,513.75 |
| Sales Income | $40,000.00 | $37,000.00 | $35,000.00 | $35,000.00 | $35,000.00 | $37,000.00 | $40,000.00 | $35,000.00 | $35,000.00 | $37,000.00 | $40,000.00 | $45,000.00 |
| Other Income (SourceCodeSale) | $100,000.00 | $100,000.00 | $100,000.00 | $100,000.00 | $100,000.00 | $100,000.00 | $100,000.00 | $100,000.00 | $100,000.00 | $100,000.00 | $100,000.00 | $100,000.00 |
| **ESTIMATED GROSS INCOME** | $140,000.00 | $137,000.00 | $135,000.00 | $135,000.00 | $135,000.00 | $137,000.00 | $140,000.00 | $135,000.00 | $135,000.00 | $137,000.00 | $140,000.00 | $145,000.00 |

| ESTIMATED NET INCOME | $99,867.50 | $97,096.25 | $95,248.75 | $95,248.75 | $97,096.25 | $99,867.50 | $95,248.75 | $95,248.75 | $97,096.25 | $99,867.50 | $104,486.25 |