| Fill in this information to identify the case: | |
|---|---|
| Debtor Name | Addmi, Inc. |
| United States Bankruptcy Court for the: | District of New Mexico |
| Case number: | 24-10776-j11 |

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

| | | | |
|---|---|---|---|
| Month: | November, 2024 | Date report filed: | 02/04/2025 MM / DD / YYYY |
| Line of business: | Software Development | NAISC code: | 541511 |

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

| | |
|---|---|
| Responsible party: | Andy Lim, CEO |
| Original signature of responsible party | (See next page) |
| Printed name of responsible party | Andy Lim |

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☒ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☒ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☒ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Official Form 425C          Monthly Operating Report for Small Business Under Chapter 11          page 1

**Fill in this information to identify the case:**

Debtor Name: Adami, Inc.

United States Bankruptcy Court for the: District of New Mexico

Case number: 24-10776-j11

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: November 2024

Date report filed: _____

Line of business: Software Development

NAISC code: 541511

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Andy Lim, CEO

Original signature of responsible party: /s/ AL

Printed name of responsible party: Andy Lim

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

|     |                                                                                                                            | Yes | No  | N/A |
| --- | -------------------------------------------------------------------------------------------------------------------------- | --- | --- | --- |
| 1.  | Did the business operate during the entire reporting period?                                                               | ☑   | ☐   | ☐   |
| 2.  | Do you plan to continue to operate the business next month?                                                                | ☑   | ☐   | ☐   |
| 3.  | Have you paid all of your bills on time?                                                                                   | ☑   | ☐   | ☐   |
| 4.  | Did you pay your employees on time?                                                                                        | ☑   | ☐   | ☐   |
| 5.  | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts?                            | ☑   | ☐   | ☐   |
| 6.  |                                                                                                                            | ☑   | ☐   | ☐   |
| 7.  | Have you timely filed all other required government filings?                                                               | ☑   | ☐   | ☐   |
| 8.  | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator?                            | ☐   | ☐   | ☑   |
| 9.  | Have you timely paid all of your insurance premiums?                                                                       | ☑   | ☐   | ☐   |
| 10. | Do you have any bank accounts open other than the DIP accounts?                                                            | ☑   | ☐   | ☐   |
| 11. | Have you sold any assets other than inventory?                                                                             | ☐   | ☑   | ☐   |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way?                      | ☐   | ☑   | ☐   |
| 13. | Did any insurance company cancel your policy?                                                                              | ☐   | ☑   | ☐   |
| 14. |                                                                                                                            | ☐   | ☑   | ☐   |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf?                                        | ☐   | ☑   | ☐   |
| 16. | Has anyone made an investment in your business?                                                                            | ☐   | ☑   | ☐   |

Official Form 425C    Monthly Operating Report for Small Business Under Chapter 11    page 1

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 8,791.72

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here. $ 21,430.83

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here. − $ 18,451.35

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 2,979.48

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 11,118.93

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 0.00

    *(Exhibit E)*

Debtor Name **Addmi, Inc.**  Case number **24-10776-j11**

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**  $ 0.00

    *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?  2
27. What is the number of employees as of the date of this monthly report?  1

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ 3,500.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ 13,691.88
30. How much have you paid this month in other professional fees?  $ 269.06
31. How much have you paid in total other professional fees since filing the case?  $ 269.06

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* Projected | | *Column B* Actual | | *Column C* Difference |
|---|---|---|---|---|---|
|  | Copy lines 35-37 from the previous month's report. | — | Copy lines 20-22 of this report. | = | Subtract Column B from Column A. |
| 32. Cash receipts | $ 25,000.00 | — | $ 21,430.83 | = | $ 3,569.17 |
| 33. Cash disbursements | $ 25,000.00 | — | $ 18,451.35 | = | $ 6,548.65 |
| 34. Net cash flow | $ 0.00 | — | $ 2,979.48 | = | $ -2,979.48 |

35. Total projected cash receipts for the next month:  $ 25,000.00
36. Total projected cash disbursements for the next month:  - $ 25,000.00
37. Total projected net cash flow for the next month:  = $ 0.00

Debtor Name Addmi, Inc.  Case number 24-10776-j11

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- [ ] 39. Bank reconciliation reports for each account.

- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- [ ] 41. Budget, projection, or forecast reports.

- [ ] 42. Project, job costing, or work-in-progress reports.



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

ADDMI, INC.
DEBTOR IN POSSESSION CASE 24-10776
7850 JEFFERSON ST NE STE 220
ALBUQUERQUE, NM 87109-4314

**Business Advantage**

Customer service information

☎ 1.888.BUSINESS (1.888.287.4637)

🌐 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Fundamentals™ Banking

for November 1, 2024 to November 30, 2024    Account number: ▇▇▇▇ 8490

**ADDMI, INC.    DEBTOR IN POSSESSION CASE 24-10776**

## Account summary

| | |
|---|---:|
| Beginning balance on November 1, 2024 | $8,791.72 |
| Deposits and other credits | 21,430.83 |
| Withdrawals and other debits | -18,451.35 |
| Checks | -651.27 |
| Service fees | -1.00 |
| **Ending balance on November 30, 2024** | **$11,118.93** |

# of deposits/credits: 56
# of withdrawals/debits: 23
# of items-previous cycle[1]: 1
# of days in cycle: 30
Average ledger balance: $8,584.77

[1]Includes checks paid, deposited items and other debits



### You've got a banking partner ready to help.

As your dedicated Small Business Specialist, I'm here to help with all of your business's financial needs and priorities.

**Contact me today.**
David Salazar
505.278.5921
david.salazar2@bofa.com

SSM-09-23-0714.B | 5972504

Case 24-10776-j11   Doc 65   Filed 02/04/25   Entered 02/04/25 14:08:13   Page 6 of 17
PULL: E   CYCLE: 48   SPEC: E   DELIVERY: E   TYPE:    IMAGE: I   BC: NM
Page 1 of 12

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender

Case 24-10776-j11    Doc 65    Filed 02/04/25    Entered 02/04/25 14:08:13 Page 7 of 17

## Deposits and other credits

| Date | Description | | Amount |
|---|---|---|---:|
| 11/01/24 | Square Inc       DES:SQ241101   ID:T3QCYQFRMC1M1BA   INDN:Andy Lim | CO | 520.07 |
|  | ID:9424300002 CCD | | |
| 11/01/24 | PAYPAL           DES:TRANSFER   ID:1037919652664   INDN:ADDMI INC | CO ID:PAYPALSD11 | 4.98 |
|  | PPD | | |
| 11/04/24 | Square Inc       DES:SQ241104   ID:T3MQ0TCC62HV7WQ   INDN:Andy Lim | CO | 942.19 |
|  | ID:9424300002 CCD | | |
| 11/04/24 | Square Inc       DES:SQ241104   ID:T3EE9HJCMTB916C   INDN:Andy Lim | CO | 847.78 |
|  | ID:9424300002 CCD | | |
| 11/04/24 | Square Inc       DES:SQ241104   ID:T30491KN008ZQZ3   INDN:Andy Lim | CO | 514.29 |
|  | ID:9424300002 CCD | | |
| 11/04/24 | PAYPAL           DES:TRANSFER   ID:1037969194293   INDN:ADDMI INC | CO ID:PAYPALSD11 | 3.00 |
|  | PPD | | |
| 11/04/24 | PAYPAL           DES:TRANSFER   ID:1037941615712   INDN:ADDMI INC | CO ID:PAYPALSD11 | 1.50 |
|  | PPD | | |
| 11/05/24 | Square Inc       DES:SQ241105   ID:T32VHGSCP53HSWM   INDN:Andy Lim | CO | 642.29 |
|  | ID:9424300002 CCD | | |
| 11/06/24 | Square Inc       DES:SQ241106   ID:T3BRW324ASS7Y79   INDN:Andy Lim | CO | 499.45 |
|  | ID:9424300002 CCD | | |
| 11/06/24 | PAYPAL           DES:TRANSFER   ID:1038036467323   INDN:ADDMI INC | CO ID:PAYPALSD11 | 2.74 |
|  | PPD | | |
| 11/07/24 | Square Inc       DES:SQ241107   ID:T3HSX23Y4ZHNYVV   INDN:Andy Lim | CO | 569.16 |
|  | ID:9424300002 CCD | | |
| 11/07/24 | STRIPE           DES:TRANSFER   ID:ST-G3P2S9R0O4S6   INDN:ADDMI INC | CO | 148.40 |
|  | ID:1800948598 CCD | | |
| 11/07/24 | PAYPAL           DES:TRANSFER   ID:1038057659702   INDN:ADDMI INC | CO ID:PAYPALSD11 | 5.65 |
|  | PPD | | |
| 11/08/24 | Square Inc       DES:SQ241108   ID:T386J2WSRCDZP00   INDN:Andy Lim | CO | 505.28 |
|  | ID:9424300002 CCD | | |
| 11/08/24 | PAYPAL           DES:TRANSFER   ID:1038078579238   INDN:ADDMI INC | CO ID:PAYPALSD11 | 10.24 |
|  | PPD | | |

*continued on the next page*



**New!** Wire transfers in the Mobile Banking app

Now you can send domestic and international wire transfers
in our app and Online Banking.

Learn more at **bofa.com/wiretransfers**.

Available in English and Spanish

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.
Fees apply to wire transfers. See the Online Banking Service Agreement at bankofamerica.com. Data connection required.
Carrier fees may apply.                                                SSM-01-24-2438.B  |  5546710

## Deposits and other credits - continued

| Date | Description | | Amount |
|---|---|---|---:|
| 11/12/24 | Square Inc    DES:SQ241111   ID:T3FZXXAXYW28N27  INDN:Andy Lim   ID:9424300002 CCD | CO | 787.57 |
| 11/12/24 | Square Inc    DES:SQ241111   ID:T329NHRGJJ8ZQBQ  INDN:Andy Lim   ID:9424300002 CCD | CO | 740.07 |
| 11/12/24 | Square Inc    DES:SQ241112   ID:T3GCW727GXN7M83  INDN:Andy Lim   ID:9424300002 CCD | CO | 642.55 |
| 11/12/24 | Square Inc    DES:SQ241111   ID:T3Q0NT8RW7M55KX  INDN:Andy Lim   ID:9424300002 CCD | CO | 486.76 |
| 11/12/24 | PAYPAL         DES:TRANSFER   ID:1038101015374  INDN:ADDMI INC   PPD | CO ID:PAYPALSD11 | 16.24 |
| 11/12/24 | PAYPAL         DES:TRANSFER   ID:1038123799383  INDN:ADDMI INC   PPD | CO ID:PAYPALSD11 | 15.98 |
| 11/13/24 | Square Inc    DES:SQ241113   ID:T34NR1G99S7WT60  INDN:Andy Lim   ID:9424300002 CCD | CO | 425.36 |
| 11/13/24 | PAYPAL         DES:TRANSFER   ID:1038189324234  INDN:ADDMI INC   PPD | CO ID:PAYPALSD11 | 12.60 |
| 11/14/24 | Square Inc    DES:SQ241114   ID:T3SH021JXMPB1E7  INDN:Andy Lim   ID:9424300002 CCD | CO | 455.61 |
| 11/14/24 | STRIPE         DES:TRANSFER   ID:ST-J2K5R7B2D0P1  INDN:ADDMI INC   ID:4270465600 CCD | CO | 224.08 |
| 11/14/24 | TILL 4918      DES:CORP PAY   ID:   INDN:ADDMI 75        CO ID:3648448977 CCD | | 193.80 |
| 11/14/24 | PAYPAL         DES:TRANSFER   ID:1038210961403  INDN:ADDMI INC   PPD | CO ID:PAYPALSD11 | 13.13 |
| 11/15/24 | Square Inc    DES:SQ241115   ID:T3KZDDPVS7R63WZ  INDN:Andy Lim   ID:9424300002 CCD | CO | 494.15 |
| 11/15/24 | PAYPAL         DES:TRANSFER   ID:1038232434689  INDN:ADDMI INC   PPD | CO ID:PAYPALSD11 | 38.74 |
| 11/18/24 | Square Inc    DES:SQ241118   ID:T3F2X6V2CJSJZZW  INDN:Andy Lim   ID:9424300002 CCD | CO | 794.83 |
| 11/18/24 | Square Inc    DES:SQ241118   ID:T3ZA7WRBEHX12JH  INDN:Andy Lim   ID:9424300002 CCD | CO | 688.67 |
| 11/18/24 | Square Inc    DES:SQ241118   ID:T32992FVQFY40VB  INDN:Andy Lim   ID:9424300002 CCD | CO | 530.36 |
| 11/18/24 | PAYPAL         DES:TRANSFER   ID:1038279178342  INDN:ADDMI INC   PPD | CO ID:PAYPALSD11 | 12.75 |
| 11/18/24 | PAYPAL         DES:TRANSFER   ID:1038259965971  INDN:ADDMI INC   PPD | CO ID:PAYPALSD11 | 1.24 |
| 11/19/24 | Square Inc    DES:SQ241119   ID:T3EEGSSC2TE8ST9  INDN:Andy Lim   ID:9424300002 CCD | CO | 585.28 |
| 11/20/24 | Square Inc    DES:SQ241120   ID:T3TRY10Y4RZFZZD  INDN:Andy Lim   ID:9424300002 CCD | CO | 435.97 |
| 11/20/24 | PAYPAL         DES:TRANSFER   ID:1038343330764  INDN:ADDMI INC   PPD | CO ID:PAYPALSD11 | 31.30 |

*continued on the next page*


## Deposits and other credits - continued

| Date | Description | Amount |
|---|---|---:|
| 11/21/24 | Block, Inc.    DES:PAYMENTS    ID:170454    INDN:Addmi Inc    CO ID:9000039606 CCD  PMT INFO:NTE*ZZZ*Addmi Inc\ | 2,387.16 |
| 11/21/24 | Square Inc    DES:SQ241121    ID:T31WH22SSBM4EFB    INDN:Andy Lim    CO ID:9424300002 CCD | 603.72 |
| 11/21/24 | STRIPE    DES:TRANSFER    ID:ST-Y2S2P5A8D3X7    INDN:ADDMI INC    CO ID:1800948598 CCD | 282.47 |
| 11/21/24 | PAYPAL    DES:TRANSFER    ID:1038364950657    INDN:ADDMI INC    CO ID:PAYPALSD11 PPD | 33.54 |
| 11/22/24 | Square Inc    DES:SQ241122    ID:T34D8AWP9M2V3EP    INDN:Andy Lim    CO ID:9424300002 CCD | 616.10 |
| 11/22/24 | PAYPAL    DES:TRANSFER    ID:1038386731285    INDN:ADDMI INC    CO ID:PAYPALSD11 PPD | 18.79 |
| 11/25/24 | Square Inc    DES:SQ241125    ID:T3P3PWX7WBK1W5E    INDN:Andy Lim    CO ID:9424300002 CCD | 728.69 |
| 11/25/24 | Square Inc    DES:SQ241125    ID:T3XG3WHXWBS14BQ    INDN:Andy Lim    CO ID:9424300002 CCD | 725.69 |
| 11/25/24 | Square Inc    DES:SQ241125    ID:T3H0GBG0QX6BPSV    INDN:Andy Lim    CO ID:9424300002 CCD | 571.10 |
| 11/25/24 | PAYPAL    DES:TRANSFER    ID:1038408874700    INDN:ADDMI INC    CO ID:PAYPALSD11 PPD | 9.17 |
| 11/25/24 | PAYPAL    DES:TRANSFER    ID:1038432760558    INDN:ADDMI INC    CO ID:PAYPALSD11 PPD | 3.00 |
| 11/26/24 | Square Inc    DES:SQ241126    ID:T3AKFBDDXEXQN1M    INDN:Andy Lim    CO ID:9424300002 CCD | 593.90 |
| 11/27/24 | Square Inc    DES:SQ241127    ID:T328QN205CED9XN    INDN:Andy Lim    CO ID:9424300002 CCD | 496.53 |
| 11/27/24 | PAYPAL    DES:TRANSFER    ID:1038499513948    INDN:ADDMI INC    CO ID:PAYPALSD11 PPD | 1.50 |
| 11/29/24 | Square Inc    DES:SQ241129    ID:T3DJY8Y5KC4Z1EP    INDN:Andy Lim    CO ID:9424300002 CCD | 598.87 |
| 11/29/24 | Square Inc    DES:SQ241128    ID:T3KZRSYC4PE3HV6    INDN:Andy Lim    CO ID:9424300002 CCD | 558.07 |
| 11/29/24 | STRIPE    DES:TRANSFER    ID:ST-S8B6N9M2O5Q7    INDN:ADDMI INC    CO ID:1800948598 CCD | 281.16 |
| 11/29/24 | PAYPAL    DES:TRANSFER    ID:1038522921168    INDN:ADDMI INC    CO ID:PAYPALSD11 PPD | 59.26 |
| 11/29/24 | PAYPAL    DES:TRANSFER    ID:1038547585015    INDN:ADDMI INC    CO ID:PAYPALSD11 PPD | 18.05 |
| **Total deposits and other credits** | | **$21,430.83** |

# Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 11/01/24 | Online transfer to CHK 7320 Confirmation# jz7qv5yja | -1,476.61 |
| 11/01/24 | STATE OF NM DWS DES:UI PAYMENT ID: 2463771 INDN:Addmi Inc. CO ID:8856000565 CCD | -102.00 |
| 11/04/24 | OFFICE ALTERNATI DES:ACH ID:505-796-9600 INDN:ADDMI INC. CO ID:5330903620 WEB | -69.96 |
| 11/05/24 | GOOGLE DES:APPS COMME ID:US0043EK0F INDN:Bank of America CO ID:FXXXXXXXXX WEB | -50.23 |
| 11/07/24 | Zelle payment to Julia Accounting for "Accounting fees"; Conf# nzc9i56r7 | -269.06 |
| 11/07/24 | Square Inc DES:PAYR DD ID:T32VX9PJRJEZ6SJ INDN:ADDMI, INC. CO ID:1465614445 PPD | -3,019.38 |
| 11/07/24 | Square Inc DES:PAYR TAX ID:T3B1YT9MH63V4YQ INDN:ADDMI, INC. CO ID:1465614445 PPD | -126.41 |
| 11/07/24 | Square Inc DES:PAYR TAX ID:T3YR6JDCRE55KEC INDN:ADDMI, INC. CO ID:1465614445 PPD | -55.39 |
| 11/08/24 | TRANSFER ADDMI, INC.:Gatton & Associates, Confirmation# 0407082194 | -3,500.00 |
| 11/08/24 | IRS DES:USATAXPYMT ID:227471374014654 INDN:ADDMI LLC CO ID:3387702000 CCD | -580.62 |
| 11/13/24 | UNITED HEALTHCAR DES:EDI PAYMTS ID:771796666098 INDN:Addmi, Inc. CO ID:1411289245 CTX ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | -710.22 |
| 11/14/24 | Wise Inc DES:WISE ID:support call INDN:Addmi Inc CO ID:9453233521 CCD | -110.00 |
| 11/18/24 | Wise Inc DES:WISE ID:TrnWise INDN:Addmi Inc CO ID:9453233521 CCD | -750.00 |
| 11/18/24 | INTUIT * DES:QBooks Onl ID:8285151 INDN:ADDMI INC CO ID:0000756346 CCD | -37.67 |
| 11/21/24 | Square Inc DES:PAYR DD ID:T31RDARRV2MGZG1 INDN:ADDMI, INC. CO ID:1465614445 PPD | -3,019.38 |
| 11/21/24 | Square Inc DES:PAYR TAX ID:T3CKH12V86V7X01 INDN:ADDMI, INC. CO ID:1465614445 PPD | -126.41 |
| 11/21/24 | Square Inc DES:PAYR TAX ID:T30V9F0WQ96724F INDN:ADDMI, INC. CO ID:1465614445 PPD | -35.08 |
| 11/22/24 | IRS DES:USATAXPYMT ID:227472774029312 INDN:ADDMI LLC CO ID:3387702000 CCD | -580.62 |
| 11/25/24 | Online transfer to CHK 7320 Confirmation# qnqz4qpxn; | -1,801.74 |
| 11/26/24 | TAX REV GRT ECKS DES:TRD PMNT ID:1266434432 INDN:ADDMI, INC. CO ID:1856000544 CCD | -1,920.57 |
| 11/27/24 | Wise Inc DES:WISE ID:support service INDN:Addmi Inc CO ID:9453233521 CCD | -110.00 |
| **Total withdrawals and other debits** | | **-$18,451.35** |

# Checks

| Date | Check # | Amount |
|---|---|---|
| 11/12/24 | 99509927 | -651.27 |
| **Total checks** | | **-$651.27** |
| **Total # of checks** | | **1** |

## Service fees

The Monthly Fee on your primary Business Advantage Fundamentals Banking account was waived for the statement period ending 10/31/24. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

- ◯ $500+ in new net purchases on a linked Business debit card has not been met
- ✓ $5,000+ combined average monthly balance in linked business accounts has been met
- ◯ Become a member of Preferred Rewards for Business has not been met

For information on Small Business products and services or to link an existing account, please call 1.888.BUSINESS. For more information about the Preferred Rewards for Business program and which fees can be waived based on account eligibility and enrollment, see the Business Schedule of Fees located at bankofamerica.com/businessfeesataglance.

| Date | Transaction description | Amount |
|---|---|---:|
| 11/12/24 | External transfer fee - 3 Day - 11/08/2024 | -1.00 |
| **Total service fees** | | **-$1.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---:|---|---:|---|---:|
| 11/01 | 7,738.16 | 11/13 | 6,523.72 | 11/21 | 10,251.98 |
| 11/04 | 9,976.96 | 11/14 | 7,300.34 | 11/22 | 10,306.25 |
| 11/05 | 10,569.02 | 11/15 | 7,833.23 | 11/25 | 10,542.16 |
| 11/06 | 11,071.21 | 11/18 | 9,073.41 | 11/26 | 9,215.49 |
| 11/07 | 8,324.18 | 11/19 | 9,658.69 | 11/27 | 9,603.52 |
| 11/08 | 4,759.08 | 11/20 | 10,125.96 | 11/29 | 11,118.93 |
| 11/12 | 6,795.98 | | | | |

This page intentionally left blank



ADDMI, INC.  |  Account # ███████ 8490  |  November 1, 2024 to November 30, 2024

# Check images
**Account number: 4390 0652 8490**
Check number: 99509927  |  Amount: $651.27

```
                                            99509927
Charge To: Lim Andy    871WCZ0GDF3693      11/12/24
                                          13128D00970

Pay to the order of: AMAZON WEB SERVI         $651.27
SIX HUNDRED FIFTY-ONE AND 27/100              DOLLARS

                                    Pre-Authorized Payment
ABA 107000327   Account 439006528490

  ⑆99509927⑆ ⑇107000327⑇      8490⑈  ⑆0000065127⑆
```

This page intentionally left blank

This page intentionally left blank

This page intentionally left blank