Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: December, 2024              Date report filed: 02/04/2025
                                                    MM / DD / YYYY
Line of business: Software Development    NAISC code: 541511

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Andy Lim, CEO

Original signature of responsible party: /s/

Printed name of responsible party: Andy Lim

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Addmi, Inc.    Case number 24-10776-j11

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**    $ 11,118.93

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ 22,564.39

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.    − $ 19,480.77

    Report the total from *Exhibit D* here.

22. **Net cash flow**    + $ 3,083.62

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.    = $ 14,202.55

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 0.00

    *(Exhibit E)*

Debtor Name Addmi, Inc.                                    Case number 24-10776-j11

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                              $ 0.00
    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                2
27. What is the number of employees as of the date of this monthly report?                   1

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ 3,500.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ 17,191.88
30. How much have you paid this month in other professional fees?                                   $ 269.06
31. How much have you paid in total other professional fees since filing the case?                  $ 538.12

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* **Projected** | − | *Column B* **Actual** | = | *Column C* **Difference** |
|---|---|---|---|---|---|
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 25,000.00 | − | $ 22,564.39 | = | $ 2,435.61 |
| 33. **Cash disbursements** | $ 25,000.00 | − | $ 19,480.77 | = | $ 5,519.23 |
| 34. **Net cash flow** | $ 0.00 | − | $ 3,083.62 | = | $ -3,083.62 |

35. Total projected cash receipts for the next month:                              $ 25,000.00
36. Total projected cash disbursements for the next month:                       − $ 25,000.00
37. Total projected net cash flow for the next month:                              = $ 0.00

Debtor Name Addmi, Inc.  Case number 24-10776-j11

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- [ ] 39. Bank reconciliation reports for each account.

- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- [ ] 41. Budget, projection, or forecast reports.

- [ ] 42. Project, job costing, or work-in-progress reports.



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

ADDMI, INC.
DEBTOR IN POSSESSION CASE 24-10776
7850 JEFFERSON ST NE STE 220
ALBUQUERQUE, NM  87109-4314

Business Advantage

**Customer service information**

- 1.888.BUSINESS (1.888.287.4637)
- bankofamerica.com
- Bank of America, N.A.
  P.O. Box 25118
  Tampa, FL 33622-5118

## Your Business Advantage Fundamentals™ Banking

for December 1, 2024 to December 31, 2024                          Account number: 8490

ADDMI, INC.    DEBTOR IN POSSESSION CASE 24-10776

### Account summary

| | |
|---|---:|
| Beginning balance on December 1, 2024 | $11,118.93 |
| Deposits and other credits | 22,564.39 |
| Withdrawals and other debits | -18,830.29 |
| Checks | -649.48 |
| Service fees | -1.00 |
| **Ending balance on December 31, 2024** | **$14,202.55** |

# of deposits/credits: 52
# of withdrawals/debits: 23
# of items-previous cycle[1]: 1
# of days in cycle: 31
Average ledger balance: $10,696.96

[1]Includes checks paid, deposited items and other debits

---

BUSINESS ADVANTAGE

### View your key business metrics all in one place.

Visually track your business's cash flow trends and data from popular business services, all within Business Advantage 360.[1]

**To learn more, visit bankofamerica.com/ConnectedApps** or just scan this code.



When you use the QRC feature, certain information is collected from your mobile device for business purposes.
[1] You must be enrolled in Business Advantage 360, our small business online banking, or Mobile Banking to use Cash Flow Monitor and Connected Apps, and have an eligible Bank of America® small business deposit account. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-11-23-0007.B | 6019109

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation

Bank of America, N.A. Member FDIC and Equal Housing Lender

## Deposits and other credits

| Date | Description | | Amount |
|---|---|---|---:|
| 12/02/24 | Square Inc    DES:SQ241202   ID:T30SSCKJ0XDMDWB   INDN:Andy Lim   ID:9424300002 CCD | CO | 779.02 |
| 12/02/24 | Square Inc    DES:SQ241202   ID:T3JZH19D4YQS070   INDN:Andy Lim   ID:9424300002 CCD | CO | 774.88 |
| 12/02/24 | Square Inc    DES:SQ241202   ID:T3HENNS9GNYM8C9   INDN:Andy Lim   ID:9424300002 CCD | CO | 116.88 |
| 12/03/24 | Square Inc    DES:SQ241203   ID:T39JEY3GJ91DKMP   INDN:Andy Lim   ID:9424300002 CCD | CO | 573.82 |
| 12/04/24 | Square Inc    DES:SQ241204   ID:T36ZB9PDA7ZPP88   INDN:Andy Lim   ID:9424300002 CCD | CO | 386.50 |
| 12/04/24 | PAYPAL    DES:TRANSFER   ID:1038682250813   INDN:ADDMI INC   PPD | CO ID:PAYPALSD11 | 11.34 |
| 12/05/24 | Square Inc    DES:SQ241205   ID:T33FSNWJH74VDQE   INDN:Andy Lim   ID:9424300002 CCD | CO | 620.02 |
| 12/05/24 | STRIPE    DES:TRANSFER   ID:ST-V4F2X2I2Y1V7   INDN:ADDMI INC   ID:1800948598 CCD | CO | 208.96 |
| 12/05/24 | PAYPAL    DES:TRANSFER   ID:1038707657620   INDN:ADDMI INC   PPD | CO ID:PAYPALSD11 | 9.66 |
| 12/06/24 | Square Inc    DES:SQ241206   ID:T3CQWTBTF7YXYXW   INDN:Andy Lim   ID:9424300002 CCD | CO | 534.13 |
| 12/06/24 | PAYPAL    DES:TRANSFER   ID:1038731604957   INDN:ADDMI INC   PPD | CO ID:PAYPALSD11 | 7.54 |
| 12/09/24 | Square Inc    DES:SQ241209   ID:T38C0MA0KWH63M8   INDN:Andy Lim   ID:9424300002 CCD | CO | 847.44 |
| 12/09/24 | Square Inc    DES:SQ241209   ID:T3JR14DQHGC8W69   INDN:Andy Lim   ID:9424300002 CCD | CO | 792.86 |
| 12/09/24 | Square Inc    DES:SQ241209   ID:T3WF02WD8P0VK2X   INDN:Andy Lim   ID:9424300002 CCD | CO | 574.82 |
| 12/09/24 | PAYPAL    DES:TRANSFER   ID:1038781241471   INDN:ADDMI INC   PPD | CO ID:PAYPALSD11 | 12.60 |

*continued on the next page*

---



**Security tips**

**Tips to help protect yourself from trending scams:**

- Hang up if you receive a suspicious call from someone saying they're from the bank. Instead, call the number on your statement or card.
- Neither Bank of America nor the U.S. government will request that you transfer money or share codes to resolve fraud.

Learn more about trending scams.
Scan the code or visit bofa.com/HelpProtectYourself.

When you use the QRC feature certain information is collected from your mobile device for business purposes.   SSM-01-24-2353.B2 | 6172088

## Deposits and other credits - continued

| Date | Description | Amount |
|---|---|---:|
| 12/09/24 | PAYPAL           DES:TRANSFER   ID:1038756009219  INDN:ADDMI INC           CO ID:PAYPALSD11 PPD | 12.14 |
| 12/09/24 | PAYPAL           DES:TRANSFER   ID:1038803888555  INDN:ADDMI INC           CO ID:PAYPALSD11 PPD | 1.24 |
| 12/10/24 | Square Inc     DES:SQ241210   ID:T3VF9GJGB09MXCX  INDN:Andy Lim              CO ID:9424300002 CCD | 610.84 |
| 12/11/24 | Square Inc     DES:SQ241211   ID:T3HSEHFR0A8JCV4  INDN:Andy Lim              CO ID:9424300002 CCD | 403.84 |
| 12/11/24 | PAYPAL           DES:TRANSFER   ID:1038851059498  INDN:ADDMI INC           CO ID:PAYPALSD11 PPD | 15.87 |
| 12/12/24 | Square Inc     DES:SQ241212   ID:T34KHDPBG2099P7  INDN:Andy Lim              CO ID:9424300002 CCD | 568.81 |
| 12/12/24 | STRIPE           DES:TRANSFER   ID:ST-J8P1W3P3R5L4  INDN:ADDMI INC           CO ID:1800948598 CCD | 193.27 |
| 12/12/24 | PAYPAL           DES:TRANSFER   ID:1038874673799  INDN:ADDMI INC           CO ID:PAYPALSD11 PPD | 7.03 |
| 12/13/24 | RETURNED CHECK | 649.48 |
| 12/13/24 | Square Inc     DES:SQ241213   ID:T3T51QSAVK9EQTA  INDN:Andy Lim              CO ID:9424300002 CCD | 526.90 |
| 12/13/24 | TILL 4918         DES:CORP PAY   ID:  INDN:ADDMI 75              CO ID:3648448977 CCD | 163.97 |
| 12/13/24 | PAYPAL           DES:TRANSFER   ID:1038899721387  INDN:ADDMI INC           CO ID:PAYPALSD11 PPD | 4.50 |
| 12/16/24 | Square Inc     DES:SQ241216   ID:T38ZDCQZ8SRAMY0  INDN:Andy Lim              CO ID:9424300002 CCD | 819.24 |
| 12/16/24 | Square Inc     DES:SQ241216   ID:T3923779DZVAX3Z  INDN:Andy Lim              CO ID:9424300002 CCD | 729.48 |
| 12/16/24 | Square Inc     DES:SQ241216   ID:T32K32GAFH66TVE  INDN:Andy Lim              CO ID:9424300002 CCD | 625.57 |
| 12/16/24 | PAYPAL           DES:TRANSFER   ID:1038924613886  INDN:ADDMI INC           CO ID:PAYPALSD11 PPD | 3.00 |
| 12/17/24 | Square Inc     DES:SQ241217   ID:T3T161NPE1CKBWZ  INDN:Andy Lim              CO ID:9424300002 CCD | 615.20 |
| 12/18/24 | Square Inc     DES:SQ241218   ID:T3AF6ZH69DGMBQK  INDN:Andy Lim              CO ID:9424300002 CCD | 379.78 |
| 12/19/24 | Square Inc     DES:SQ241219   ID:T38Y5S8Z7ZTCG2H  INDN:Andy Lim              CO ID:9424300002 CCD | 541.67 |
| 12/19/24 | STRIPE           DES:TRANSFER   ID:ST-S6V2B2A0Q9F6  INDN:ADDMI INC           CO ID:1800948598 CCD | 78.94 |
| 12/20/24 | Block, Inc.       DES:PAYMENTS   ID:174231  INDN:Addmi Inc              CO ID:9000039606 CCD  PMT INFO:NTE*ZZZ*Addmi Inc\ | 2,273.90 |
| 12/20/24 | Square Inc     DES:SQ241220   ID:T321068SM5N0SA2  INDN:Andy Lim              CO ID:9424300002 CCD | 530.04 |
| 12/23/24 | Square Inc     DES:SQ241223   ID:T3C26FNPG41T5WE  INDN:Andy Lim              CO ID:9424300002 CCD | 908.84 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Description | | Amount |
|---|---|---|---:|
| 12/23/24 | Square Inc   DES:SQ241223   ID:T3HN6ETQQEGS0BF   INDN:Andy Lim   ID:9424300002 CCD | CO | 662.09 |
| 12/23/24 | Square Inc   DES:SQ241223   ID:T392XK43HT6NN34   INDN:Andy Lim   ID:9424300002 CCD | CO | 636.95 |
| 12/23/24 | PAYPAL         DES:TRANSFER   ID:1039133954506   INDN:ADDMI INC   PPD | CO ID:PAYPALSD11 | 6.35 |
| 12/23/24 | PAYPAL         DES:TRANSFER   ID:1039089719595   INDN:ADDMI INC   PPD | CO ID:PAYPALSD11 | 4.50 |
| 12/23/24 | PAYPAL         DES:TRANSFER   ID:1039113557920   INDN:ADDMI INC   PPD | CO ID:PAYPALSD11 | 4.50 |
| 12/24/24 | Square Inc   DES:SQ241224   ID:T38K7EWANS7DFZB   INDN:Andy Lim   ID:9424300002 CCD | CO | 621.10 |
| 12/26/24 | Square Inc   DES:SQ241225   ID:T383B66FBD219R5   INDN:Andy Lim   ID:9424300002 CCD | CO | 650.59 |
| 12/26/24 | Square Inc   DES:SQ241226   ID:T38E7N0P4V3CDG9   INDN:Andy Lim   ID:9424300002 CCD | CO | 180.74 |
| 12/26/24 | STRIPE         DES:TRANSFER   ID:ST-S3C8U0U1B8J6   INDN:ADDMI INC   ID:1800948598 CCD | CO | 157.27 |
| 12/27/24 | Square Inc   DES:SQ241227   ID:T30C774HAJH8K64   INDN:Andy Lim   ID:9424300002 CCD | CO | 23.80 |
| 12/30/24 | Square Inc   DES:SQ241230   ID:T3YK3MC1KHT605J   INDN:Andy Lim   ID:9424300002 CCD | CO | 743.74 |
| 12/30/24 | Square Inc   DES:SQ241230   ID:T3VQ8ZBF8R4PSVW   INDN:Andy Lim   ID:9424300002 CCD | CO | 704.91 |
| 12/30/24 | Square Inc   DES:SQ241230   ID:T3WNWVWPQ9WCG2R   INDN:Andy Lim   ID:9424300002 CCD | CO | 584.26 |
| 12/31/24 | Square Inc   DES:SQ241231   ID:T37ZGC07FGAKZQ9   INDN:Andy Lim   ID:9424300002 CCD | CO | 669.57 |

**Total deposits and other credits**  $22,564.39

## Withdrawals and other debits

| Date | Description | | Amount |
|---|---|---|---:|
| 12/02/24 | OFFICE ALTERNATI DES:ACH        ID:505-796-9600   INDN:ADDMI INC.   WEB | CO ID:5330903620 | -69.96 |
| 12/02/24 | Square Inc   DES:SQ241202   ID:T3YDZ0X4FQFQWHG   INDN:Andy Lim   ID:9591330001 CCD | CO | -15.25 |
| 12/05/24 | Square Inc   DES:PAYR DD   ID:T3BD95VBV3J5T0G   INDN:ADDMI, INC.   ID:1465614445 PPD | CO | -3,019.38 |
| 12/05/24 | Square Inc   DES:PAYR TAX   ID:T3ZG6G0SXX54W1P   INDN:ADDMI, INC.   ID:1465614445 PPD | CO | -126.41 |

continued on the next page

Case 24-10776-j11   Doc 66   Filed 02/04/25   Entered 02/04/25 15:39:59 Page 9 of 16

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---:|
| 12/05/24 | GOOGLE　　　DES:APPS  COMME ID:US0043RW9J  INDN:Bank of America　　　CO ID:FXXXXXXXXX WEB | -46.50 |
| 12/05/24 | Square Inc　　　DES:PAYR TAX   ID:T35762BJAC3RFWV  INDN:ADDMI, INC.　　　CO ID:1465614445 PPD | -34.62 |
| 12/06/24 | Zelle payment to Theodore Schnepper for "Contract work"; Conf# louk3xlvh | -1,000.00 |
| 12/06/24 | IRS　　　DES:USATAXPYMT ID:227474174012446  INDN:ADDMI LLC　　　CO ID:3387702000 CCD | -580.62 |
| 12/09/24 | Zelle payment to  Julia Accounting for "Accountant fee"; Conf# nzpgafw5s | -269.06 |
| 12/10/24 | Wise Inc　　　DES:WISE　　　ID:support service  INDN:Addmi Inc　　　CO ID:9453233521 CCD | -165.00 |
| 12/11/24 | TRANSFER ADDMI, INC.:Gatton & Associates, Confirmation# 1491952527 | -3,500.00 |
| 12/11/24 | UNITED HEALTHCAR DES:EDI PAYMTS ID:771796621045  INDN:Addmi, Inc.　　　CO ID:1411289245 CTX  ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.  CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | -1,940.92 |
| 12/16/24 | Mobile transfer to CHK 7320 Confirmation# nd5jppjqa; | -2,381.40 |
| 12/16/24 | INTUIT *　　　DES:QBooks Onl ID:9457185  INDN:ADDMI INC　　　CO ID:0000756346 CCD | -37.67 |
| 12/19/24 | Square Inc　　　DES:PAYR DD　　ID:T34F9NXCZ2WWW6F  INDN:ADDMI, INC.　　　CO ID:1465614445 PPD | -3,019.38 |
| 12/19/24 | Square Inc　　　DES:PAYR TAX   ID:T34B17BE1EEN2GD  INDN:ADDMI, INC.　　　CO ID:1465614445 PPD | -126.41 |
| 12/19/24 | Square Inc　　　DES:PAYR TAX   ID:T33KKEVV87F6FT2  INDN:ADDMI, INC.　　　CO ID:1465614445 PPD | -34.62 |
| 12/20/24 | IRS　　　DES:USATAXPYMT ID:227475574000626  INDN:ADDMI LLC　　　CO ID:3387702000 CCD | -580.62 |
| 12/24/24 | Zelle payment to  Shaun Sfadia for "Addmi fee rev share"; Conf# rrayjedy7 | -44.14 |
| 12/24/24 | TAX  REV  GRT  ECKS DES:TRD PMNT　 ID:1295327616  INDN:ADDMI, INC.　　　CO ID:1856000544 CCD | -1,518.33 |
| 12/26/24 | Wise Inc　　　DES:WISE　　　ID:Support service  INDN:Addmi Inc　　　CO ID:9453233521 CCD | -320.00 |
| **Total withdrawals and other debits** | | **-$18,830.29** |

## Checks

| Date | Check # | Amount |
|---|---|---:|
| 12/12/24 | 99689615 | -649.48 |
| **Total checks** | | **-$649.48** |
| **Total # of checks** | | **1** |

## Service fees

The Monthly Fee on your primary Business Advantage Fundamentals Banking account was waived for the statement period ending 11/29/24. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

- ○ $500+ in new net purchases on a linked Business debit card has not been met
- ✓ $5,000+ combined average monthly balance in linked business accounts has been met
- ○ Become a member of Preferred Rewards for Business has not been met

For information on Small Business products and services or to link an existing account, please call 1.888.BUSINESS. For more information about the Preferred Rewards for Business program and which fees can be waived based on account eligibility and enrollment, see the Business Schedule of Fees located at bankofamerica.com/businessfeesataglance.

| Date | Transaction description | Amount |
|---|---|---|
| 12/12/24 | External transfer fee - 3 Day - 12/11/2024 | -1.00 |
| **Total service fees** | | **-$1.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 12/01 | 11,118.93 | 12/11 | 7,645.61 | 12/20 | 9,525.81 |
| 12/02 | 12,704.50 | 12/12 | 7,764.24 | 12/23 | 11,749.04 |
| 12/03 | 13,278.32 | 12/13 | 9,109.09 | 12/24 | 10,807.67 |
| 12/04 | 13,676.16 | 12/16 | 8,867.31 | 12/26 | 11,476.27 |
| 12/05 | 11,287.89 | 12/17 | 9,482.51 | 12/27 | 11,500.07 |
| 12/06 | 10,248.94 | 12/18 | 9,862.29 | 12/30 | 13,532.98 |
| 12/09 | 12,220.98 | 12/19 | 7,302.49 | 12/31 | 14,202.55 |
| 12/10 | 12,666.82 | | | | |

This page intentionally left blank



# BANK OF AMERICA

ADDMI, INC. | Account # ████████ 8490 | December 1, 2024 to December 31, 2024

## Check images
**Account number: 4390 0652 8490**
Check number: 99689615 | Amount: $649.48

```
                                          99689615
  Charge To: Lim Andy    87IWCZ0GEN93NZ      12/12/24
                                           12125001031

  Pay to the order of: AMAZON WEB SERVI        $649.48
  SIX HUNDRED FORTY-NINE AND 48/100            DOLLARS

                                    Pre-Authorized Payment
  ABA 107000327   Account 433006528490

      ⑴99689615⑴ ⑴107000327⑴  ████████8490⑴  ⑴000000064948⑴
```

This page intentionally left blank

This page intentionally left blank

This page intentionally left blank