**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW MEXICO**

In re:

    ADDMI, INC.                                                                                            No. 24-10776-j11

    Debtor.

## UNITED STATES TRUSTEE'S WITNESS LIST

The United States Trustee ("**UST**") files this list of witnesses and states the following witnesses may be introduced or relied upon at the final hearing pursuant to the *Order Setting Deadline to Accept or Reject Debtor's Chapter 11 (Subchapter V) Plan and/or Object to Confirmation and Notice of Final Hearing on Plan Confirmation* entered November 13, 2024 (Doc. 51) and the *Order Extending Deadline in Order Setting Deadline to Accept or Reject Debtor's Chapter 11 (Subchapter V) Plan and/or Object to Confirmation and to Vacate Confirmation Hearing, and Vacating and Rescheduling of Final Confirmation Hearing Order* entered December 18, 2024 (Doc. 63). The UST may make an offering of proof at or before the final hearing scheduled for February 13, 2025, at 9:30 a.m., before the Honorable Robert H. Jacobvitz, United States Bankruptcy Judge, Pete V. Domenici U.S. Courthouse, 333 Lomas Boulevard, Fifth Floor, the Brazos Courtroom, Albuquerque, NM.

| **WITNESS** | **SUMMARY OF ANTICIPATED TESTIMONY** | **ESTIMATED LENGTH OF TESTIMONY** |
|---|---|---|
| **WILL CALL** | | |
| Andy Lim | Will testify about the history and nature of this case. Will testify regarding his representations related to this bankruptcy and Debtor's business dealings. Will testify about Debtor's financial records and submissions, filings, and Debtor's schedules and statements. Will testify regarding the Plan and Exhibits. Will testify regarding the issues raised by parties in interest including the sale of software. | 3 hours |

The UST reserves the right to call any and all witnesses listed by Addmi's ("**Debtor**") witness list and other interested parties' witness lists, subject to the Orders. The UST reserves the right to call any rebuttal witnesses that could not have been reasonably anticipated or are named as witnesses by Debtor or other parties in interest. In addition, the UST reserves the right to amend or supplement the witness list prior to the final hearing, as permitted by the Court.

Respectfully submitted,

Ilene J. Lashinsky
UNITED STATES TRUSTEE

/s/ *John W. Nemecek*
John W. Nemecek
Trial Attorney
301 N. Main Street, Suite 1150
Wichita, KS, 67202
(202) 557-5810
john.nemecek@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2025 in accordance with NM LBR 9036-1 and Fed. R. Civ. P. 5(b)(2)(E), the foregoing was filed and served via the Court's CM/ECF system to those parties who are registered CM/ECF participants in this case.

*/s/ Amy E. Floyd*
Amy E. Floyd
Paralegal