UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

ADDMI, INC.,
A Delaware Corporation,

    Debtor.                                                   Case No. 24-10776-j11

## **DEBTOR'S TALLY OF BALLOTS**

      COMES NOW Addmi, Inc. (the "Debtor"), and for its report as to the ballots cast in this case, STATES:

      1.      Debtor initiated this case by filing a voluntary petition under Subchapter V of Chapter 11 of the Bankruptcy Code on July 29, 2024.

      2.      Debtor filed its Subchapter V Plan (the "Plan") herein on October 28, 2024 (Docket No. 50).

      3.      Debtor served notice of the deadline to accept or reject the Plan, and to object to confirmation of the Plan, as set forth in the Order Setting Deadline to Accept or Reject Debtor's Plan of Reorganization and/or Object to Sub Chapter V Plan Confirmation and Notice of Hearing on Plan Confirmation (Docket No. 51) on November 18, 2024, to all parties on the mailing matrix.

      4.      Debtor's Plan identified 3 classes of claimholders. Classes 2 and 3 were impaired. One ballot was received from Class 3 (American Express) accepting the Plan. No ballots were received from Class 2.

      5.      The only other ballots received were from two Class 4 equity holders who voted to reject the Plan, but who were not impaired under the Plan and were therefore not entitled to vote on the Plan.

Respectfully submitted,

GATTON & ASSOCIATES, P.C.

/s/Chris M. Gatton,
Submitted electronically 2.12.2025
10400 Academy NE, Suite 350
Albuquerque, NM 87111
Phone: (505) 271-1053
Facsimile: (505) 271-4848
Email: chris@giddenslaw.com
*Attorneys for Debtor*

## CERTIFICATE OF SERVICE

I certify that on the 12th day of February, 2025, I filed the foregoing pleading electronically through the CM/ECF system, which caused all parties or counsel requesting notice to be served by electronic means on the date of filing.

/s/Chris M. Gatton,
Submitted electronically 2.12.2025