UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re: ADDMI, INC., a
Delaware Corporation,

Debtor.

No. 24-10776-j11

# ORDER FIXING DEADLINE
# FOR DEBTOR TO FILE AN AMENDED SUBCHAPTER V PLAN

IN ACCORDANCE with the Court's ruling at the confirmation hearing held February 13, 2025,

IT IS HEREBY ORDERED that the deadline for Debtor to file an amended subchapter V plan is **March 7, 2025**. The amended plan must include a summary of actual income and expenses for the past 12 month period presented in the same format as the Debtor's projected income and expenses. Once the amended plan is filed, the Court will enter a scheduling order fixing a deadline for the Debtor to mail out plan packages, fixing voting and objection deadlines, and a setting a final confirmation hearing.

_____
ROBERT H. JACOBVITZ
United States Bankruptcy Judge

Date entered on docket: February 13, 2025

COPY TO:

Christopher M. Gatton
Attorney for Debtor
Gatton & Associates, P.C.
10400 Academy NE, Suite 350
Albuquerque, NM 87111

Thomas H Riske
Attorney for James Auffenberg and Matt Auffenberg
Carmody MacDonald P.C.
120 South Central Ave., Suite 1800
St. Louis, MO 63105

Bryan Scott Perkinson
Subchapter V Trustee
Sonoran Capital Advisors
1733 N. Greenfield #104

John Nemecek

Office of the United States Trustee
DOJ-Ust
301 North Main Street, Ste 1150
Wichita, KS 67202