Exhibit A - Liquidation Analysis

| Asset | Value | Cost of Sale | Liquidation Proceeds |
|---|---:|---:|---:|
| BOA Checking | $5,242.68 | $0.00 | $5,242.68 |
| Insurance Refund | $4,000.00 | $0.00 | $4,000.00 |
| Office Furniture | $2,130.00 | $213.00 | $1,917.00 |
| Office Equipment | $5,640.00 | $564.00 | $5,076.00 |
| Furniture & Equipment | $20,000.00 | $2,000.00 | $18,000.00 |
| Patents, Copyrights | $2,000,000.00 | $200,000.00 | $1,800,000.00 |
| Causes of Action | $40,000.00 | $13,333.33 | $26,666.67 |
| **TOTAL ASSET VALUE** | | | **$1,860,902.35** |

**Priority Debt**

| | |
|---|---:|
| IRS | -$50,477.30 |

**Chapter 7 Trustee Fees**

| | |
|---|---:|
| Trustee Commission | -$79,077.07 |

**Amount Available for Unsecured Creditors:** **$1,731,347.98**

## Exhibit B - List of Creditors by Class

| | Amount | Claim No. | Pro Rata % | Notes |
|---|---|---|---|---|
| **1. Secured claims** | | | | |
| None | $0.00 | | | |
| *Subtotal* | *$0.00* | | | |
| **2. Priority Claims** | | | | |
| IRS | $50,477.30 | 2 | | Debtor disputes claim |
| NMTRD | $0.00 | None | | |
| *Subtotal* | *$50,477.30* | | | |
| **3. Unsecured Claims** | | | | |
| American Express | $754.55 | 1 | 0.02% | |
| Amundsen Davis, LLC | $11,568.00 | 3 | 0.38% | * |
| Auffenberg, James | $1,641,452.74 | 4,5,6,7 | 54.27% | |
| Auffenberg, Matthew | $1,212,732.87 | 8,9,10,11 | 40.10% | |
| IRS | $832.48 | 2 | 0.03% | Debtor disputes claim |
| Lim, Andy | $157,000.00 | N/A | 5.19% | |
| *Subtotal* | *$3,024,340.64* | | *100.00%* | |
| | | | | |
| Total Debt | $3,074,817.94 | | | |

\* - Debtor scheduled claim at $10,744, creditor failed to attach required supporting documents to claim; however, costs of objecting to claim exceed difference

# District of New Mexico
# Claims Register

## 24-10776-j11 Addmi, Inc., a Delaware Corporation

**Judge:** Robert H. Jacobvitz  **Chapter:** 11
**Office:** Albuquerque  **Last Date to file claims:**
**Trustee:** Bryan Scott Perkinson  **Last Date to file (Govt):**

---

**Creditor:** (4071389)
American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

**Claim No: 1**
*Original Filed Date:* 09/16/2024
*Original Entered Date:* 09/16/2024

*Status:*
*Filed by:* CR
*Entered by:* Greg Deegan
*Modified:*

Amount claimed: $754.55

*History:*
Details  1-1  09/16/2024 Claim #1 filed by American Express National Bank, Amount claimed: $754.55 (Deegan, Greg)

*Description:*
*Remarks:*

---

**Creditor:** (4066670)
IRS
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**Claim No: 2**
*Original Filed Date:* 09/17/2024
*Original Entered Date:* 09/17/2024

*Status:*
*Filed by:* CR
*Entered by:* Paul A. Lopez
*Modified:*

Amount claimed: $51309.78
Secured claimed:   $0.00
Priority claimed: $50477.30

*History:*
Details  2-1  09/17/2024 Claim #2 filed by IRS, Amount claimed: $51309.78 (Lopez, Paul)

*Description:*
*Remarks:*

---

**Creditor:** (4073426)
Amundsen Davis LLC
Daniel S. Peters
7711 Carondelet Ave
St. Louis, MO 63105

**Claim No: 3**
*Original Filed Date:* 10/07/2024
*Original Entered Date:* 10/07/2024

*Status:*
*Filed by:* CR
*Entered by:* CM-ECF Admin
*Modified:*

Amount claimed: $11568.00

*History:*
Details  3-1  10/07/2024 Claim #3 filed by Amundsen Davis LLC, Amount claimed: $11568.00 (Admin, CM-ECF)

*Description:* (3-1) Basis: Attorney/LegalServices/Fees
*Remarks:* (3-1) Account Number (last 4 digits):8544

EXHIBIT C

*Creditor:* (4073815)     **Claim No: 4**     *Status:*
Matthew Auffenberg     *Original Filed*     *Filed by:* CR
Attn: Thomas H. Riske     *Date:* 10/10/2024     *Entered by:* CM-ECF Admin
Carmody MacDonald P.C.     *Original Entered*     *Modified:*
120 South Central Ave., Ste. 1800     *Date:* 10/10/2024
St. Louis, MO 63105

Amount claimed: $388487.67

*History:*
Details    4-1    10/10/2024 Claim #4 filed by Matthew Auffenberg, Amount claimed: $388487.67 (Admin, CM-ECF)

*Description:* (4-1) Basis: Money Loaned
*Remarks:*

*Creditor:* (4073815)     **Claim No: 5**     *Status:*
Matthew Auffenberg     *Original Filed*     *Filed by:* CR
Attn: Thomas H. Riske     *Date:* 10/10/2024     *Entered by:* CM-ECF Admin
Carmody MacDonald P.C.     *Original Entered*     *Modified:*
120 South Central Ave., Ste. 1800     *Date:* 10/10/2024
St. Louis, MO 63105

Amount claimed: $257189.04

*History:*
Details    5-1    10/10/2024 Claim #5 filed by Matthew Auffenberg, Amount claimed: $257189.04 (Admin, CM-ECF)

*Description:* (5-1) Basis: Money Loaned
*Remarks:*

*Creditor:* (4073815)     **Claim No: 6**     *Status:*
Matthew Auffenberg     *Original Filed*     *Filed by:* CR
Attn: Thomas H. Riske     *Date:* 10/10/2024     *Entered by:* CM-ECF Admin
Carmody MacDonald P.C.     *Original Entered*     *Modified:*
120 South Central Ave., Ste. 1800     *Date:* 10/10/2024
St. Louis, MO 63105

Amount claimed: $636931.51

*History:*
Details    6-1    10/10/2024 Claim #6 filed by Matthew Auffenberg, Amount claimed: $636931.51 (Admin, CM-ECF)

*Description:* (6-1) Basis: Money Loaned
*Remarks:*

*Creditor:* (4073815)     **Claim No: 7**     *Status:*
Matthew Auffenberg     *Original Filed*     *Filed by:* CR
Attn: Thomas H. Riske     *Date:* 10/10/2024     *Entered by:* CM-ECF Admin
Carmody MacDonald P.C.     *Original Entered*     *Modified:*
120 South Central Ave., Ste. 1800     *Date:* 10/10/2024
St. Louis, MO 63105

Amount claimed: $358844.52

*History:*
Details    7-1    10/10/2024 Claim #7 filed by Matthew Auffenberg, Amount claimed: $358844.52 (Admin, CM-ECF)

*Description:* (7-1) Basis: Money Loaned
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (4073995)<br>James Auffenberg<br>Attn: Thomas H. Riske<br>120 South Central Ave., Ste. 1800<br>St. Louis, MO 63105 | **Claim No: 8**<br>*Original Filed Date:* 10/11/2024<br>*Original Entered Date:* 10/11/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* CM-ECF Admin<br>*Modified:* |

Amount claimed: $305376.71

*History:*

Details  8-1  10/11/2024 Claim #8 filed by James Auffenberg, Amount claimed: $305376.71 (Admin, CM-ECF)

*Description:* (8-1) Basis: Money Loaned
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (4073995)<br>James Auffenberg<br>Attn: Thomas H. Riske<br>120 South Central Ave., Ste. 1800<br>St. Louis, MO 63105 | **Claim No: 9**<br>*Original Filed Date:* 10/11/2024<br>*Original Entered Date:* 10/11/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* CM-ECF Admin<br>*Modified:* |

Amount claimed: $303938.36

*History:*

Details  9-1  10/11/2024 Claim #9 filed by James Auffenberg, Amount claimed: $303938.36 (Admin, CM-ECF)

*Description:* (9-1) Basis: Money Loaned
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (4073995)<br>James Auffenberg<br>Attn: Thomas H. Riske<br>120 South Central Ave., Ste. 1800<br>St. Louis, MO 63105 | **Claim No: 10**<br>*Original Filed Date:* 10/11/2024<br>*Original Entered Date:* 10/11/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* CM-ECF Admin<br>*Modified:* |

Amount claimed: $302452.05

*History:*

Details  10-1  10/11/2024 Claim #10 filed by James Auffenberg, Amount claimed: $302452.05 (Admin, CM-ECF)

*Description:* (10-1) Basis: Money Loaned
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (4073995)<br>James Auffenberg<br>Attn: Thomas H. Riske<br>120 South Central Ave., Ste. 1800<br>St. Louis, MO 63105 | **Claim No: 11**<br>*Original Filed Date:* 10/11/2024<br>*Original Entered Date:* 10/11/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* CM-ECF Admin<br>*Modified:* |

Amount claimed: $300965.75

*History:*

Details  11-1  10/11/2024 Claim #11 filed by James Auffenberg, Amount claimed: $300965.75 (Admin, CM-ECF)

*Description:* (11-1) Basis: Money Loaned
*Remarks:*

# Claims Register Summary

**Case Name:** Addmi, Inc., a Delaware Corporation

Case 24-10776-j11    Doc 77-1    Case No: 03/07/25-10776-j11    Entered 03/07/25 17:40:14 Page 5 of 6

**Chapter:** 11
**Date Filed:** 07/29/2024
**Total Number Of Claims:** 11

| Total Amount Claimed* | $2917817.94 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

The values are reflective of the data entered. Always refer to claim documents for actual amounts.

| | Claimed | Allowed |
|---|---|---|
| Secured | $0.00 | |
| Priority | $50477.30 | |
| Administrative | | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/28/2024 09:40:24 | | | |
| PACER Login: | chrisgatton | Client Code: | |
| Description: | Claims Register | Search Criteria: | 24-10776-j11 Filed or Entered From: 1/1/1990 Filed or Entered To: 10/28/2024 |
| Billable Pages: | 1 | Cost: | 0.10 |