EXHIBIT D - BUDGET PROJECTIONS

## 2025

| MONTHLY EXPENSES | JAN | FEB | MAR | APRIL | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INSURANCE** | | | | | | | | | | | | | |
| Employee Health Insurance | $2,506.32 | $2,506.32 | $2,506.32 | $2,856.32 | $2,856.32 | $2,856.32 | $3,206.32 | $3,206.32 | $3,206.32 | $3,206.32 | $3,206.32 | $3,206.32 | $35,325.84 |
| Company Insurance | $45.99 | $45.99 | $45.99 | $45.99 | $45.99 | $45.99 | $45.99 | $45.99 | $45.99 | $45.99 | $45.99 | $45.99 | $551.88 |
| | | | | | | | | | | | | | $0.00 |
| **RENT** | | | | | | | | | | | | | $0.00 |
| Office Rent | $69.96 | $69.96 | $69.96 | $69.96 | $69.96 | $69.96 | $69.96 | $69.96 | $69.96 | $69.96 | $69.96 | $69.96 | $839.52 |
| | | | | | | | | | | | | | $0.00 |
| **UTILITIES** | | | | | | | | | | | | | $0.00 |
| Internet | $140.00 | $140.00 | $140.00 | $140.00 | $140.00 | $140.00 | $140.00 | $140.00 | $140.00 | $140.00 | $140.00 | $140.00 | $1,680.00 |
| Telephone | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $1,440.00 |
| Server Expenses | $547.89 | $547.89 | $547.89 | $547.89 | $547.89 | $547.89 | $547.89 | $547.89 | $547.89 | $547.89 | $547.89 | $547.89 | $6,574.68 |
| Google Services | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $360.00 |
| | | | | | | | | | | | | | $0.00 |
| **PROFESSIONALS** | | | | | | | | | | | | | $0.00 |
| Quickbooks Subscription | $39.99 | $39.99 | $39.99 | $39.99 | $39.99 | $39.99 | $39.99 | $39.99 | $39.99 | $39.99 | $39.99 | $39.99 | $479.88 |
| Accounting fee | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $3,000.00 |
| ATTORNEY FEES | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $42,000.00 |
| | | | | | | | | | | | | | $0.00 |
| **TAXES** | | | | | | | | | | | | | $0.00 |
| PAYROLL Taxes | $765.00 | $765.00 | $765.00 | $1,190.76 | $1,190.76 | $1,190.76 | $1,305.79 | $1,305.79 | $1,305.79 | $1,305.79 | $1,305.79 | $1,305.79 | $13,702.02 |
| NM UNEMPLOYMENT | $77.49 | $77.49 | $77.49 | $114.28 | $114.28 | $114.28 | $127.76 | $127.76 | $127.76 | $127.76 | $127.76 | $127.76 | $1,341.87 |
| | | | | | | | | | | | | | $0.00 |
| **PAYROLL** | | | | | | | | | | | | | $0.00 |
| EMPLOYEE PAYROLL | $6,923.80 | $6,923.80 | $6,923.80 | $13,461.90 | $13,461.90 | $13,461.90 | $13,461.90 | $13,461.90 | $16,923.80 | $16,923.80 | $16,923.80 | $16,923.80 | $155,776.10 |
| Contract Labor | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $36,000.00 |
| | | | | | | | | | | | | | $0.00 |
| **OTHER EXPENSES** | | | | | | | | | | | | | $0.00 |
| Meals and Entertainment | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $6,000.00 |
| Travel Expenses | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $6,600.00 |
| Advertising & Promotions | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $12,000.00 |
| Office Expenses | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $1,800.00 |
| | | | | | | | | | | | | | $0.00 |
| **TOTAL** | $20,066.44 | $20,066.44 | $20,066.44 | $27,417.09 | $27,417.09 | $27,417.09 | $27,895.60 | $27,895.60 | $31,357.50 | $31,357.50 | $31,357.50 | $31,357.50 | $323,671.79 |
| | | | | | | | | | | | | | $0.00 |
| Sales Income | $30,000.00 | $26,000.00 | $28,000.00 | $28,000.00 | $28,000.00 | $32,000.00 | $35,000.00 | $35,000.00 | $35,000.00 | $38,000.00 | $38,000.00 | $38,000.00 | $391,000.00 |
| Other Income (SourceCodeSale) | $0.00 | $0.00 | $0.00 | $0.00 | $1,000,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,000,000.00 |
| **ESTIMATED GROSS INCOME** | $30,000.00 | $26,000.00 | $28,000.00 | $28,000.00 | $1,028,000.00 | $32,000.00 | $35,000.00 | $35,000.00 | $35,000.00 | $38,000.00 | $38,000.00 | $38,000.00 | $1,391,000.00 |
| | | | | | | | | | | | | | $0.00 |
| **ESTIMATED NET INCOME** | $9,933.56 | $5,933.56 | $7,933.56 | $582.91 | $1,000,582.91 | $4,582.91 | $7,104.40 | $7,104.40 | $3,642.50 | $6,642.50 | $6,642.50 | $6,642.50 | $1,067,328.21 |
| | | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | | $0.00 |

## 2026

| MONTHLY EXPENSES | JAN | FEB | MAR | APRIL | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INSURANCE** | | | | | | | | | | | | | $0.00 |
| Employee Health Insurance | $3,206.32 | $3,206.32 | $3,206.32 | $3,206.32 | $3,206.32 | $3,206.32 | $3,206.32 | $3,206.32 | $3,206.32 | $3,206.32 | $3,206.32 | $3,206.32 | $38,475.84 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Company Insurance | $45.99 | $45.99 | $45.99 | $45.99 | $45.99 | $45.99 | $45.99 | $45.99 | $45.99 | $45.99 | $45.99 | $45.99 | $551.88 |
| | | | | | | | | | | | | | $0.00 |
| **RENT** | | | | | | | | | | | | | $0.00 |
| Office Rent | $69.96 | $69.96 | $69.96 | $69.96 | $69.96 | $69.96 | $69.96 | $69.96 | $69.96 | $69.96 | $69.96 | $69.96 | $839.52 |
| | | | | | | | | | | | | | $0.00 |
| **UTILITIES** | | | | | | | | | | | | | $0.00 |
| Internet | $140.00 | $140.00 | $140.00 | $140.00 | $140.00 | $140.00 | $140.00 | $140.00 | $140.00 | $140.00 | $140.00 | $140.00 | $1,680.00 |
| Telephone | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $1,440.00 |
| Server Expenses | $647.89 | $647.89 | $647.89 | $647.89 | $647.89 | $647.89 | $647.89 | $647.89 | $647.89 | $647.89 | $647.89 | $647.89 | $7,774.68 |
| Google Services | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $360.00 |
| **PROFESSIONALS** | | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | | $0.00 |
| Quickbooks Subscription | $39.99 | $39.99 | $39.99 | $39.99 | $39.99 | $39.99 | $39.99 | $39.99 | $39.99 | $39.99 | $39.99 | $39.99 | $479.88 |
| Accounting fee | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $3,000.00 |
| ATTORNEY FEES | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $42,000.00 |
| | | | | | | | | | | | | | $0.00 |
| **TAXES** | | | | | | | | | | | | | $0.00 |
| PAYROLL Taxes | $1,305.79 | $1,305.79 | $1,305.79 | $1,305.79 | $1,305.79 | $1,305.79 | $1,305.79 | $1,305.79 | $1,305.79 | $1,305.79 | $1,305.79 | $1,305.79 | $15,669.48 |
| NM UNEMPLOYMENT | $127.76 | $127.76 | $127.76 | $127.76 | $127.76 | $127.76 | $127.76 | $127.76 | $127.76 | $127.76 | $127.76 | $127.76 | $1,533.12 |
| | | | | | | | | | | | | | $0.00 |
| **PAYROLL** | | | | | | | | | | | | | $0.00 |
| EMPLOYEE PAYROLL | $16,923.80 | $16,923.80 | $16,923.80 | $16,923.80 | $16,923.80 | $16,923.80 | $16,923.80 | $16,923.80 | $16,923.80 | $16,923.80 | $16,923.80 | $16,923.80 | $203,085.60 |
| Contract Labor | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $12,000.00 |
| | | | | | | | | | | | | | $0.00 |
| **OTHER EXPENSES** | | | | | | | | | | | | | $0.00 |
| Meals and Entertainment | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $6,000.00 |
| Travel Expenses | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $6,600.00 |
| Advertising & Promotions | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $12,000.00 |
| Office Expenses | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $1,800.00 |
| | | | | | | | | | | | | | $0.00 |
| **TOTAL** | $29,457.50 | $29,457.50 | $29,457.50 | $29,457.50 | $29,457.50 | $29,457.50 | $29,457.50 | $29,457.50 | $29,457.50 | $29,457.50 | $29,457.50 | $29,457.50 | $353,490.00 |
| | | | | | | | | | | | | | $0.00 |
| Sales Income | $40,000.00 | $37,000.00 | $35,000.00 | $35,000.00 | $35,000.00 | $37,000.00 | $40,000.00 | $35,000.00 | $35,000.00 | $37,000.00 | $40,000.00 | $45,000.00 | $451,000.00 |
| Other Income (SourceCodeSale) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **ESTIMATED GROSS INCOME** | $40,000.00 | $37,000.00 | $35,000.00 | $35,000.00 | $35,000.00 | $37,000.00 | $40,000.00 | $35,000.00 | $35,000.00 | $37,000.00 | $40,000.00 | $45,000.00 | $451,000.00 |
| | | | | | | | | | | | | | $0.00 |
| **ESTIMATED NET INCOME** | $10,542.50 | $7,542.50 | $5,542.50 | $5,542.50 | $5,542.50 | $7,542.50 | $10,542.50 | $5,542.50 | $5,542.50 | $7,542.50 | $10,542.50 | $15,542.50 | $97,510.00 |