Addmi Inc
Statement of Operations
For each month and year ended December 31, 2024

| | Jan 24 | Feb 24 | Mar 24 | Apr 24 | May 24 | Jun 24 | Jul 24 | Aug 24 | Sep 24 | Oct 24 | Nov 24 | Dec 24 | Year-to-Date Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| Sales Income | $ 18,474.62 | $ 18,652.27 | $ 20,119.46 | $ 25,240.17 | $ 21,738.63 | $ 18,626.56 | $ 21,511.01 | $ 20,189.72 | $ 17,448.05 | $ 22,511.46 | $ 17,525.34 | $ 18,088.39 | $ 240,125.68 |
| Commission Income | 2,555.21 | 2,120.56 | 2,402.86 | 2,942.11 | 2,488.27 | 2,715.51 | 2,530.03 | 2,445.59 | 2,514.64 | 1,898.13 | 2,387.16 | 2,273.90 | 29,273.97 |
| Gift Card Revenue Shares | - | - | 525.00 | - | - | - | 1,200.00 | - | - | 778.16 | - | - | 2,503.16 |
| Total Income | 21,029.83 | 20,772.83 | 23,047.32 | 28,182.28 | 24,226.90 | 21,342.07 | 25,241.04 | 22,635.31 | 19,962.69 | 25,187.75 | 19,912.50 | 20,362.29 | 271,902.81 |
| **Expenses** | | | | | | | | | | | | | |
| *Payroll and Contract Labor* | | | | | | | | | | | | | |
| Wages | 12,384.60 | 12,384.61 | 20,192.30 | 13,615.38 | 13,615.38 | 13,615.38 | 13,617.38 | 16,807.69 | 10,000.00 | 7,846.21 | 6,923.20 | 7,073.20 | 148,075.33 |
| Payroll Taxes | 1,145.53 | 1,132.14 | 1,746.58 | 1,190.60 | 1,177.70 | 1,177.70 | 1,136.46 | 1,305.79 | 765.00 | 657.92 | 620.09 | (1,784.65) | 10,270.86 |
| Commissions | - | 480.65 | 272.58 | - | - | - | - | - | 483.72 | - | - | 44.14 | 1,281.09 |
| Contract Labor | - | - | 1,000.00 | - | - | 500.00 | 550.00 | 700.00 | - | 2,791.00 | 970.00 | 1,485.00 | 7,996.00 |
| Total Payroll and Contract Labor | 13,530.13 | 13,997.40 | 23,211.46 | 14,805.98 | 14,793.08 | 15,293.08 | 15,303.84 | 19,297.20 | 10,765.00 | 11,295.13 | 8,513.29 | 6,817.69 | 167,623.28 |
| *Office* | | | | | | | | | | | | | |
| Computer and Internet Expenses | 60.46 | 40.30 | 71.07 | 66.84 | 220.30 | 50.79 | 90.30 | (14.62) | 190.00 | 37.67 | 117.67 | 4.66 | 935.44 |
| Computer Software | - | - | - | - | - | - | - | - | - | - | - | 1,554.09 | 1,554.09 |
| Office Expenses & Equipment | - | - | - | - | 1,101.89 | 150.00 | - | - | - | 371.65 | - | (150.00) | 1,473.54 |
| Office Supplies | - | 57.33 | 378.02 | 210.68 | 153.22 | 48.38 | 74.30 | (20.00) | - | - | 997.14 | 391.14 | 2,290.21 |
| Total Office | 60.46 | 97.63 | 449.09 | 277.52 | 1,475.41 | 249.17 | 164.60 | (34.62) | 190.00 | 409.32 | 1,114.81 | 1,799.89 | 6,253.28 |
| *Other Business Expenses* | | | | | | | | | | | | | |
| Advertising & Promotion | 106.19 | 135.26 | 176.87 | 83.10 | 252.08 | 147.34 | 208.30 | 123.98 | 215.64 | 1,160.35 | 159.32 | 46.50 | 2,814.93 |
| Bank Service Charges | 26.97 | 29.95 | 29.95 | - | - | - | 16.00 | - | 1.00 | 17.00 | 1.00 | 1.00 | 122.87 |
| Dues & Subscriptions | 743.17 | 77.17 | 154.36 | 48.17 | 120.80 | 45.02 | 32.29 | - | 37.67 | - | - | (563.65) | 695.00 |
| Education | - | - | - | - | - | 15.88 | 15.88 | - | - | - | - | (31.76) | - |
| Employee Health Insurance | 2,568.21 | 2,568.22 | 2,568.21 | 131.95 | 271.23 | 121.23 | 121.23 | - | - | 10,287.70 | 710.22 | 1,940.92 | 21,289.12 |
| Insurance Expense | - | 540.06 | - | - | - | - | - | - | 493.94 | (10.00) | - | - | 1,024.00 |
| Penalties | - | - | - | - | - | - | 30.79 | - | - | - | - | - | 30.79 |
| Total Other Business Expenses | 3,444.54 | 3,350.66 | 2,929.39 | 263.22 | 644.11 | 329.47 | 424.49 | 123.98 | 748.25 | 11,455.05 | 870.54 | 1,393.01 | 25,976.71 |
| *Professional Fees* | | | | | | | | | | | | | |
| Accounting Fees | - | 193.61 | - | - | - | - | - | - | - | - | 269.06 | 269.06 | 731.73 |
| Legal Fees | 2,500.00 | 2,500.00 | 4,137.25 | 2,500.00 | 2,500.00 | - | 17,840.10 | - | 2,500.00 | 2,500.00 | 4,016.60 | 3,500.00 | 44,493.95 |
| Other Professional Fees | 28.49 | 839.48 | - | - | - | - | - | - | - | - | - | (867.97) | - |
| Payroll admin fees | 318.76 | 260.22 | 421.94 | 125.68 | 41.14 | 116.48 | 135.85 | 169.28 | 130.08 | 93.01 | - | 15.25 | 1,827.69 |
| Total Professional Fees | 2,847.25 | 3,793.31 | 4,559.19 | 2,625.68 | 2,541.14 | 116.48 | 17,975.95 | 169.28 | 2,630.08 | 2,593.01 | 4,285.66 | 2,916.34 | 47,053.37 |
| *Programming and R&D* | | | | | | | | | | | | | |
| Programmers | - | - | 848.00 | 256.00 | - | 219.00 | - | - | - | - | - | - | 1,323.00 |
| R&D - Technology Expenses | - | - | - | - | - | 81.63 | 1,134.10 | 405.94 | 765.50 | 526.68 | 116.79 | (58.00) | 2,972.64 |
| Server Expenses | 478.71 | 407.09 | 459.25 | 528.12 | 491.43 | 418.35 | 410.37 | 384.24 | 495.36 | 450.83 | 684.80 | (25.39) | 5,183.16 |
| Total Programming and R&D | 478.71 | 407.09 | 1,307.25 | 784.12 | 491.43 | 718.98 | 1,544.47 | 790.18 | 1,260.86 | 977.51 | 801.59 | (83.39) | 9,478.80 |
| Rent Expense | 69.96 | 69.96 | 69.96 | 82.07 | 69.96 | 69.96 | 69.96 | 69.96 | 69.96 | 69.96 | 69.96 | 69.96 | 851.63 |
| Telephone & Twilio | 334.03 | 399.19 | 374.58 | 460.98 | 335.87 | 119.38 | 178.90 | 111.08 | 111.71 | 439.48 | 393.04 | 72.41 | 3,330.65 |
| *Travel, Meals, and Entertainment* | | | | | | | | | | | | | |
| Meals and Entertainment | 273.34 | 184.08 | 534.60 | 787.76 | 347.24 | - | 683.46 | - | 120.31 | 267.99 | 135.21 | 35.46 | 3,369.45 |
| Travel Expense | - | 1.25 | - | 43.45 | 50.00 | - | 1.25 | - | 1,453.74 | 142.71 | - | - | 1,692.40 |
| Total Travel, Meals, and Entertainment | 273.34 | 185.33 | 534.60 | 831.21 | 397.24 | - | 684.71 | - | 1,574.05 | 410.70 | 135.21 | 35.46 | 5,061.85 |
| Total Expenses | 21,038.42 | 22,300.57 | 33,435.52 | 20,130.78 | 20,748.24 | 16,896.52 | 36,346.92 | 20,527.06 | 17,349.91 | 27,650.16 | 16,184.10 | 13,021.37 | 265,629.57 |
| Net Income (Loss) | $ (8.59) | $ (1,527.74) | $ (10,388.20) | $ 8,051.50 | $ 3,478.66 | $ 4,445.55 | $ (11,105.88) | $ 2,108.25 | $ 2,612.78 | $ (2,462.41) | $ 3,728.40 | $ 7,340.92 | $ 6,273.24 |