| Fill in this information to identify the case: |
|---|
| Debtor Name: Addmi, Inc. |
| United States Bankruptcy Court for the: District of New Mexico |
| Case number: 24-10776-j11 |

☐ Check if this is an amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11       12/17

Month: January, 2025

Date report filed: 03/24/2025 (MM / DD / YYYY)

Line of business: Software Development

NAISC code: 541511

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Andy Lim, CEO

Original signature of responsible party: /s/ Andy Lim

Printed name of responsible party: Andy Lim

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Addmi, Inc.    Case number  24-10776-j11

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 14,202.55

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.   $ 18,940.56

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.   − $ 23,450.24

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ -4,509.68

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 9,692.87

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ 0.00

    (Exhibit E)

Debtor Name Addmi, Inc.  Case number 24-10776-j11

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 0.00
    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 2
27. What is the number of employees as of the date of this monthly report? 1

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 3,500.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 20,691.88
30. How much have you paid this month in other professional fees? $ 540.00
31. How much have you paid in total other professional fees since filing the case? $ 1,078.12

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 25,000.00 | − | $ 18,940.56 | = | $ 6,059.44 |
| 33. **Cash disbursements** | $ 25,000.00 | − | $ 23,450.24 | = | $ 1,549.76 |
| 34. **Net cash flow** | $ 0.00 | − | $ -4,509.68 | = | $ -4,509.59 |

35. Total projected cash receipts for the next month: $ 25,000.00
36. Total projected cash disbursements for the next month: − $ 25,000.00
37. Total projected net cash flow for the next month: = $ 0.00

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- [ ] 39. Bank reconciliation reports for each account.

- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- [ ] 41. Budget, projection, or forecast reports.

- [ ] 42. Project, job costing, or work-in-progress reports.



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

ADDMI, INC.
DEBTOR IN POSSESSION CASE 24-10776
7850 JEFFERSON ST NE STE 220
ALBUQUERQUE, NM 87109-4314

**Business Advantage**

**Customer service information**

- 1.888.BUSINESS (1.888.287.4637)
- bankofamerica.com
- Bank of America, N.A.
  P.O. Box 25118
  Tampa, FL 33622-5118

# Your Business Advantage Fundamentals™ Banking

for January 1, 2025 to January 31, 2025

Account number: ▇▇▇▇ 8490

ADDMI, INC.    DEBTOR IN POSSESSION CASE 24-10776

## Account summary

| | |
|---|---:|
| Beginning balance on January 1, 2025 | $14,202.55 |
| Deposits and other credits | 4,563.78 |
| Withdrawals and other debits | -18,097.54 |
| Checks | -667.79 |
| Service fees | -1.00 |
| Ending balance on January 31, 2025 | $0.00 |

# of deposits/credits: 10
# of withdrawals/debits: 12
# of items-previous cycle¹: 0
# of days in cycle: 31
Average ledger balance: $5,097.98

¹Includes checks paid, deposited items and other debits

## Go paperless today!

- Help reduce the risk of lost, delayed or stolen mail
- View your statements securely and easily - online or from our mobile app - 24/7 from almost anywhere*

Simply use our Mobile Banking app or sign in to Online Banking at bankofamerica.com.

When you use the QRC feature, certain information is collected from your mobile device for business purposes.
* Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.



SSM-07-24-0418.B | 6798972

## IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2025 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender

# BANK OF AMERICA

ADDMI, INC. | Account # 8490 | January 1, 2025 to January 31, 2025

## Your checking account

## Deposits and other credits

| Date | Description | | | Amount |
|---|---|---|---|---|
| 01/02/25 | Square Inc   DES:SQ250102  ID:T3T0T58XPHTW4FJ  INDN:Andy Lim ID:9424300002 CCD | | CO | 649.78 |
| 01/02/25 | Square Inc   DES:SQ250101  ID:T36JCSG3H6WBQ6K  INDN:Andy Lim ID:9424300002 CCD | | CO | 575.62 |
| 01/02/25 | STRIPE   DES:TRANSFER  ID:ST-Q3C3E4J4C3L1  INDN:ADDMI INC ID:1800948598 CCD | | CO | 147.83 |
| 01/03/25 | Square Inc   DES:SQ250103  ID:T3Z7TWN0JA4JY9T  INDN:Andy Lim ID:9424300002 CCD | | CO | 514.66 |
| 01/06/25 | Square Inc   DES:SQ250106  ID:T32XK2SR7DDAJK7  INDN:Andy Lim ID:9424300002 CCD | | CO | 764.94 |
| 01/06/25 | Square Inc   DES:SQ250106  ID:T3Y1NYHW1GYTA19  INDN:Andy Lim ID:9424300002 CCD | | CO | 607.62 |
| 01/06/25 | Square Inc   DES:SQ250106  ID:T3PDJD5BT27CMKN  INDN:Andy Lim ID:9424300002 CCD | | CO | 472.70 |
| 01/07/25 | Square Inc   DES:SQ250107  ID:T3ECF4CX1F3968G  INDN:Andy Lim ID:9424300002 CCD | | CO | 454.55 |
| 01/08/25 | Square Inc   DES:SQ250108  ID:T34WGHRYVQ8D1VH  INDN:Andy Lim ID:9424300002 CCD | | CO | 355.20 |
| 01/08/25 | PAYPAL   DES:TRANSFER  ID:1039469056099  INDN:ADDMI INC PPD | | CO ID:PAYPALSD11 | 20.88 |

**Total deposits and other credits**  **$4,563.78**

## Withdrawals and other debits

| Date | Description | | | Amount |
|---|---|---|---|---|
| 01/02/25 | Square Inc   DES:PAYR DD  ID:T3RCG1DJPFTDC7H  INDN:ADDMI, INC. ID:1465614445 PPD | | CO | -3,035.71 |
| 01/02/25 | Square Inc   DES:PAYR TAX  ID:T3WZ2EGQWD57DNM  INDN:ADDMI, INC. ID:1465614445 PPD | | CO | -112.08 |

continued on the next page

## Account security you can see

Check your security meter level and watch it rise as you take action to help protect against fraud. See it in the Mobile Banking app and Online Banking.

**To learn more, visit bofa.com/SecurityCenter or scan this code.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.



SSM-11-23-0458.C | 6115469

Case 24-10776-j11    Doc 80    Filed 03/24/25    Entered 03/24/25 13:34:36 Page 7 of 16

## Withdrawals and other debits - continued

| Date | Description | | Amount |
|---|---|---|---|
| 01/02/25 | Square Inc    DES:PAYR TAX   ID:T3H92VMNCPDRBCQ   INDN:ADDMI, INC.   ID:1465614445 PPD | CO | -59.69 |
| 01/02/25 | Square Inc    DES:SQ250102   ID:T31AYBYHXVPMZNA   INDN:Andy Lim   ID:9591330001 CCD | CO | -44.13 |
| 01/03/25 | IRS    DES:USATAXPYMT ID:227540374007510   INDN:ADDMI LLC   ID:3387702000 CCD | CO | -576.62 |
| 01/03/25 | OFFICE ALTERNATI DES:ACH    ID:505-796-9600   INDN:ADDMI INC.   WEB | CO ID:5330903620 | -69.96 |
| 01/06/25 | GOOGLE    DES:APPS_COMME ID:US00446SMS   INDN:Bank of America   ID:FXXXXXXXXX WEB | CO | -46.50 |
| 01/10/25 | TRANSFER ADDMI, INC.:Gatton & Associates, Confirmation# 1551289497 | | -3,500.00 |
| 01/10/25 | UNITED HEALTHCAR DES:EDI PAYMTS ID:771796670342   INDN:Addmi, Inc.   ID:1411289245 CTX   ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.   CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | CO | -1,940.92 |
| 01/14/25 | CONTACT CTR OFFICIAL CHECK ISSUED | | -8,711.93 |

**Total withdrawals and other debits**      **-$18,097.54**

## Checks

| Date | Check # | Amount |
|---|---|---|
| 01/13/25 | 99091405 | -667.79 |
| **Total checks** | | **-$667.79** |
| **Total # of checks** | | **1** |

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 01/13/25 | External transfer fee - 3 Day -   01/10/2025 | -1.00 |
| **Total service fees** | | **-$1.00** |

Note your Ending Balance already reflects the subtraction of Service Fees.

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 01/01 | 14,202.55 | 01/06 | 13,991.01 | 01/10 | 9,380.72 |
| 01/02 | 12,324.17 | 01/07 | 14,445.56 | 01/13 | 8,711.93 |
| 01/03 | 12,192.25 | 01/08 | 14,821.64 | 01/14 | 0.00 |

# BANK OF AMERICA

ADDMI, INC. | Account # ▇▇▇▇▇▇▇ 8490 | January 1, 2025 to January 31, 2025

## Check images
**Account number: 4390 0652 8490**
Check number: 99091405 | Amount: $667.79

```
                                              99091405
    Charge To: Lin Andy    87IWCZ0GFUCX8T        01/12/25
                                                 01128902678

    Pay to the order of: AMAZON WEB SERVI          $667.79
    SIX HUNDRED SIXTY-SEVEN AND 79/100             DOLLARS

                                       Pre-Authorized Payment
    ABA 107300527   Account 459036520490
```

This page intentionally left blank



**NewMexico BANK & TRUST**
a division of HTLF Bank
700 Locust Street, Suite 600 | Dubuque, IA 52001

**Statement Ending 01/31/2025**

Page 1 of 6

**ADDRESS SERVICE REQUESTED**

ADDMI INC
DIP CASE #24-10776-J11
4801 LANG AVE NE STE 110
ALBUQUERQUE NM 87109-4475

| **Managing Your Accounts** | |
|---|---|
| 🏛 | New Mexico Bank & Trust a division of HTLF Bank |
| 🎧 Customer Care Center: | 877.280.1856 |
| 💻 Website: | NMB-T.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SMALL BUSINESS CHECKING | XXXXXX3264 | $9,692.87 |

# SMALL BUSINESS CHECKING - XXXXXX3264

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 01/18/2025 | **Beginning Balance** | **$0.00** |
| | 35 Credit(s) This Period | $23,088.71 |
| | 14 Debit(s) This Period | $13,395.84 |
| 01/31/2025 | **Ending Balance** | **$9,692.87** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 01/17/2025 | DEPOSIT | $100.00 |
| 01/28/2025 | DEPOSIT | $9,656.93 |
| | | 2 item(s) totaling $9,756.93 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 01/17/2025 | CITI CARD TRIAL ACCTVERIFY<br>*LIM,ANDY*<br>*241595501691594* | $0.06 |
| 01/17/2025 | CITI CARD TRIAL ACCTVERIFY<br>*LIM,ANDY*<br>*241595501691594* | $0.11 |
| 01/21/2025 | Square Inc ACCTVERIFY<br>*Andy Lim*<br>*T3VTB164GKE6KB5* | $0.01 |
| 01/21/2025 | Square Inc SQ250121<br>*Andy Lim*<br>*T3FX17SCZ605PBK* | $1,213.28 |
| 01/21/2025 | Square Inc SQ250121<br>*Andy Lim*<br>*T34TSW7HRNHHZ6J* | $880.37 |
| 01/21/2025 | Square Inc SQ250121<br>*Andy Lim*<br>*T3GYHJXY8SWYT33* | $517.77 |
| 01/21/2025 | Square Inc SQ250121 | $714.50 |

## FOR A CHANGE OF NAME OR ADDRESS PLEASE COMPLETE THE FORM BELOW

NAME _____

ADDRESS _____

CITY _____ STATE _____ ZIP _____

SOCIAL SECURITY _____

SIGNATURE _____ DATE _____

### HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement, and add to your register any interest posted on this statement.
2. Mark (✓) your register after each check listed on front of statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form at right.
5. The final "balance" in the form to the right should agree with your check register balance. If it does not, read 'HINTS FOR FINDING DIFFERENCES" below.

### HINTS FOR FINDING DIFFERENCES

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance, and added the current interest.

| | |
|---|---|
| **NEW BALANCE** TRANSFER AMOUNT FROM OTHER SIDE | $ |
| **ADD** DEPOSITS MADE SINCE ENDING DATE ON A STATEMENT | |
| **SUBTOTAL** | |
| CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS | |

| NUMBER | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| | | |
|---|---|---|
| TOTAL CHECKS NOT LISTED | ----▶ | |
| SUBTRACT TOTAL CHECKS NO LISTED FROM SUBTOTAL ABOVE | **BALANCE** | |

THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE

**Balance subject to interest rate.**
Average daily balance method (including current transactions): We figure the interest charge on your account by applying the periodic rate to the "average daily balance" of your account. To get the "average daily balance" we take the beginning balance of your account each day, add any new (purchases/advances/fees), and subtract (any unpaid interest or other finance charges and) any payments or credits. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance".

### This section applies exclusively to electronic fund transfers governed by Regulation E

In case of errors or questions about electronic transfers, telephone us or write to us at the address printed on this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### This section applies exclusively to information pertaining to credit extended primarily for personal, family, or household purposes.
### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at the address printed on this statement.

In your letter, give us the following information:
- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of the Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but

may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are

## SMALL BUSINESS CHECKING - XXXXXX3264 (continued)

**Other Credits (continued)**

| Date | Description | Amount |
|---|---|---|
| | Andy Lim<br>T3QTQQV42N4VG5C | |
| 01/21/2025 | Square Inc SQ250121<br>Andy Lim<br>T34JRRER0G9DS86 | $636.52 |
| 01/21/2025 | Square Inc SQ250121<br>Andy Lim<br>T3W8XFWV3ANGETN | $567.40 |
| 01/21/2025 | Square Inc SQ250121<br>Andy Lim<br>T3865RN2CJPD50W | $619.13 |
| 01/21/2025 | Square Inc SQ250121<br>Andy Lim<br>T3MV7RWZ1RYQHBG | $583.78 |
| 01/21/2025 | Square Inc SQ250121<br>Andy Lim<br>T3M3F6KDN8XQPT3 | $472.35 |
| 01/21/2025 | Square Inc SQ250121<br>Andy Lim<br>T35DABG62T7YFG7 | $435.57 |
| 01/21/2025 | Square Inc SQ250121<br>Andy Lim<br>T3AG2NZYQX5D2WV | $731.49 |
| 01/22/2025 | Square Inc SQ250122<br>Andy Lim<br>T32RKJYPFFBS13R | $418.64 |
| 01/23/2025 | STRIPE TRANSFER<br>ANDY LIM<br>ST-C5K2G1W1E2L9 | $248.07 |
| 01/23/2025 | Square Inc ACCTVERIFY<br>Andy Lim<br>T35YR9T5DK03K6J | $0.47 |
| 01/23/2025 | Square Inc ACCTVERIFY<br>Andy Lim<br>T3Q7FYND0P6FXTZ | $0.15 |
| 01/23/2025 | Square Inc SQ250123<br>Andy Lim<br>T3KYNHS41J712V4 | $407.72 |
| 01/23/2025 | Square Inc ACCTVERIFY<br>addmi inc<br>T3CFJ8PS455VVBB | $0.08 |
| 01/23/2025 | Square Inc ACCTVERIFY<br>addmi inc<br>T37XFQC20E54AVV | $0.26 |
| 01/24/2025 | Square Inc SQ250124<br>Andy Lim<br>T3DXKDEM49HMYTW | $573.23 |
| 01/27/2025 | Square Inc SQ250127<br>Andy Lim<br>T3T2D95TG6AHT0J | $571.76 |
| 01/27/2025 | Square Inc SQ250127<br>Andy Lim<br>T378W112TJ8KG3Z | $696.04 |
| 01/27/2025 | Square Inc SQ250127<br>Andy Lim<br>T3B92WKXPB7ENKZ | $674.27 |
| 01/27/2025 | Square Inc Payroll<br>Andy Lim | $173.10 |

## SMALL BUSINESS CHECKING - XXXXXX3264 (continued)

### Other Credits (continued)

| Date | Description | Amount |
|---|---|---:|
| | T384EP4RRMSV1F6 | |
| 01/28/2025 | Square Inc SQ250128<br>*Andy Lim*<br>*T3W0ZZJ8BND77YN* | $469.52 |
| 01/29/2025 | Square Inc SQ250129<br>*Andy Lim*<br>*T32Z79YTQ2DFJ3B* | $409.04 |
| 01/30/2025 | STRIPE TRANSFER<br>*ANDY LIM*<br>*ST-Y2Y1V2B1K3D9* | $317.99 |
| 01/30/2025 | Square Inc SQ250130<br>*Andy Lim*<br>*T3NPB4D8APMBNP1* | $497.24 |
| 01/31/2025 | PAYPAL ACCTVERIFY<br>*ADDMI INC*<br>*1039959617678* | $0.14 |
| 01/31/2025 | PAYPAL ACCTVERIFY<br>*ADDMI INC*<br>*1039959617651* | $0.03 |
| 01/31/2025 | Square Inc SQ250131<br>*Andy Lim*<br>*T350QN3XFGHS4V8* | $501.69 |

33 item(s) totaling $13,331.78

### Other Debits

| Date | Description | Amount |
|---|---|---:|
| 01/17/2025 | CITI CARD TRIAL ACCTVERIFY<br>*LIM,ANDY*<br>*241595501691594* | $0.17 |
| 01/21/2025 | Square Inc ACCTVERIFY<br>*Andy Lim*<br>*T3C8YC169CQP57M* | $0.01 |
| 01/23/2025 | Square Inc ACCTVERIFY<br>*Andy Lim*<br>*T3YRYAB3JW9YBMC* | $0.62 |
| 01/23/2025 | Square Inc ACCTVERIFY<br>*addmi inc*<br>*T3NZNGK2JQBSCNF* | $0.34 |
| 01/24/2025 | Square Inc Payroll<br>*Andy Lim*<br>*T34JNS8C2CD0Y0D* | $3,620.26 |
| 01/24/2025 | TAX_REV_GRT_ECKS TRD PMNT<br>*ADDMI, INC.*<br>*1162416512* | $1,552.62 |
| 01/24/2025 | CITI AUTOPAY PAYMENT<br>*ANDY LIM*<br>*271600965650020* | $468.72 |
| 01/29/2025 | Square Inc PAYR DD<br>*Andy Lim*<br>*T3W8XSCXKT5MVDJ* | $3,620.26 |
| 01/29/2025 | Square Inc PAYR TAX<br>*Andy Lim*<br>*T312G4N1NBJM1C0* | $42.31 |
| 01/29/2025 | Square Inc PAYR TAX<br>*Andy Lim*<br>*T3NA05SBCGX7BKJ* | $148.25 |
| 01/29/2025 | Wise Inc WISE<br>*Addmi Inc* | $540.00 |

## SMALL BUSINESS CHECKING - XXXXXX3264 (continued)

### Other Debits (continued)

| Date | Description | Amount |
|---|---|---:|
| | *Support service* | |
| 01/30/2025 | IRS USATAXPYMT<br>*ADDMI LLC*<br>*227543074012120* | $786.38 |
| 01/30/2025 | paychex WEB PYMNT<br>*ADDMI INC*<br>*XXXXX6592* | $2,615.73 |
| 01/31/2025 | PAYPAL ACCTVERIFY<br>*ADDMI INC*<br>*1039959617712* | $0.17 |

14 item(s) totaling $13,395.84

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---:|---|---:|---|---:|
| 01/17/2025 | $100.00 | 01/24/2025 | $3,478.22 | 01/30/2025 | $9,191.18 |
| 01/21/2025 | $7,472.16 | 01/27/2025 | $5,593.39 | 01/31/2025 | $9,692.87 |
| 01/22/2025 | $7,890.80 | 01/28/2025 | $15,719.84 | | |
| 01/23/2025 | $8,546.59 | 01/29/2025 | $11,778.06 | | |

THIS PAGE LEFT INTENTIONALLY BLANK