**Fill in this information to identify the case:**

Debtor Name: Addmi, Inc.

United States Bankruptcy Court for the: District of New Mexico

Case number: 24-10776-j11

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: February 2025                        Date report filed: 03/24/2025
                                                                MM / DD / YYYY
Line of business: Software Development       NAISC code: 541511

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Andy Lim, CEO
Original signature of responsible party: /s/ Andy Lim
Printed name of responsible party: Andy Lim

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|---|---|---|
|  | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** |  |  |  |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
|  | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** |  |  |  |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Addmi, Inc.                    Case number  24-10776-j11

| | | ☐ | ☑ | ☐ |
|---|---|---|---|---|
| 17. | Have you paid any bills you owed before you filed bankruptcy? | | | |
| 18. | Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**  $ 9,692.87

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.   $ 23,482.48

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.   − $ 20,524.36

22. **Net cash flow**   + $ 2,958.12

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**   = $ 12,650.99

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ 0.00

    *(Exhibit E)*

Debtor Name Addmi, Inc.    Case number 24-10776-j11

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**    $ 0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?    2
27. What is the number of employees as of the date of this monthly report?    1

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ 3,500.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ 24,191.88
30. How much have you paid this month in other professional fees?    $ 538.12
31. How much have you paid in total other professional fees since filing the case?    $ 1,616.24

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|   | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 25,000.00 | − | $ 23,482.48 | = | $ 1,517.52 |
| 33. **Cash disbursements** | $ 25,000.00 | − | $ 20,524.36 | = | $ 4,475.64 |
| 34. **Net cash flow** | $ 0.00 | − | $ 2,958.12 | = | $ 2,958.12 |

35. Total projected cash receipts for the next month:    $ 25,000.00
36. Total projected cash disbursements for the next month:    − $ 25,000.00
37. Total projected net cash flow for the next month:    = $ 0.00

Debtor Name Addmi, Inc.    Case number 24-10776-j11

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☐ 39. Bank reconciliation reports for each account.
- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.



ADDRESS SERVICE REQUESTED

ADDMI INC
DIP CASE #24-10776-J11
4801 LANG AVE NE STE 110
ALBUQUERQUE NM 87109-4475

**Managing Your Accounts**

New Mexico Bank & Trust
a division of HTLF Bank

Customer Care Center: 877.280.1856

Website: NMB-T.com

# HTLF Bank is now UMB Bank, n.a.



## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SMALL BUSINESS CHECKING | XXXXXX3264 | $12,650.99 |

## SMALL BUSINESS CHECKING - XXXXXX3264

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 02/01/2025 | **Beginning Balance** | **$9,692.87** |
| | 47 Credit(s) This Period | $23,482.48 |
| | 17 Debit(s) This Period | $20,524.36 |
| 02/28/2025 | **Ending Balance** | **$12,650.99** |
| | Service Charges | $5.00 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 02/03/2025 | Square Inc SQ250203<br>*Andy Lim*<br>*T3T9W22SZTRF7K1* | $535.28 |
| 02/03/2025 | Square Inc SQ250203<br>*Andy Lim*<br>*T31WGK0T4JKTNAY* | $754.79 |
| 02/03/2025 | Square Inc SQ250203<br>*Andy Lim*<br>*T3KTV7WBK6G39TS* | $718.32 |

FOR A CHANGE OF NAME OR ADDRESS PLEASE COMPLETE THE FORM BELOW

NAME _____

ADDRESS _____

CITY _____  STATE _____  ZIP _____

SOCIAL SECURITY _____

SIGNATURE _____  DATE _____

### HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement, and add to your register any interest posted on this statement.
2. Mark (✓) your register after each check listed on front of statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form at right.
5. The final "balance" in the form to the right should agree with your check register balance. If it does not, read 'HINTS FOR FINDING DIFFERENCES" below.

### HINTS FOR FINDING DIFFERENCES

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance, and added the current interest.

| NEW BALANCE TRANSFER AMOUNT FROM OTHER SIDE | $ |
|---|---|
| **ADD** DEPOSITS MADE SINCE ENDING DATE ON A STATEMENT | |
| **SUBTOTAL** | |
| CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS | |
| NUMBER / AMOUNT | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL CHECKS NOT LISTED ------> | |
| SUBTRACT TOTAL CHECKS NO LISTED FROM SUBTOTAL ABOVE    **BALANCE** | |

THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE

**Balance subject to interest rate.**
Average daily balance method (including current transactions): We figure the interest charge on your account by applying the periodic rate to the "average daily balance" of your account. To get the "average daily balance" we take the beginning balance of your account each day, add any new (purchases/advances/fees), and subtract (any unpaid interest or other finance charges and) any payments or credits. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance".

### This section applies exclusively to electronic fund transfers governed by Regulation E

In case of errors or questions about electronic transfers, telephone us or write to us at the address printed on this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### This section applies exclusively to information pertaining to credit extended primarily for personal, family, or household purposes.
### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at the address printed on this statement.

In your letter, give us the following information:
- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of the Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but

may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are

## SMALL BUSINESS CHECKING - XXXXXX3264 (continued)

**Other Credits (continued)**

| Date | Description | Amount |
|---|---|---|
| 02/04/2025 | Square Inc SQ250204<br>*Andy  Lim*<br>*T38VC61ZE0BD9W5* | $565.41 |
| 02/05/2025 | Square Inc SQ250205<br>*Andy  Lim*<br>*T3DEADN9GN0AQ2Q* | $324.19 |
| 02/06/2025 | STRIPE TRANSFER<br>*ANDY LIM*<br>*ST-L5L6Y5Q6K2M5* | $120.26 |
| 02/06/2025 | Square Inc SQ250206<br>*Andy  Lim*<br>*T378H7RNGPCVG30* | $527.58 |
| 02/07/2025 | Square Inc SQ250207<br>*Andy  Lim*<br>*T3H5TS4KDSHMMY4* | $482.65 |
| 02/10/2025 | Square Inc SQ250210<br>*Andy  Lim*<br>*T3SX5S9A7S9V8YB* | $806.58 |
| 02/10/2025 | Square Inc SQ250210<br>*Andy  Lim*<br>*T3EXPV1Y5K3YHYY* | $711.91 |
| 02/10/2025 | Square Inc SQ250210<br>*Andy  Lim*<br>*T34JC6H0JP7XXH1* | $825.13 |
| 02/11/2025 | Square Inc SQ250211<br>*Andy  Lim*<br>*T3C6XFPQ24PPC7M* | $418.17 |
| 02/12/2025 | Square Inc SQ250212<br>*Andy  Lim*<br>*T33WB3J4CDZP13A* | $432.43 |
| 02/13/2025 | Block, Inc.<br>*PAYMENTS*<br>*NTE\*ZZZ\*Addmi Inc\\* | $2,392.07 |
| 02/13/2025 | STRIPE TRANSFER<br>*ANDY LIM*<br>*ST-I2V7J9J8L3X6* | $195.99 |
| 02/13/2025 | Square Inc SQ250213<br>*Andy  Lim*<br>*T3RMCQ7570JH17F* | $568.52 |
| 02/14/2025 | PAYPAL TRANSFER<br>*ADDMI INC*<br>*1040257424248* | $826.23 |
| 02/14/2025 | Square Inc SQ250214<br>*Andy  Lim*<br>*T3NBPCVDGT07BP6* | $498.49 |
| 02/18/2025 | PAYPAL TRANSFER<br>*ADDMI INC*<br>*1040277154230* | $19.20 |
| 02/18/2025 | Square Inc SQ250217<br>*Andy  Lim*<br>*TXXFSXAQXX83R28* | $612.76 |
| 02/18/2025 | Square Inc SQ250217<br>*Andy  Lim*<br>*T3QQX953FCGT69C* | $771.86 |
| 02/18/2025 | Square Inc SQ250217<br>*Andy  Lim*<br>*T3XCBEZQQG1AJRR* | $842.83 |
| 02/18/2025 | PAYPAL TRANSFER | $15.00 |

## SMALL BUSINESS CHECKING - XXXXXX3264 (continued)

**Other Credits (continued)**

| Date | Description | Amount |
|---|---|---:|
| | ADDMI INC<br>1040319424101 | |
| 02/18/2025 | Square Inc SQ250218<br>*Andy Lim*<br>*T3WMY8VNF8DX8YE* | $819.18 |
| 02/19/2025 | PAYPAL TRANSFER<br>ADDMI INC<br>1040358979978 | $19.64 |
| 02/19/2025 | Square Inc SQ250219<br>*Andy Lim*<br>*T3A20XPFYQ6XKHA* | $518.49 |
| 02/20/2025 | PAYPAL TRANSFER<br>ADDMI INC<br>1040378990715 | $26.64 |
| 02/20/2025 | STRIPE TRANSFER<br>ANDY LIM<br>*ST-E4I1I9A7A3O2* | $202.49 |
| 02/20/2025 | Block, Inc.<br>*PAYMENTS*<br>*NTE\*ZZZ\*Addmi Inc\\* | $1,894.09 |
| 02/20/2025 | Square Inc SQ250220<br>*Andy Lim*<br>*T3F4QQB4DAV6ND5* | $498.59 |
| 02/21/2025 | PAYPAL TRANSFER<br>ADDMI INC<br>1040398838794 | $49.35 |
| 02/21/2025 | Square Inc SQ250221<br>*Andy Lim*<br>*T3YC8SHSPN4AZNE* | $533.74 |
| 02/24/2025 | PAYPAL TRANSFER<br>ADDMI INC<br>1040419768974 | $16.07 |
| 02/24/2025 | PAYPAL TRANSFER<br>ADDMI INC<br>1040440996060 | $19.80 |
| 02/24/2025 | PAYPAL TRANSFER<br>ADDMI INC<br>1040460432659 | $1.50 |
| 02/24/2025 | Square Inc SQ250224<br>*Andy Lim*<br>*T3ABX0QBSZXA8XH* | $707.72 |
| 02/24/2025 | Square Inc SQ250224<br>*Andy Lim*<br>*T31NWPHCHGJ8BB1* | $799.87 |
| 02/24/2025 | Square Inc SQ250224<br>*Andy Lim*<br>*T3MTBT0M7ZVC5TK* | $802.90 |
| 02/25/2025 | PAYPAL TRANSFER<br>ADDMI INC<br>1040479740977 | $1.50 |
| 02/25/2025 | Square Inc SQ250225<br>*Andy Lim*<br>*TXXXXVXCX76VW19* | $673.51 |
| 02/26/2025 | PAYPAL TRANSFER<br>ADDMI INC<br>1040500074926 | $5.25 |
| 02/26/2025 | Square Inc SQ250226<br>*Andy Lim* | $451.15 |

## SMALL BUSINESS CHECKING - XXXXXX3264 (continued)

### Other Credits (continued)

| Date | Description | Amount |
|---|---|---:|
| | T3KHST6MEXJ11X5 | |
| 02/27/2025 | PAYPAL TRANSFER<br>*ADDMI INC*<br>*1040520608567* | $57.73 |
| 02/27/2025 | STRIPE TRANSFER<br>*ANDY LIM*<br>*ST-E8V5R8U4C5D4* | $344.39 |
| 02/27/2025 | Square Inc SQ250227<br>*Andy  Lim*<br>*T3DDEJXH58M2S80* | $532.25 |
| 02/28/2025 | PAYPAL TRANSFER<br>*ADDMI INC*<br>*1040541885148* | $45.38 |
| 02/28/2025 | Square Inc SQ250228<br>*Andy  Lim*<br>*T3JKHFH31QAHRCK* | $495.60 |

47 item(s) totaling $23,482.48

### Other Debits

| Date | Description | Amount |
|---|---|---:|
| 02/11/2025 | Square Inc PAYR DD<br>*Andy Lim*<br>*T327JXTXXP08W7H* | $3,620.27 |
| 02/11/2025 | Square Inc PAYR TAX<br>*Andy Lim*<br>*T34RNJYJXR1GFJW* | $42.31 |
| 02/11/2025 | Square Inc PAYR TAX<br>*Andy Lim*<br>*T3EANHAZQ7D2GGW* | $148.25 |
| 02/12/2025 | HARLAND CLARKE CHK ORDERS<br>*ADDMI INC*<br>*2CKD699203002C8* | $17.20 |
| 02/12/2025 | IRS USATAXPYMT<br>*ADDMI LLC*<br>*227544374010528* | $786.36 |
| 02/12/2025 | UNITED HEALTHCAR EDI PAYMTS<br>*Addmi, Inc.*<br>*771796694829* | $1,940.92 |
| 02/14/2025 | GIDDENS AND GATT CBBIZBP<br>*ADDMI INC*<br>*TRAN#1* | $3,500.00 |
| 02/18/2025 | Wise Inc WISE<br>*Addmi Inc*<br>*January Account* | $269.06 |
| 02/18/2025 | Wise Inc WISE<br>*Addmi Inc*<br>*December Accoun* | $269.06 |
| 02/18/2025 | Wise Inc WISE<br>*Addmi Inc*<br>*Support service* | $450.00 |
| 02/24/2025 | CITI AUTOPAY PAYMENT<br>*ANDY LIM*<br>*271626021900053* | $2,584.14 |
| 02/25/2025 | Square Inc PAYR DD<br>*Andy Lim*<br>*T3R502A4V0VQZ39* | $4,517.76 |
| 02/25/2025 | Square Inc PAYR TAX<br>*Andy Lim* | $170.42 |

## SMALL BUSINESS CHECKING - XXXXXX3264 (continued)

### Other Debits (continued)

| Date | Description | Amount |
|---|---|---:|
| | *T351W760G5453AH* | |
| 02/25/2025 | Square Inc PAYR TAX | $63.41 |
| | *Andy Lim* | |
| | *T3Z0PBKCHNA5M09* | |
| 02/26/2025 | IRS USATAXPYMT | $995.04 |
| | *ADDMI LLC* | |
| | *227545774011486* | |
| 02/26/2025 | TAX_REV_GRT_ECKS TRD PMNT | $1,145.16 |
| | *ADDMI, INC.* | |
| | *XXXXX6448* | |
| 02/28/2025 | SERVICE FEE | $5.00 |

17 item(s) totaling $20,524.36

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---:|---|---:|---|---:|
| 01/31/2025 | $9,692.87 | 02/11/2025 | $12,672.31 | 02/21/2025 | $17,177.30 |
| 02/03/2025 | $11,701.26 | 02/12/2025 | $10,360.26 | 02/24/2025 | $16,941.02 |
| 02/04/2025 | $12,266.67 | 02/13/2025 | $13,516.84 | 02/25/2025 | $12,864.44 |
| 02/05/2025 | $12,590.86 | 02/14/2025 | $11,341.56 | 02/26/2025 | $11,180.64 |
| 02/06/2025 | $13,238.70 | 02/18/2025 | $13,434.27 | 02/27/2025 | $12,115.01 |
| 02/07/2025 | $13,721.35 | 02/19/2025 | $13,972.40 | 02/28/2025 | $12,650.99 |
| 02/10/2025 | $16,064.97 | 02/20/2025 | $16,594.21 | | |

### Service Charge Summary

| Description | Amount |
|---|---:|
| Paper Statement Fee | $5.00 |
| Service Chg Waived | $15.00 |