UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

ADDMI, INC.,

    Debtor.

Case No. 24-10776-j11

**DEBTOR'S REPORT OF STATUS OF PENDING SALE**

COMES NOW Addmi, Inc. (the "Debtor") and for its report pursuant to the Court's Order Vacating and Rescheduling Final Confirmation Hearing Extending Deadline to Object to Confirmation and/or to Vote, Vacating and Extending Related Deadlines, and Requiring Notice and Disclosure of Status of Sale (the "Order"), entered on April 17, 2025 (Docket No. 84); STATES:

1. Pursuant to the agreement between Debtor and the prospective purchaser, purchaser was to deposit the purchase price of $1,000,000.00 into an escrow on or before April 25, 2025.

2. On April 24, 2025, Debtor's principal contacted the purchaser to inquire as to the status and had the following exchange:



3. As it stands, the funds have not been deposited into escrow. Debtor will continue to pursue this sale as well as pursuing any and all other options, but is skeptical that this proposed buyer will complete its purchase.

Respectfully submitted,

GATTON & ASSOCIATES, P.C.

/s/Christopher M. Gatton,
Submitted electronically 4.30.2025
10400 Academy NE, Suite 350
Albuquerque, NM 87111
Phone: (505) 271-1053
Email: chris@gattonlaw.com
*Attorneys for Debtor*

## CERTIFICATE OF SERVICE

I certify that on the **30th day of April, 2025,** I filed the foregoing report electronically through the CM/ECF system, which caused all parties or counsel requesting notice to be served by electronic means on the date of filing.

On the same date, a copy of this report along with a copy of the Order and a ballot were mailed to all parties on the Court's mailing matrix.

/s/Christopher M. Gatton,
Submitted electronically 4.30.2025