UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

ADDMI, INC.                                                  No. 24-10776-j11

Debtor.

**UNITED STATES TRUSTEE'S EXHIBIT LIST**

The United States Trustee ("**UST**") files this list of exhibits pursuant to the *Order Vacating and Rescheduling Final Confirmation Hearing, Extending Deadline to Accept or Reject Debtor's Chapter 11 (Subchapter V) Plan and/or Object to Confirmation, Notice of Final Hearing on Plan Confirmation, Extending Related Deadlines, and Requiring Notice of Status of Sale* entered April 17, 2025 (Doc. 84). The UST may make an offering of proof at or before the final hearing scheduled for May 28, 2025, at 9:30 a.m., and continuing February 21, 2025, at 9:30 am, if necessary, before the Honorable Robert H. Jacobvitz, United States Bankruptcy Judge, Pete V. Domenici U.S. Courthouse, 333 Lomas Boulevard, Fifth Floor, the Brazos Courtroom, Albuquerque, NM. The UST may offer the following designated exhibits:

| UST Exhibit | Description |
|---|---|
| UST-1 | Monthly Operating Reports: August 2024 through February 2025 |
| UST-2 | Amended Subchapter V Plan of Reorganization (Doc. 77) filed March 7, 2025 |

1.  The UST may refer to any document filed with the Court in this matter and requests that the Court take judicial notice of all documents filed in this Chapter 11 case or any related cases (including prior cases) and adversaries.

2. Documents and statements filed by, submitted by, made by or on behalf of Addmi, Inc. ("**Debtor**"), in this case or any prior case, including but not limited to UST-1 through UST-2, constitute admissions pursuant to Fed. R. Evid. 801(d)(A)-(D).

3. The UST asserts that documents and statements produced by Debtor in response to requests or inquiries by the Chapter 11 Trustee or UST during any interviews, responses to requests for information, sworn statements made by the Debtor at the § 341 Meeting of Creditors, testimony previously provided by Debtor, statements made by or on behalf of Debtor, in this or prior bankruptcy matters, constitute admissions pursuant to Fed. R. Evid. 801(d)(2)(A)-(D).

4. The UST reserves the right to seek the admission of any exhibits pursuant to any applicable rule under the Federal Rules of Evidence.

5. The UST may also rely upon any exhibits introduced into evidence, listed or provided by Debtor, or any party in interest, necessary for rebuttal and reserves the right to introduce rebuttal exhibits which cannot be reasonably anticipated.

6. The UST reserves the right to timely amend or supplement this submission.

Respectfully submitted,

Ilene J. Lashinsky
UNITED STATES TRUSTEE

/s/ *John W. Nemecek*
John W. Nemecek
Trial Attorney
301 N. Main Street, Suite 1150
Wichita, KS, 67202
(202) 557-5810
john.nemecek@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2025 in accordance with NM LBR 9036-1 and Fed. R. Civ. P. 5(b)(2)(E), the foregoing was filed and served via the Court's CM/ECF system to those parties who are registered CM/ECF participants in this case.

*/s/ Amy E. Floyd*
Amy E. Floyd
Paralegal