**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW MEXICO**

In re:

   ADDMI, INC.                                            No. 24-10776-j11

      Debtor.

## UNITED STATES TRUSTEE'S WITNESS LIST

The United States Trustee ("**UST**") files this list of witnesses and states the following witnesses may be introduced or relied upon at the final hearing pursuant to the *Order Vacating and Rescheduling Final Confirmation Hearing, Extending Deadline to Accept or Reject Debtor's Chapter 11 (Subchapter V) Plan and/or Object to Confirmation, Notice of Final Hearing on Plan Confirmation, Extending Related Deadlines, and Requiring Notice of Status of Sale* entered April 17, 2025 (Doc. 84). The UST may make an offering of proof at or before the final hearing scheduled for May 28, 2025, at 9:30 a.m., before the Honorable Robert H. Jacobvitz, United States Bankruptcy Judge, Pete V. Domenici U.S. Courthouse, 333 Lomas Boulevard, Fifth Floor, the Brazos Courtroom, Albuquerque, NM.

| WITNESS | SUMMARY OF ANTICIPATED TESTIMONY | ESTIMATED LENGTH OF TESTIMONY |
|---|---|---|
| **WILL CALL** | | |
| Andy Lim | Will testify about the history and nature of this case. Will testify regarding his representations related to this bankruptcy and Debtor's business dealings. Will testify about Debtor's financial records and submissions, filings, and Debtor's schedules and statements. Will testify regarding the Plan and Exhibits. Will testify regarding the issues raised by parties in interest including the sale of software. | 3 hours |

The UST reserves the right to call any and all witnesses listed by Addmi's ("**Debtor**") witness list and other interested parties' witness lists, subject to the Orders. The UST reserves

the right to call any rebuttal witnesses that could not have been reasonably anticipated or are named as witnesses by Debtor or other parties in interest. In addition, the UST reserves the right to amend or supplement the witness list prior to the final hearing, as permitted by the Court.

    Respectfully submitted,

    Ilene J. Lashinsky
    UNITED STATES TRUSTEE

    /s/ *John W. Nemecek*
    John W. Nemecek
    Trial Attorney
    301 N. Main Street, Suite 1150
    Wichita, KS, 67202
    (202) 557-5810
    john.nemecek@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2025 in accordance with NM LBR 9036-1 and Fed. R. Civ. P. 5(b)(2)(E), the foregoing was filed and served via the Court's CM/ECF system to those parties who are registered CM/ECF participants in this case.

*/s/ Amy E. Floyd*
Amy E. Floyd
Paralegal