IT IS ORDERED

Date Entered on Docket: June 24, 2025



_____
**The Honorable Robert H Jacobvitz**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

ADDMI, INC.,

      Debtor.                       Case No. 24-10776-j11

**ORDER GRANTING DEBTOR'S MOTION TO VOLUNTARILY DISMISS CHAPTER 11 CASE**

THIS MATTER came before the Court on the motion of Addmi, Inc. (the "Debtor") to voluntarily dismiss this chapter 11 case pursuant to 11 U.S.C. § 1112(b). Debtor represents and the Court now FINDS:

1. Debtor initiated this case by filing a voluntary petition under chapter 11 of the Bankruptcy Code on July 29, 2024.

2. On May 21, 2025, Debtor filed a motion to voluntarily dismiss this bankruptcy case (Docket No. 91). Notice of the deadline to object to the relief requested was filed and served on May 23, 2025 (Docket No. 92).

3. The deadline for objections to the motion to be filed, including an additional 3 days for service by mail, was June 16, 2025.

4. No objections have been filed.

5. Dismissal of this case is therefore appropriate.

It is therefore ORDERED that this chapter 11 bankruptcy case is hereby dismissed.

### END OF ORDER ###

Submitted by:

GATTON & ASSOCIATES, P.C.

/s/Christopher M. Gatton,
Submitted electronically 6.17.2025
10400 Academy NE, Suite 350
Albuquerque, NM 87111
Phone: (505) 271-1053
Email: chris@gattonlaw.com
*Attorneys for Debtor*